1  STEVEN T. GUBNER – State Bar No. 156593
   ROBYN B. SOKOL - State Bar No. 159506
2  DANIEL H. GILL - State Bar No. 156045
   **EZRA BRUTZKUS GUBNER LLP**
3  21650 Oxnard Street, Suite 500
   Woodland Hills, California  91367
4  Telephone:   (818) 827-9000
   Facsimile:   (818) 827-9099
5  Emails: sgubner@ebg-law.com;
   rsokol@ebg-law.com; dgill@ebg-law.com
6
   Special Counsel for Bradley D. Sharp,
7  Chapter11 Trustee

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                 **LOS ANGELES DIVISION**

11  In re                                  )  Case No. 2:08-bk-32333-BR
                                           )
12  NAMCO CAPITAL GROUP, INC., a           )  Chapter 11
    California corporation,                )
13                                         )  Adv. Case No. 2:11-ap-01397-BR
                                           )
14              Debtor.                    )
                                           )
15  ————————————————————                   )  **FIRST AMENDED COMPLAINT TO**
                                           )  **AVOID AND RECOVER**
16  BRADLEY D. SHARP, CHAPTER 11           )  **PREFERENTIAL TRANSFERS**
    TRUSTEE,                               )  **PURSUANT TO 11 U.S.C. §§  547(b),**
17                                         )  **548(a), 550 and 502**
                Plaintiff,                 )
18                                         )
          v.                               )
19                                         )
    SHARAHEH RASTEGAR, an individual;      )
20  ROXANA RASTEGAR, an individual; MAHI   )
    RASTEGAR, an individual; JESSICA       )
21  KIMIABAKHSH, an individual; MICHELE    )
    KIMIABAKHSH, an individual; SHABNAM    )
22  KIMIABAKHSH, an individual; SOLOMON    )
    RASTEGAR, individually and as Trustee of )
23  RASTEGAR FAMILY TRUST; and             )
    RASTEGAR FAMILY TRUST,                 )
24                                         )
                Defendants.                )
25  ————————————————————                   )

26

27          Plaintiff Bradley D. Sharp ("Plaintiff"), the Chapter 11 Trustee for the Estate of Namco

28  Capital Group, Inc., a California corporation (the "Debtor"), alleges as follows:

403797                          1

## NATURE OF ACTION

1.    This is an adversary proceeding brought pursuant to Part VII of the Federal Rules of Bankruptcy Procedure to recover certain transfers made by the Debtor to Sharaheh Rastegar, Roxana Rastegar, Mahi Rastegar, Jessica Kimiabakhsh, Michele Kimiabakhsh, Shabnam Kimiabakhsh, the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of the Rastegar Family Trust (collectively referred to herein as the "Defendants") and related relief. Plaintiff seeks entry of a judgment avoiding the transfers at issue pursuant to 11 U.S.C. §§ 547 and/or 548 and recovering the transfers pursuant to 11 U.S.C. § 550, and disallowing any claim of the Defendants including pursuant to 11 U.S.C. § 502(d) until Defendants pay the transfers at issue in full to Plaintiff.

2.    To the extent that the Defendants have filed a proof of claim or have a claim listed on Debtor's schedules as undisputed, liquidated and non-contingent, or have otherwise requested payment from Debtor (collectively, the "Claims"), this Complaint is not intended to be, nor should it be construed as, a waiver of the Plaintiff's right to object to such Claims for any reason, including, but not limited to Section 502(a) through (j) of the Bankruptcy Code ("Section 502"), and such rights are expressly reserved.  Notwithstanding the reservation of rights set forth above, certain relief pursuant to Section 502 is sought by Plaintiff herein as further stated below.

3.    The Plaintiff also reserves his right to bring additional claims for relief including additional avoidance actions against Defendants.  This Complaint is not intended to be, nor should it be construed as, a waiver of the Plaintiff's right to bring such additional claims for relief against Defendants in this action or by way of separate action.

## JURISDICTION AND CASE BACKGROUND

4.    The within bankruptcy case was commenced on or about December 22, 2008 (the "Petition Date"), when an involuntary petition was filed for relief under Chapter 11 of Title 11 of the United States Code (the "Code"), Bankruptcy Case No. 2:08-bk-32333-BR, which case currently is pending in the Los Angeles Division of the United States Bankruptcy Court for the Central District of California.  An Order for Bankruptcy Relief was entered on January 29, 2009.

On or about May 8, 2009, Plaintiff Bradley D. Sharp was appointed the Chapter 11 Trustee. Plaintiff is the duly appointed, qualified and acting Chapter 11 Trustee for the Debtor's bankruptcy estate.

5.       This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this Court pursuant to 28 U.S.C. §1409.

6.       This action is commenced pursuant to Federal Rule of Bankruptcy Procedure 7001.

7.       This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), (E), (F) and (O).

## **THE PARTIES**

8.       Plaintiff brings this action solely in his capacity as the Chapter 11 Trustee for the Debtor's estate.

9.       Plaintiff is informed and believes, and based thereon alleges that defendant Sharaheh Rastegar is, and at all times herein mentioned was, an individual residing in the Central District of California.

10.       Plaintiff is informed and believes, and based thereon alleges that defendant Roxana Rastegar ("R. Rastegar") is, and at all times herein mentioned was, an individual residing in the Central District of California.

11.       Plaintiff is informed and believes, and based thereon alleges that defendant Mahi Rastegar ("M. Rastegar") is, and at all times herein mentioned was, an individual residing in the Central District of California.

12.       Plaintiff is informed and believes, and based thereon alleges that defendant Jessica Kimiabakhsh ("J. Kimiabakhsh") is, and at all times herein mentioned was, an individual residing in the Central District of California.

13.       Plaintiff is informed and believes, and based thereon alleges that defendant Michele Kimiabakhsh ("M. Kimiabakhsh") is, and at all times herein mentioned was, an individual residing in the Central District of California.

403797                                                              3

14.    Plaintiff is informed and believes, and based thereon alleges that defendant Shabnam Kimiabakhsh ("S. Kimiabakhsh") is, and at all times herein mentioned was, an individual residing in the Central District of California.

15.    Plaintiff is informed and believes, and based thereon alleges that defendant Solomon Rastegar is, and at all times herein mentioned was, an individual residing in the Central District of California and the Trustee of the Rastegar Family Trust.

## INSIDER STATUS ALLEGATIONS

16.    Plaintiff is informed and believes, and based thereon alleges, that defendants Sharaheh Rastegar, R. Rastegar, M. Rastegar, J. Kimiabakhsh, M. Kimiabakhsh, S. Kimiabakhsh and Solomon Rastegar are all related to one another and are friends of the Debtor.  The Plaintiff is informed and believes, and based thereon alleges, that Defendants are all members of a very close knit family and that Solomon Rastegar is the patriarch of the Rastegar and Kimiabakhsh family (the "Family").  Plaintiff is informed and believes, and based thereon alleges, that defendants Sharaheh Rastegar and R. Rastegar are daughters to Solomon Rastegar and that M. Rastegar is Solomon Rastegar's spouse.

17.    Solomon Rastegar is and at all times mentioned herein was a very close, personal friend of Ezri Namvar ("Namvar").  Solomon Rastegar and Namvar's relationship reaches back over two decades and Solomon Rastegar viewed and treated Ezri Namvar as a son.  Ezri Namvar had a very close relationship with the Family and Ezri Namvar viewed and treated the Family as his family.  Attached hereto as **Exhibit "1"** and incorporated herein by this reference is an e-mail dated December 9, 2008 from Solomon Rastegar to Tony Namvar in which Solomon Rastegar confirms the very close familial relationship he and Ezri Namvar had ("December 9th e-mail").  This close relationship extended to the other members of the Family as well.  Solomon Rastegar referred to himself as "Ezri's best friend" And Namvar referred to and considered Solomon Rategar to be his "best friend" as well.  This close friendship lead to many personal and business relationships between the Family and Namvar.

18.     Over a period of many years predating the Debtor and Namvar bankruptcies, the Family made a series of unsecured loans to Namco.  By August 2008, the total balance owing on the Family loans to Namco was in excess of $18,525.00.

19.     Ezri Namvar was a limited partner or member of a number of entities and/or in which the Defendants were limited partners or members including but not limited to the following: (a) Flow 7 LLC in which Solomon Rastegar owns a 50% interest and Ezri Namvar owns a 50% interest; (b) Amona, Inc. in which Ezri Namvar's childrent own a 50% interest and the Family owns 50% interest; and (c)  Wall Street Mart, L.P. a California Limited Partnership ("Wall Street") in which the limited partnership interests were held 49% by Ezri Namar and 49% by Rastegar family members.

20.     Ezri Namvar was a limited partner along with Shabnam Kimiabakhsh, Solomon Rastegar, and Mahi Rastegar of  Wall Street Mart, L.P. a California Limited Partnership ("Wall Street").  The limited partnership interests of Wall Street were held 49% by Ezri Namar and 49% by Rastegar family members.   Wall Street functioned as a holding company for a handful of valuable commercial real estate investments made by Solomon Rastegar and Namvar over the course of many years.

21.     On or about January 6, 1995, Ezri Namvar and Houshang Namvar attended the annual meeting of the board of Directors of Amona Inc., a corporation owned exclusively by members of the Family.  The minutes from this meeting reflect that "After long negotiations it was agreed to increase the paid up Capital to $100,000.  50% by Rastegar Family and 50% by Namvar Family."  Ezri Namvar was made president of Amona, Inc. and placed on the board of directors.

22.     The human resources of the Debtor were often used by Amona, Inc. at the request of Solomon Rastegar and Ezri Namvar.  For example Hamid Taba was asked to make sure that the books and records of Amona, Inc. were put in order.   Ezri Namvar also instructed Solomon Rastegar that Hamid could assist Solomon Rastegar object to the Namco claim against the Wall Street Property in the amount of $12.6 million.

23.    Not only was Namvar heavily involved in the Family on a personal and business level but at all times herein mentioned, Solomon Rastegar was the Trustee of the Namvar Charitable Trust.

24.    In an e-mail sent to Tony Namvar by Solomon Rastegar on January 26, 2009, Solomon Rastegar admitted that he was to be treated as a family member, stating:

> Please treat me as one of your family members as I was told hundreds of times by all of you.  If you do not take care of me as a family member I would have to approach your father.

25.    Solomon Rastegar was the gatekeeper for the Family with respect to any and all investments in and with the Debtor.  Solomon Rastegar controlled, funded and was responsible for all accounts of the Defendants with respect to the Debtor.  Solomon Rastegar opened each of the Defendants' accounts with the Debtor.  Solomon Rastegar himself invested all of the Family's money with Namvar and Plaintiff is informed and believes that Solomon Rastegar alone made the decisions concerning investments in and with the Debtor.  All distributions from the Defendants' accounts were made at the direction of Solomon Rastegar.  See **Exhibit "1."**

26.    Solomon Rastegar and the Debtor treated all accounts involving the Family as his accounts and money.  In the December 9th e-mail, Solomon Rastegar states that:

> All my other properties plus the sale of the Big Tract of land were deposited with Ezri in total of $25,525,000.00.  Now I am without any mean[s] of survival.  Out of this sum 2 million was paid to my daughter in NY and 5 M. was in exchange account.

See **Exhibit "1."**

27.    The Debtor made a distribution of $2,000,000 to Sharareh Rastegar at the request of Solomon Rastegar.  Attached here to as **Exhibit "2"** and incorporated herein by this reference is an e-mail dated June 25, 2008 from Sharaheh Rastegar to Hamid Taba confirming Hamid Taba's conversation with Solomon Rastegar directing the wiring of funds to Sharareh Rastegar.  This e-mail demonstrates that it was Solomon Rastegar that directed all distributions from the Family accounts.  Without Solomon Rastegar's consent or blessing no such distributions would be made.  See **Exhibit "2."**

28.    In an e-mail dated November 21, 2008, a copy of which is attached hereto as **Exhibit "3"** and incorporated herein by this reference, Solomon Rastegar again confirms that he

403797                                                                6

1    is the one that directs investments and distributions on behalf of the Family with respect to

2    Namco, stating: "As for Sarshar [Sharareh Rastegar] I signed the paper and my wife did find

3    [out] about it and I almost lost my neck….My family, rightfully, blame me…" **Exhibit "3."**

4         29.    At all times mentioned herein, Namvar was the President, sole Director and sole

5    Shareholder of the Debtor and controlled the Debtor in all respects.

6         30.    Because of the Family's and Solomon Rastegar's special relationship with

7    Namvar and Namvar's position with the Debtor and Solomon Rastegar's relationship with the

8    Defendants as the gatekeeper to the Family money, Defendants are insiders of the Debtor within

9    the meaning of § 101(31)(B) and (E) of the Bankruptcy Code and/or are nonstatutory insiders

10    pursuant to applicable bankruptcy case law.

11         31.    Defendants and the Debtor had a personal, professional and business relationship

12    that was sufficiently close enough for Defendants to gain an advantage attributable to affinity.

13    Defendants are therefore insiders of the Debtor based on the statutory and/or nonstatutory

14    definitions.

15

16                                 **GENERAL ALLEGATIONS**

17         32.    Plaintiff is informed and believes, and based thereon alleges that prior to the

18    Petition Date, the Debtor had been in business for approximately 20 years.  Debtor's general

19    business model was relatively simple and straightforward - Debtor would borrow money from

20    individuals ("Lender Funds"), most often members of the West Los Angeles Persian community

21    (individually hereinafter referred to as a "Namco Lender"), agree to pay such Namco Lender a

22    fixed rate of return, and the Debtor would then either lend those funds to third parties, at interest

23    rates typically six percent or more higher than the cost of capital payable to the Namco Lender,

24    or invest such funds in various real estate projects.

25         33.    Section 101(54) of the Code applicable to this case defines the term "transfer" as

26    "(A) the creation of a lien; (B) the retention of title as a security interest; (C) the foreclosure of a

27    debtor's equity of redemption; or (D) each mode, direct or indirect, absolute or conditional,

28

                                                 

1    voluntary or involuntary, of disposing of or parting with (i) property; or (ii) an interest in

2    property."

3           34.    Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s)

4    to Sharaheh Rastegar totaling $2,095,969.98, as more fully set forth on **Exhibit "4"** attached

5    hereto and incorporated herein by this reference (the "Sharaheh Rastegar Transfers"). Attached

6    hereto as **Exhibit "5"** and incorporated herein by this reference is the backup documentation for

7    the Sharaheh Rastegar Transfers including checks, wire transfers and/or bank statements.

8           35.    Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s)

9    to R. Rastegar totaling $474,640.58, as more fully set forth on **Exhibit "6"** attached hereto and

10    incorporated herein by this reference (the "R. Rastegar Transfers").  Attached hereto as **Exhibit

11    "7"** and incorporated herein by this reference is the backup documentation for the R. Rastegar

12    Transfers including checks, wire transfers and/or bank statements.

13           36.    Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s)

14    to M. Rastegar totaling $43,038.89, as more fully set forth on **Exhibit "8"** attached hereto and

15    incorporated herein by this reference (the "M. Rastegar Transfers").  Attached hereto as **Exhibit

16    "9"** and incorporated herein by this reference is the backup documentation for the M. Rastegar

17    Transfers including checks, wire transfers and/or bank statements.

18           37.    Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s)

19    to J. Kimiabakhsh totaling $82,335.59, as more fully set forth on **Exhibit "10"** attached hereto

20    and incorporated herein by this reference (the "J. Kimiabakhsh Transfers").  Attached hereto as

21    **Exhibit "11"** and incorporated herein by this reference is the backup documentation for the J.

22    Kimiabakhsh Transfers including checks, wire transfers and/or bank statements.

23           38.    Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s)

24    to M. Kimiabakhsh totaling $86,934.47, as more fully set forth on **Exhibit "12"** attached hereto

25    and incorporated herein by this reference (the "M. Kimiabakhsh Transfers").  Attached hereto as

26    **Exhibit "13"** and incorporated herein by this reference is the backup documentation for the M.

27    Kimiabakhsh Transfers including checks, wire transfers and/or bank statements.

28

403797    8

39.     Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s) to S. Kimiabakhsh totaling $122,381.97, as more fully set forth on **Exhibit "14"** attached hereto and incorporated herein by this reference (the "S. Kimiabakhsh Transfers").  Attached hereto as **Exhibit "15"** and incorporated herein by this reference is the backup documentation for the S. Kimiabakhsh Transfers including checks, wire transfers and/or bank statements.

40.     Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s) to the Rastegar Family Trust totaling $735,100.58, as more fully set forth on **Exhibit "16"** attached hereto and incorporated herein by this reference (the "Trust Transfers").  Attached hereto as **Exhibit "17"** and incorporated herein by this reference is the backup documentation for the Trust Transfers including checks, wire transfers and/or bank statements.

41.     Plaintiff is informed and believes and thereon alleges that Debtor made transfer(s) to Solomon Rastegar in the total amount of $39,698.71 to cover legal services performed by Kaye Scholer for the benefit of Solomon Rastegar ("Solomon Rastegar Transfer").  On or about September 26, 2008, the Debtor issued a check payable to Kaye Scholer LLP in the amount of $39,698.71.  Attached hereto as  **Exhibit "18"** is check no. 54907 issued by the Debtor to Kaye Scholer LLP in the amount of $39,698.71 and the supporting back up documentation.  This payment was made to Kaye Scholer, LLP to satisfy legal fees and costs incurred by Solomon Rastegar.  Kaye Scholer, LLP then transferred these monies, $39,698.71, to Solomon Rastegar.  Attached hereto as **Exhibit "19"** and incorporated herein by this reference are copies of the Kaye Scholer, LLP invoices which indicate that the services rendered were for the benefit of Solomon Rastegar as well as a cover letter from Solomon Rastegar indicating that the Debtor is to cover the legal fees due Kaye Scholer, LLP.  On or about October 17, 2008, Kaye Scholer, LLP issued a check to Solomon Rastegar in the amount of $39,698.71.  A true and correct copy of the check from Kaye Scholer, LLP to Solomon Rastegar in the amount of $39,698.71 is attached hereto as **Exhibit "20"** and incorporated herein by this reference.

1

## INSOLVENCY OF THE DEBTOR

2        42.    The Debtor was insolvent at the time of each of the transfers described in ¶¶ 34-

3    41 above (collectively, "Transfers").

4        43.    From 2005 through the Petition Date, Debtor operated at a loss and was unable to

5    pay all of its debts as they came due.

6        44.    In 2005, Debtor's revenues were $15,514,001 and its expenses were $20,765,543

7    resulting in an operating loss of $5,251,541 for the year.  In 2006, Debtor's revenues were

8    $19,529,856 and its expenses were $38,909,760 resulting in an operating loss of $19,379,904 for

9    the year. In 2007, Debtor's revenues were $32,410,491 and its expenses were $42,990,025

10   resulting in an operating loss of $10,579,534 for the year.  In 2008, Debtor's revenues were

11   $17,592,366 and its expenses were $27,213,510 resulting in an operating loss of $9,721,143 for

12   the year. *See First Financial Report of the Chapter 11 Trustees*, pg. 6, Docket No. 730 in Case

13   No. 2:08-bk-32333-BR (the "Report").

14       45.    Between late 2006 and the Petition Date, the amounts due to Debtor's

15   creditors/investors exceeded loan/investment balances by approximately $40 million to $50

16   million, and in April 2006, the interest due to creditors/investors exceeded the interest income

17   earned by the Debtor from all other sources, thereby rendering the Debtor insolvent.  *See* Report,

18   pg. 8, Docket No. 730.

19       46.    Prior to one year from the Petition Date, Debtor had creditors whose obligations it

20   was not paying as they became due.  Said creditors included, but were not limited to, the

21   following: (a) Fereshteh Kohanim ($310,000), obligation incurred in April 2006; (b) Physicians

22   Reciprocal Insurers ($15,000,000), obligation incurred in February 2006; (c) Farhad Yazdinian

23   ($2,127,000), obligations incurred between January 2006 and June 2006; and, (d) City of Los

24   Angeles, Office of Finance Citywide Collection Section ($442,818), obligations incurred in

25   2004, 2005, and 2006.  *See* Debtor's Schedules, Case Docket No. 167.

26   ///

27   ///

28   ///

403797                                          10

## FIRST CLAIM FOR RELIEF

### [To Avoid and Recover Preferential Transfers Against Sharaheh Rastegar]

### [11 U.S.C. §§ 547 and 550]

47.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1-34 and 42 - 46, inclusive, of this Complaint.

48.    Each of the Sharaheh Rastegar Transfers constituted a transfer of property of the Debtor to Sharaheh Rastegar.  Each of the Sharaheh Rastegar Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

49.    Plaintiff is informed and believes, and based thereon alleges, that the Sharaheh Rastegar Transfers were made to or for the benefit of Sharaheh Rastegar as a creditor of the Debtor.

50.    Plaintiff is informed and believes, and based thereon alleges, that the Sharaheh Rastegar Transfers were made for or on account of an antecedent debt owing by the Debtor to Sharaheh Rastegar before the Transfers were made.

51.    The Debtor made the Sharaheh Rastegar Transfers while the Debtor was insolvent.  See ¶¶ 42- 46.

52.    Sharaheh Rastegar is an insider of the Debtor. See ¶¶ 16-31.

53.    The Sharaheh Rastegar Transfers were made to Sharaheh Rastegar within one year prior to the Petition Date.

54.    Plaintiff is informed and believes, and based thereon alleges, that the Sharaheh Rastegar Transfers enabled Sharaheh Rastegar, as a creditor, to receive more than Sharaheh Rastegar would have received if the Sharaheh Rastegar Transfers had not been made and Sharaheh Rastegar was to receive payment on Sharaheh Rastegar's claim only to the extent provided by Chapter 7 of the Code.

55.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may avoid the Sharaheh Rastegar Transfers.

403797

56.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from Sharaheh Rastegar the value of the property transferred under the Sharaheh Rastegar Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the Sharaheh Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than $2,095,969.98.

## SECOND CLAIM FOR RELIEF

**[To Avoid and Recover Fraudulent Transfers Against Sharaheh Rastegar]**

**[11 U.S.C. §§ 548 and 550]**

57.    Plaintiff pleads this Second Claim for Relief in the alternative and repeats, reiterates and realleges each and every allegation contained in paragraphs 1-34 and 42-46 inclusive hereof with the same force and effect as if fully set forth herein at length.  Plaintiff brings the Second Claim for Relief in the event that Sharaheh Rastegar asserts that one or more of the Sharaheh Rastegar Transfers was not made on account of antecedent debt.

58.    Each of the Sharaheh Rastegar Transfers constituted a transfer of an interest of the Debtor in property.

59.    The Debtor received less than a reasonably equivalent value in exchange for each of the Sharaheh Rastegar Transfers.

60.    The Debtor: (i) was insolvent on the date that the Sharaheh Rastegar Transfers were made, or became insolvent as a result of such Sharaheh Rastegar Transfers; (ii) was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur, or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such debts matured.  See ¶¶ 42-46.

61.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding the Sharaheh Rastegar Transfers pursuant to Section 548 of the Code.

62.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from Sharaheh Rastegar the value of the property transferred under the Sharaheh Rastegar Transfers,

1  plus interest thereon at the maximum legal rate from and after the date of each of the Sharaheh

2  Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than

3  $2,095,969.98.

4  **THIRD CLAIM FOR RELIEF**

5  **[To Avoid and Recover Preferential Transfers Against R. Rastegar]**

6  **[11 U.S.C. §§ 547 and 550]**

7      63.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and

8  all of the allegations set forth in Paragraphs 1-33, 35, 42-46, inclusive, of this Complaint.

9      64.    Each of the R. Rastegar Transfers constituted a transfer of property of the Debtor

10  to R. Rastegar.  Each of the R. Rastegar Transfers constitutes a "transfer," within the meaning of

11  Section 101(54) of the Code, made within one year prior to the Petition Date.

12      65.    Plaintiff is informed and believes, and based thereon alleges, that the R. Rastegar

13  Transfers were made to or for the benefit of R. Rastegar as a creditor of the Debtor.

14      66.    Plaintiff is informed and believes, and based thereon alleges, that the R. Rastegar

15  Transfers were made for or on account of an antecedent debt owing by the Debtor to R. Rastegar

16  before the Transfers were made.

17      67.    The Debtor made the R. Rastegar Transfers while the Debtor was insolvent.  See

18  ¶¶ 42-46.

19      68.    R. Rastegar is an insider of the Debtor.  See ¶¶ 16-31.

20      69.    Plaintiff is informed and believes, and based thereon alleges, that the R. Rastegar

21  Transfers were made to R. Rastegar within one year prior to the Petition Date.

22      70.    Plaintiff is informed and believes, and based thereon alleges, that the R. Rastegar

23  Transfers enabled R. Rastegar, as a creditor, to receive more than she would have received if the

24  R. Rastegar Transfers had not been made and R. Rastegar was to receive payment on her claim

25  only to the extent provided by Chapter 7 of the Code.

26      71.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may

27  avoid the R. Rastegar Transfers.

28

403797      13

72.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from R. Rastegar the value of the property transferred under the R. Rastegar Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the R. Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than $474,640.58.

## FOURTH CLAIM FOR RELIEF

### [To Avoid and Recover Fraudulent Transfers Against R. Rastegar]

### [11 U.S.C. §§ 548 and 550]

73.    Plaintiff pleads this Fourth Claim for Relief in the alternative and repeats, reiterates and realleges each and every allegation contained in paragraphs Paragraphs 1-33, 35, 42 - 46, inclusive, hereof with the same force and effect as if fully set forth herein at length. Plaintiff brings the Fourth Claim for Relief in the event that R. Rastegar asserts that one or more of the R. Rastegar Transfers was not made on account of antecedent debt.

74.    Each of the R. Rastegar Transfers constituted a transfer of an interest of the Debtor in property.

75.    The Debtor received less than a reasonably equivalent value in exchange for the transfers.

76.    The Debtor: (i) was insolvent on the date that the R. Rastegar Transfers were made, or became insolvent as a result of such R. Rastegar Transfers; (ii) was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur, or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such debts matured.  See ¶¶ 42-46.

77.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding the R. Rastegar Transfers pursuant to Section 548 of the Code.

///

///

///

78.     Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from R. Rastegar the value of the property transferred under the R. Rastegar Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the R. Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than $474,640.58.

## FIFTH CLAIM FOR RELIEF

### [To Avoid and Recover Preferential Transfers Against M. Rastegar]

### [11 U.S.C. §§ 547 and 550]

79.     Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1-33, 36, 42-46 inclusive, of this Complaint.

80.     Each of the M. Rastegar Transfers constituted a transfer of property of the Debtor to M. Rastegar.  Each of the M. Rastegar Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

81.     Plaintiff is informed and believes, and based thereon alleges, that the M. Rastegar Transfers were made to or for the benefit of M. Rastegar as a creditor of the Debtor.

82.     Plaintiff is informed and believes, and based thereon alleges, that the M. Rastegar Transfers were made for or on account of an antecedent debt owing by the Debtor to M. Rastegar before the M. Rastegar Transfers were made.

83.     The Debtor made the M. Rastegar Transfers while the Debtor was insolvent.  See ¶¶ 42-46.

84.     M. Rastegar is an insider of the Debtor.  See ¶¶ 16-31.

85.     Plaintiff is informed and believes, and based thereon alleges, that the M. Rastegar Transfers were made to M. Rastegar within one year prior to the Petition Date.

86.     Plaintiff is informed and believes, and based thereon alleges, that the M. Rastegar Transfers enabled M. Rastegar, as a creditor, to receive more than M. Rastegar would have received if the M. Rastegar Transfers had not been made and M. Rastegar was to receive payment on M. Rastegar's claim only to the extent provided by Chapter 7 of the Code.

403797                                                    15

87.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may avoid the M. Rastegar Transfers.

88.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from M. Rastegar the value of the property transferred under the M. Rastegar Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the M. Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than $43,038.89.

## SIXTH CLAIM FOR RELIEF

### [To Avoid and Recover Fraudulent Transfers Against M. Rastegar]

### [11 U.S.C. §§ 548 and 550]

89.    Plaintiff pleads this Sixth Claim for Relief in the alternative and repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-33, 36, 42-46 hereof with the same force and effect as if fully set forth herein at length.  Plaintiff brings the Sixth Claim for Relief in the event that M. Rastegar asserts that one or more of the M. Rastegar Transfers was not made on account of antecedent debt.

90.    Each of the M. Rastegar Transfers constituted a transfer of an interest of the Debtor in property.

91.    The Debtor received less than a reasonably equivalent value in exchange for the transfers.

92.    The Debtor: (i) was insolvent on the date that the M. Rastegar Transfers were made, or became insolvent as a result of such M. Rastegar Transfers; (ii) was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur, or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such debts matured.  See ¶¶ 42-46.

93.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding the M. Rastegar Transfers pursuant to Section 548 of the Code.

94.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from M. Rastegar the value of the property transferred under the M. Rastegar Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the M. Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than $43,038.89.

## SEVENTH CLAIM FOR RELIEF

### [To Avoid and Recover Preferential Transfers Against J. Kimiabakhsh]

### [11 U.S.C. §§ 547 and 550]

95.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1-33, 37, 42-46, inclusive, of this Complaint.

96.    Each of the J. Kimiabakhsh Transfers constituted a transfer of property of the Debtor to J. Kimiabakhsh.  Each of the J. Kimiabakhsh Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

97.    Plaintiff is informed and believes, and based thereon alleges, that the J. Kimiabakhsh Transfers were made to or for the benefit of J. Kimiabakhsh as a creditor of the Debtor.

98.    Plaintiff is informed and believes, and based thereon alleges, that the J. Kimiabakhsh Transfers were made for or on account of an antecedent debt owing by the Debtor to J. Kimiabakhsh before the J. Kimiabakhsh Transfers were made.

99.    The Debtor made the J. Kimiabakhsh Transfers while the Debtor was insolvent. See ¶¶ 42-46.

100.    J. Kimiabakhsh is an insider of the Debtor.  See ¶¶ 16-31.

101.    Plaintiff is informed and believes, and based thereon alleges, that the J. Kimiabakhsh Transfers were made to J. Kimiabakhsh within one year prior to the Petition Date.

102.    Plaintiff is informed and believes, and based thereon alleges, that the J. Kimiabakhsh Transfers enabled J. Kimiabakhsh, as a creditor, to receive more than she would have received if the J. Kimiabakhsh Transfers had not been made and J. Kimiabakhsh was to receive payment on her claim only to the extent provided by Chapter 7 of the Code.

403797

17

1    103.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may

2    avoid the J. Kimiabakhsh Transfers.

3    104.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from J.

4    Kimiabakhsh the value of the property transferred under the J. Kimiabakhsh Transfers, plus

5    interest thereon at the maximum legal rate from and after the date of each of the J. Kimiabakhsh

6    Transfers, in a sum according to proof, which Plaintiff believes not to be less than $82,335.59.

7

8    **EIGHTH CLAIM FOR RELIEF**

9    **[To Avoid and Recover Fraudulent Transfers Against J. Kimiabakhsh]**

10    **[11 U.S.C. §§ 548 and 550]**

11    105.    Plaintiff pleads this Eighth Claim for Relief in the alternative and repeats,

12    reiterates and realleges each and every allegation contained in Paragraphs 1-33, 37, 42-46 hereof

13    with the same force and effect as if fully set forth herein at length.  Plaintiff brings the Eighth

14    Claim for Relief in the event that J. Kimiabakhsh asserts that one or more of the J. Kimiabakhsh

15    Transfers was not made on account of antecedent debt.

16    106.    Each of the J. Kimiabakhsh Transfers constituted a transfer of an interest of the

17    Debtor in property.

18    107.    The Debtor received less than a reasonably equivalent value in exchange for the

19    transfers.

20    108.    The Debtor: (i) was insolvent on the date that the J. Kimbiabakhsh Transfers were

21    made, or became insolvent as a result of such J. Kimbiabakhsh Transfers; (ii) was engaged in

22    business or a transaction, or was about to engage in business or a transaction, for which any

23    property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur,

24    or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such

25    debts matured.  See ¶¶ 42-46.

26    109.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding

27    the J. Kimiabakhsh Transfers pursuant to Section 548 of the Code.

28

403797                                         18

110.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from J. Kimiabakhsh the value of the property transferred under the J. Kimiabakhsh Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the J. Kimiabakhsh Transfers, in a sum according to proof, which Plaintiff believes not to be less than $82,335.59.

## NINTH CLAIM FOR RELIEF

### [To Avoid and Recover Preferential Transfers Against M. Kimiabakhsh]

### [11 U.S.C. §§ 547 and 550]

111.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1-33, 38, 42-46, inclusive, of this Complaint.

112.    Each of the M. Kimiabakhsh Transfers constituted a transfer of property of the Debtor to M. Kimiabakhsh.  Each of the M. Kimiabakhsh Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

113.    Plaintiff is informed and believes, and based thereon alleges, that the M. Kimiabakhsh Transfers were made to or for the benefit of M. Kimiabakhsh as a creditor of the Debtor.

114.    Plaintiff is informed and believes, and based thereon alleges, that the M. Kimiabakhsh Transfers were made for or on account of an antecedent debt owing by the Debtor to M. Kimiabakhsh before the M. Kimiabakhsh Transfers were made.

115.    The Debtor made the M. Kimiabakhsh Transfers while the Debtor was insolvent. See ¶¶ 42-46.

116.    M. Kimiabakhsh is an insider of the Debtor.  See ¶¶ 16-31.

117.    Plaintiff is informed and believes, and based thereon alleges, that the M. Kimiabakhsh Transfers were made to M. Kimiabakhsh within one year prior to the Petition Date.

118.    Plaintiff is informed and believes, and based thereon alleges, that the M. Kimiabakhsh Transfers enabled M. Kimiabakhsh, as a creditor, to receive more than M. Kimiabakhsh would have received if the M. Kimiabakhsh Transfers had not been made and M.

1  Kimiabakhsh was to receive payment on M. Kimiabakhsh's claim only to the extent provided by

2  Chapter 7 of the Code.

3      119.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may

4  avoid the M. Kimiabakhsh Transfers.

5      120.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from M.

6  Kimiabakhsh the value of the property transferred under the M. Kimiabakhsh Transfers, plus

7  interest thereon at the maximum legal rate from and after the date of each of the M. Kimiabakhsh

8  Transfers, in a sum according to proof, which Plaintiff believes not to be less than $86,934.47.

9

10                          **TENTH CLAIM FOR RELIEF**

11            **[To Avoid and Recover Fraudulent Transfers Against M. Kimiabakhsh]**

12                        **[11 U.S.C. §§ 548 and 550]**

13      121.    Plaintiff pleads this Tenth Claim for Relief in the alternative and repeats,

14  reiterates and realleges each and every allegation contained in Paragraphs 1-33, 38, 42-46 hereof

15  with the same force and effect as if fully set forth herein at length.  Plaintiff brings the Tenth

16  Claim for Relief in the event that M. Kimiabakhsh asserts that one or more of the M.

17  Kimiabakhsh Transfers was not made on account of antecedent debt.

18      122.    Each of the M. Kimiabakhsh Transfers constituted a transfer of an interest of the

19  Debtor in property.

20      123.    The Debtor received less than a reasonably equivalent value in exchange for the

21  transfers.

22      124.    The Debtor: (i) was insolvent on the date that the M. Kimbiabakhsh Transfers

23  were made, or became insolvent as a result of such M. Kimbiabakhsh Transfers; (ii) was engaged

24  in business or a transaction, or was about to engage in business or a transaction, for which any

25  property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur,

26  or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such

27  debts matured.  See ¶¶ 42-46.

28

403797                                          20

125.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding the M. Kimiabakhsh Transfers pursuant to Section 548 of the Code.

126.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from M. Kimiabakhsh the value of the property transferred under the M. Kimiabakhsh Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the M. Kimiabakhsh Transfers, in a sum according to proof, which Plaintiff believes not to be less than $86,934.47.

### ELEVENTH CLAIM FOR RELIEF

**[To Avoid and Recover Preferential Transfers Against S. Kimiabakhsh]**

**[11 U.S.C. §§ 547 and 550]**

127.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1- 33, 39, 42-46, inclusive, of this Complaint.

128.    Each of the S. Kimiabakhsh Transfers constituted a transfer of property of the Debtor to S. Kimiabakhsh.  Each of the S. Kimiabakhsh Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

129.    Plaintiff is informed and believes, and based thereon alleges, that the S. Kimiabakhsh Transfers were made to or for the benefit of S. Kimiabakhsh as a creditor of the Debtor.

130.    Plaintiff is informed and believes, and based thereon alleges, that the S. Kimiabakhsh Transfers were made for or on account of an antecedent debt owing by the Debtor to S. Kimiabakhsh before the S. Kimiabakhsh Transfers were made.

131.    The Debtor made the S. Kimiabakhsh Transfers while the Debtor was insolvent. See ¶¶ 42-46.

132.    S. Kimiabakhsh is an insider of the Debtor.  See ¶¶ 16-31.

133.    Plaintiff is informed and believes, and based thereon alleges, that the S. Kimiabakhsh Transfers were made to S. Kimiabakhsh within one year prior to the Petition Date.

134.    Plaintiff is informed and believes, and based thereon alleges, that the S. Kimiabakhsh Transfers enabled S. Kimiabakhsh, as a creditor, to receive more than S.

1    Kimiabakhsh would have received if the S. Kimiabakhsh Transfers had not been made and S.

2    Kimiabakhsh was to receive payment on S. Kimiabakhsh's claim only to the extent provided by

3    Chapter 7 of the Code.

4      135. For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may

5    avoid the S. Kimiabakhsh Transfers.

6      136. Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from S.

7    Kimiabakhsh the value of the property transferred under the S. Kimiabakhsh Transfers, plus

8    interest thereon at the maximum legal rate from and after the date of each of the S. Kimiabakhsh

9    Transfers, in a sum according to proof, which Plaintiff believes not to be less than $122,381.97.

10

11    **TWELFTH CLAIM FOR RELIEF**

12    **[To Avoid and Recover Fraudulent Transfers Against S. Kimiabakhsh]**

13    **[11 U.S.C. §§ 548 and 550]**

14      137. Plaintiff pleads this Twelfth Claim for Relief in the alternative and repeats,

15    reiterates and realleges each and every allegation contained in Paragraphs 1-33, 39, 42-46 hereof

16    with the same force and effect as if fully set forth herein at length.  Plaintiff brings the Twelfth

17    Claim for Relief in the event that S. Kimiabakhsh asserts that one or more of the S. Kimiabakhsh

18    Transfers was not made on account of antecedent debt.

19      138. Each of the S. Kimiabakhsh Transfers constituted a transfer of an interest of the

20    Debtor in property.

21      139. The Debtor: (i) was insolvent on the date that the S. Kimbiabakhsh Transfers were

22    made, or became insolvent as a result of such S. Kimiabakhsh Transfers; (ii) was engaged in

23    business or a transaction, or was about to engage in business or a transaction, for which any

24    property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur,

25    or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such

26    debts matured.  See ¶¶ 42-46.

27      140. As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding

28    the S. Kimiabakhsh Transfers pursuant to Section 548 of the Code.

141.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from S. Kimiabakhsh the value of the property transferred under the S. Kimiabakhsh Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the S. Kimiabakhsh Transfers, in a sum according to proof, which Plaintiff believes not to be less than $122,381.97.

**THIRTEENTH CLAIM FOR RELIEF**

**[To Avoid and Recover Preferential Transfers Against the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust]**

**[11 U.S.C. §§ 547 and 550]**

142.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1 - 33, 40, 42 - 46, inclusive, of this Complaint.

143.    Each of the Trust Transfers constituted a transfer of property of the Debtor to the Rastegar Family Trust and to Solomon Rastegar, individually and as Trustee of Rastegar Family Trust.  Each of the Trust Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

144.    Plaintiff is informed and believes, and based thereon alleges, that the Trust Transfers were made to or for the benefit of the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, as creditors of the Debtor.

145.    Plaintiff is informed and believes, and based thereon alleges, that the Trust Transfers were made for or on account of an antecedent debt owing by the Debtor to the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, before the Trust Transfers were made.

146.    The Debtor made the Trust Transfers while the Debtor was insolvent.  See ¶¶ 42-46.

147.    Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, and the Rastegar Family Trust are insiders of the Debtor.  See ¶¶ 16-31.

148.    Plaintiff is informed and believes, and based thereon alleges, that the Trust Transfers were made to the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust within one year prior to the Petition Date.

149.    Plaintiff is informed and believes, and based thereon alleges, that the Trust Transfers enabled the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, as a creditor, to receive more than they would have received if the Trust Transfers had not been made and the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, were to receive payment on their claims only to the extent provided by Chapter 7 of the Code.

150.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may avoid the Trust Transfers.

Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, the value of the property transferred under the Trust Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the Trust Transfers, in a sum according to proof, which Plaintiff believes not to be less than $735,100.58.

## FOURTEENTH CLAIM FOR RELIEF

**[To Avoid and Recover Fraudulent Transfers Against the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust]**

**[11 U.S.C. §§ 548 and 550]**

151.    Plaintiff pleads this Fourteenth Claim for Relief in the alternative and repeats, reiterates and realleges each and every allegation contained in Paragraphs 1- 33, 40, 42 - 46, hereof with the same force and effect as if fully set forth herein at length.  Plaintiff brings the Fourteenth Claim for Relief in the event that Solomon Rastegar, individually and as Trustee of Rastegar Family Trust asserts that one or more of the Trust Transfers was not made on account of antecedent debt.

152.    Each of the Trust Transfers constituted a transfer of an interest of the Debtor in property.

153.    The Debtor received less than a reasonably equivalent value in exchange for the transfers.

154.    The Debtor: (i) was insolvent on the date that the Trust Transfers were made, or became insolvent as a result of such Trust Transfers; (ii) was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur, or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such debts matured.  See ¶¶ 42-46.

155.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding the Trust Transfers pursuant to Section 548 of the Code.

156.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from the Rastegar Family Trust and Solomon Rastegar, individually and as Trustee of Rastegar Family Trust, the value of the property transferred under the Trust Transfers, plus interest thereon at the maximum legal rate from and after the date of each of the Trust Transfers, in a sum according to proof, which Plaintiff believes not to be less than $735,100.58.


**FIFTEENTH CLAIM FOR RELIEF**

**[To Avoid and Recover Preferential Transfers Against Solomon Rastegar, individually]**

**[11 U.S.C. §§ 547 and 550]**

157.    Plaintiff refers to and, by this reference, incorporates and alleges herein, each and all of the allegations set forth in Paragraphs 1-33, 41-46, inclusive, of this Complaint.

158.    Each of the Solomon Rastegar Transfer constitutes a transfer of property of the Debtor to Solomon Rastegar.  Each of the Solomon Rastegar Transfers constitutes a "transfer," within the meaning of Section 101(54) of the Code, made within one year prior to the Petition Date.

403797

1    159.    Plaintiff is informed and believes, and based thereon alleges, that the Solomon

2    Rastegar Transfer was made to or for the benefit of the Solomon Rastegar as a creditor of the

3    Debtor.

4    160.    Plaintiff is informed and believes, and based thereon alleges, that the Solomon

5    Rastegar Transfer was made for or on account of an antecedent debt owing by the Debtor to

6    Solomon Rastegar before the Solomon Rastegar Transfer was made.

7    161.    The Debtor made the Solomon Rastegar Transfer while the Debtor was insolvent.

8    See ¶¶ 42-46.

9    162.    Solomon Rastegar is an insider of the Debtor.  See ¶¶ 16-31.

10    163.    Plaintiff is informed and believes, and based thereon alleges, that the Solomon

11    Rastegar Transfer was made to the Solomon Rastegar within 90-days prior to the Petition Date.

12    164.    Plaintiff is informed and believes, and based thereon alleges, that the Solomon

13    Rastegar Transfer enabled Solomon Rastegar, as a creditor, to receive more than he would have

14    received if the Solomon Rastegar Transfer had not been made and Solomon Rastegar, was to

15    receive payment on  his claims only to the extent provided by Chapter 7 of the Code.

16    165.    For the foregoing reasons, pursuant to Section 547(b) of the Code, Plaintiff may

17    avoid the Solomon Rastegar Transfer.

18    166.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from the

19    Solomon Rastegar, the value of the property transferred under the Solomon Rastegar Transfers,

20    plus interest thereon at the maximum legal rate from and after the date of each of the Solomon

21    Rastegar Transfers, in a sum according to proof, which Plaintiff believes not to be less than

22    $39,698.71.

23

24    **SIXTEENTH CLAIM FOR RELIEF**

25    **[To Avoid and Recover Fraudulent Transfers Against the Solomon Rastegar, individually]**

26    **[11 U.S.C. §§ 548 and 550]**

27    167.    Plaintiff pleads this Sixteenth Claim for Relief in the alternative and repeats,

28    reiterates and realleges each and every allegation contained in paragraphs 1 – 33 and 41-46

1  hereof with the same force and effect as if fully set forth herein at length.  Plaintiff brings the

2  Seventeenth Claim for Relief in the event that Solomon Rastegar asserts that the Rastegar

3  Transfer was not made on account of antecedent debt.

4       168.    The Solomon Rastegar Transfer constituted a transfer of an interest of the Debtor

5  in property.

6       169.    The Debtor received less than a reasonably equivalent value in exchange for the

7  Solomon Rastegar Transfer.

8       170.    The Debtor: (i) was insolvent on the date that the Solomon Rastegar Transfer was

9  made, or became insolvent as a result of such Solomon Rastegar Transfer; (ii) was engaged in

10  business or a transaction, or was about to engage in business or a transaction, for which any

11  property remaining with the Debtor was an unreasonably small capital; or (iii) intended to incur,

12  or believed that it would incur, debts that would be beyond the Debtor's ability to pay as such

13  debts matured.  See ¶¶ 42-46.

14       171.    As a result of the foregoing, Plaintiff demands the entry of a judgment avoiding

15  the Solomon Rastegar Transfer pursuant to Section 548 of the Code.

16       172.    Furthermore, pursuant to Section 550 of the Code, Plaintiff may recover from

17  Solomon Rastegar the value of the property transferred under the Solomon Rastegar Transfer, plus

18  interest thereon at the maximum legal rate from and after the date of each of the Trust Transfers, in

19  a sum according to proof, which Plaintiff believes not to be less than $39,698.71.

20

21                    **SEVENTEENTH CLAIM FOR RELIEF**

22                         **[Claim Disallowance]**

23                          **[11 U.S.C. § 502]**

24       173.    Plaintiff repeats, reiterates and realleges each and every allegation contained in

25  paragraphs 1 through 172 hereof with the same force and effect as if fully set forth herein at

26  length.

27  ///

28  ///

403797                                    27

174.    Defendants are transferees of transfers avoidable under either Section 547 or Section 548 of the Code and entities or parties from whom property is recoverable under Section 550 of the Code.

175.    Defendants have not paid the amount of the alleged transfers for which Defendants are liable under Section 550 of the Bankruptcy Code.

176.    Pursuant to 11 U.S.C. § 502(d), any and all Claims of the Defendants against the Plaintiff and/or Debtor's estates must be disallowed until such time as Defendants pay to Plaintiff an amount equal to the aggregate amount of all the transfers alleged herein, plus interest thereon and costs.

177.    Pursuant to 11 U.S.C. § 502(j), any and all Claims of the Defendants, and/or their assignee, against the Plaintiff and/or Debtor's estates previously allowed by the Debtor or the Plaintiff, must be reconsidered and disallowed until such time as the Defendants pay to the Plaintiff an amount equal to the aggregate amount of all the transfers alleged herein, plus interest thereon and costs.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against the Defendants as follows:

1.    For a judgment that the Sharaheh Rastegar Transfers are avoidable as preferential transfers under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not less than $2,095,969.98, the exact amount to be proven at trial, plus interest at the legal rate from the date of the Sharaheh Rastegar Transfers;

2.    For a judgment that the Sharaheh Rastegar Transfers are avoidable under 11 U.S.C. § 548 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not less than $2,095,969.98, the exact amount to be proven at trial, plus interest at the legal rate from the date of the Sharaheh Rastegar Transfers;

3.    For a judgment that the R. Rastegar Transfers are avoidable as preferential transfers under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in

1  an amount of not less than $474,640.58, the exact amount to be proven at trial, plus interest at the

2  legal rate from the date of the R. Rastegar Transfers;

3          4.      For a judgment that the R. Rastegar Transfers are avoidable under 11 U.S.C. § 548

4  and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not less

5  than $474,640.58, the exact amount to be proven at trial, plus interest at the legal rate from the

6  date of the R. Rastegar Transfers;

7          5.      For a judgment that the M. Rastegar Transfers are avoidable as preferential transfers

8  under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in

9  an amount of not less than $43,038.89, the exact amount to be proven at trial, plus interest at the

10  legal rate from the date of the M. Rastegar Transfers;

11          6.      For a judgment that the M. Rastegar Transfers are avoidable under 11 U.S.C. § 548

12  and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not less

13  than $43,038.89, the exact amount to be proven at trial, plus interest at the legal rate from the

14  date of the M. Rastegar Transfers;

15          7.      For a judgment that the J. Kimiabakhsh Transfers are avoidable as preferential

16  transfers under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C.

17  § 550(a), in an amount of not less than $82,335.59, the exact amount to be proven at trial, plus

18  interest at the legal rate from the date of the J. Kimiabakhsh Transfers;

19          8.      For a judgment that the J. Kimiabakhsh Transfers are avoidable under 11 U.S.C.

20  § 548 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not

21  less than $82,335.59, the exact amount to be proven at trial, plus interest at the legal rate from

22  the date of the J. Kimiabakhsh Transfers;

23          9.      For a judgment that the M. Kimiabakhsh Transfers are avoidable as preferential

24  transfers under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C.

25  § 550(a), in an amount of not less than $86,934.47, the exact amount to be proven at trial, plus

26  interest at the legal rate from the date of the M. Kimiabakhsh Transfers;

27          10.    For a judgment that the M. Kimiabakhsh Transfers are avoidable under 11 U.S.C.

28  § 548 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not

1  less than $86,934.47, the exact amount to be proven at trial, plus interest at the legal rate from

2  the date of the M. Kimiabakhsh Transfers;

3       11.  For a judgment that the S. Kimiabakhsh Transfers are avoidable as preferential

4  transfers under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C.

5  § 550(a), in an amount of not less than $122,381.97, the exact amount to be proven at trial, plus

6  interest at the legal rate from the date of the S. Kimiabakhsh Transfers;

7       12.  For a judgment that the S. Kimiabakhsh Transfers are avoidable under 11 U.S.C.

8  § 548 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not

9  less than $122,381.97, the exact amount to be proven at trial, plus interest at the legal rate from

10  the date of the S. Kimiabakhsh Transfers;

11       13.  For a judgment that the Trust Transfers are avoidable as preferential transfers under

12  11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an

13  amount of not less than $735,100.58, the exact amount to be proven at trial, plus interest at the

14  legal rate from the date of the Trust Transfers;

15       14.  For a judgment that the Trust Transfers are avoidable under 11 U.S.C. § 548 and that

16  recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not less than

17  $735,100.58, the exact amount to be proven at trial, plus interest at the legal rate from the date of

18  the Trust Transfers;

19       15.  For a judgment that the Solomon Rastegar Transfer is avoidable as preferential

20  transfers under 11 U.S.C. § 547 and that recovery therefore be awarded pursuant to 11 U.S.C.

21  § 550(a), in an amount of not less than $39,698.71, the exact amount to be proven at trial, plus

22  interest at the legal rate from the date of the Solomon Rastegar Transfer;

23       16.  For a judgment that the Solomon Rastegar Transfer is avoidable as under 11 U.S.C.

24  § 548 and that recovery therefore be awarded pursuant to 11 U.S.C. § 550(a), in an amount of not

25  less than $39,698.71, the exact amount to be proven at trial, plus interest at the legal rate from

26  the date of the Solomon Rastegar Transfer;

27  ///

28  ///

403797                                             30

1    17.  Disallowing Defendants' Claims against the Debtor;

2    18.  For costs of suit incurred herein; and

3    19.  For such other relief as the Court deems just and proper.

4

5  DATED:  May 24, 2011                    **EZRA BRUTZKUS GUBNER LLP**

6

7
                                  By:  ___/s/ Robyn B. Sokol_____
8                                      ROBYN B. SOKOL
                                       DANIEL H. GILL
9                                      Special Counsel for Bradley D. Sharp,
                                       Chapter 11 Trustee
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

403797                                  31

message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Nothing said or not said herein is intended to waive any of our client's legal rights. This email, like all of my communications, is intended to be confidential and for purposes of settlement under California Evidence Code section 1152. NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR CONTRACTUAL IN NATURE.

**From:** Solomonrastegar@aol.com [mailto:Solomonrastegar@aol.com]
**Sent:** Tuesday, December 09, 2008 9:11 PM
**To:** Tony Namvar
**Subject:** MY PRESENT SITUATION.

DEAR TONY:
I RECENTLY HAVE FOUND THE PLEASURE OF KNOWING YOU DEEP AND DOWN. I WAS UNDER THE IMPRESSION THAT YOU ARE A YOUNG, LIGHT HEADED (PLS. EXCUSE), DANCING, BIKING GUY. NOW I KNOW THAT I WAS WRONG AND I DO APOLOGIZE. IF EZRI HAD LISTENED TO YOU AND MAY BE OTHER BROTHERS WE WOULD NOT BE IN SUCH A MESS.

IN 1990 AFTER MY SON SHAHAB DIED I HAVE HOPED TO FIND SOMEONE I COULD REPLACE AS MY SON. I MET EZRI AND WENT TO HIM AS A FATHER AND ASKED HIM TO REPLACE MY LOST SON AND HELP ME IN A STRESSFUL SITUATION. WE STARTED GIVING LOANS AND WHEN OUR INVESTMENTS OF WELL OVER 10 MILLION (M) FACED DISASTER I STOOD BY HIM AS HE LOST AS I DID. MOST FORTUNATELY WE (THANKS TO HIS ART OF NEGOTIATION) SUCCEEDED TO OBTAIN A PIECE OF LAND IN DOWNTOWN AND BIG TRACT IN CALIFORNIA CITY. HE HELPED AND FINANCED THE BUILD DOWNTOWN AND THOUGH HE HAD PROMISED MY WIFE THAT HE WILL BE REPLACING HER LOST SON AND WILL NOT SELL IT. IT WAS SOLD (WITH MY CONSENT). ALL THE FUND COLLECTED FROM THE SALE OF WALL STREET MART AND ALL MY OTHER PROPERTIES PLUS THE SALE OF THE BIG TRACT OF LAND WERE DEPOSITED WITH EZRI IN TOTAL OF $25,525,000.00. NOW I, AM, WITHOUT ANY MEAN OF SURVIVAL.

OUT OF THIS SUM 2 MILLION WAS PAID TO MY DAUGHTER IN NY AND 5 M. WAS IN EXCHANGE ACCOUNT. FOR EXCHANGE HE TRANSFERRED 2 PIECES OF LAND VALUED TODAY FOR NO MORE THAT 3 M. IN REPLACEMENT OF THE SALE OF 10 M. LAND (HE OWNS 50% OF 10 M.), SO FOR MY 5 M. I HAVE 1.5 M. VALUE OF LAND. LET ME ADD THAT THIS WAS DONE ALL WITH GOOD WILL AND HIS HOPE TO GIVE ME A SHARE OF THE BIGGER PROJECT WHICH CANNOT AND WILL NOT BE REALIZED NOW.

IF YOU HAVE READ THE ARTICLE OF LA BUSINESS JOURNAL YOU WOULD KNOW THAT THE STUPID ME HAS BEEN THE BIGGEST CREDITOR TO NAMCO. A NEW ARTICLE IS BEING PREPARED BY JEWISH JOURNAL CONCERNING EZRI AND NAMCO AND I HAVE REFUSED TO BE INVOLVED.
EZRI HAS TREATED ME UNFAIRLY IF YOU LET ME EXPLAIN WHY. ON 15TH. JUNE WHEN I CAME BACK FROM A LONG TRIP I NOTICED THAT THERE IS $550,000.00 MONEY IN MY ACCOUNT. SO ON THE 16TH OF JUNE I, WITH ALL MY GOODWILL, WROTE A CHECK AND TOOK TO EZRI. HAVING BEEN OUT OF TOWN FOR OVER A MONTH I DID NOT KNOW WHAT WAS GOING ON. EZRI TOOK MY CHECK AND RAN TO HAMID TO CASH IMMEDIATELY. AFTER THAT HE TOLD ME THAT THERE ARE RUMORS ABOUT HIM AND I SHOULD HELP. I COULD HAVE STOPPED THE CHECK, BUT I DI NOT DO SO DUE TO MY RESPECT FOR HIM. EZRI KNEW THAT HE WAS WALKING ON EGG SHELLS AND HAD NO MERCY FOR ME. HE EVEN ASKED ME TO ASK MY DAUGHTER TO RETURN THE 2 M. AND HE OFFERED HIGHER INTEREST. THEN HE TOOK ME TO THE 13TH FLOOR AND

**EXHIBIT "1"**

32

ASKED THE BANK MANAGERS TO GRANT ME A LOAN OF 5 M. SO I COULD GIVE IT TO HIM.

WHERE WAS AND IS HIS MERCY TO SOMEONE AS OLD AS HIS FATHER AND WHO ACCEPTED HIM AS HIS LOST SON??

HE WAS KIND ENOUGH TO COLLATERALIZED 80% OF THE LAND LEASED AND 3 PROPERTIES IN L. V. I WAS TOLD THAT THE LAND LEASED WILL EXPIRE IN 16 YEARS WHEREAS 90.7% OF IT WILL EXPIRE IN 48 YEARS. THEN I WOULD HAVE TO BE 128 YEARS OLD. PLEASE NOTE IF THESE PROPERTIES ARE NOT SOLD SOON THEY WOULD HAVE TO BE SOLD AT THE STEPS IN FRONT OF THE COURTHOUSE.
THE PROPERTIES IN VEGAS CONSIST OF 2 PIECES OF LAND ON WHICH I, AM, 50% PARTNER AND EVEN THE 100% VALUE WILL BE BY FAR LESS THAN 5 M. PAID BY ME.

THE 119 UNITS IN VEGAS HAS A LOAN OF 10 M. AND WILL NOT SELL A PENNY MORE SPECIALLY IF SOLD AT THE STEPS OF COURTHOUSE. I AM ASHAMED TO COME TO YOU AND BEG FOR MY LIVELIHOOD AND WOULD BE PAID $20,000.00 AND TO BE TOLD TO COME BACK NEXT YEAR. I REALLY FELT LIKE A BEGGAR AND IT IS UNFAIR TO CUT THE AVAILABLE FUND OTHER THAN 80% AND 20%, IF NOT DISHONEST. DAY ONE EZRI TOLD ME TO TAKE OVER THE MANAGEMENT OF THE LAND LEASES, BUT I THOUGHT AND STILL THINK THAT YOU ARE A BETTER PERSON TO DO THIS. I DO HOPE YOU WOULD PROVE THIS RIGHT.

WE, ME AND MY WIFE HAVE BEEN DEFENDING ALL ACTS OF EZRI TO A POINT THAT WE ARE CALLED DEFENDERS, OR DEFENSE ATTORNEY OF EZRI. WE STILL SOLEMNLY BELIEVE THAT HE IS AN HONEST MAN, BUT WE HAVE NOT BEEN PROTECTED AS WE SHOULD HAVE BEEN.

WHEN I ASKED YOU TO GIVE US SOME PROPERTY IN ISRAEL, YOU SAID THAT ALL IS GONE AND GIVEN AWAY, WHILE AT MY PRESENT YOU WERE OFFERING IT TO SOMEONE ON THE PHONE. WHEN YOUR GOOD FATHER SAID THAT HE COULD GIVE ME HIS GAS STATION, SO THAT I COULD HAVE SOME INCOME, YOU PRESENTED EXCUSES. EZRI KNOWS THAT DUE TO MY STUPIDITY, ME AND MY FAMILY WE OWE OVER 5 M. TAXES ON THE SALE OF WALL STREET MART AND SOON WE HAVE TO PAY OR END UP IN JAIL. I FEEL A CHILL IN MY BACK WHEN I THINK THAT MY CHILDREN AND MY GRAND CHILDREN WOULD END UP IN JAIL UNLESS I HAVE THE MONEY READY SOON.

I AM WILLING TO SELL MY NOTE OF $18,550,000.00 AT A DISCOUNT, IF YOU OR ANYONE COULD HELP ME TO DO SO. I, AM, WILLING TO ACCEPT A PARTNER WHO COMES WITH CASH FOR 50% OF MY NOTE AND TAKE A PART OR A REASONABLE PERCENTAGE OF THE PROPERTY. ME AND MY WIFE ARE READY TO SELL OUR HOUSE AND MOVE TO A RENTAL APARTMENT BUT NOT TO SEE OUR GRAND CHILDREN BEHIND THE BARS.

TONY JOON, YOU CAN DISCLOSE THIS EMAIL AND MY FAR CRIES TO ANYONE YOU FIND JUSTIFIED AND IF YOU OK IT I WOULD LIKE TO SEND A COPY TO EZRI, AS I STILL BELIEVE HE CARES ABOUT ME.

ALL THE ABOVE IS SAID WITHOUT THE INTENTION OF INSULTING YOU OR ANYONE AND I APOLOGIZE IF I DID. TO CONCLUDE I HAVE TO SAY THAT THE ABOVE IS WRITTEN WITHOUT CONSENT OF MY ATTORNEY AND IS SUBJECT TO HIS FINAL APPROVAL, WITHOUT WHICH IS NOT BINDING.

WITH BEST OF REGARDS TO NAMVAR FAMILY, I REMAIN, YOURS TRULY.


**SOLOMON**

Page 1 of 1

## Hamid Taba

**From:**    Sharareh Rastegar [shararastegar@msn.com]
**Sent:**    Wednesday, June 25, 2008 1:56 PM
**To:**      Hamid Taba
**Subject:** Wire Transfer

Hi Mr. Hamid:

Hope this note will find you well.  I am writing to confirm your conversation with my father that my funds will be transferred on Monday July 7, 2008.

The following is my banking information:

Sharareh Rastegar

Bank: HSBC    Account #: 697695212; Routing#: 021001088

My cell number is : 310-749-1961;  my home number is: 212-477-7078

Kindly confirm the transfer of funds to my father either by phone (310-859-0677) or email (solomonrastegar@msn.com).

With my thanks, Sharareh

*Please wire*
*$2000, 00*
*[signature]*

*[handwritten]*

7/7/2008

**EXHIBIT "2"**

| | |
|---|---|
| **From:** | Solomonrastegar@aol.com |
| **To:** | Ezri@namcocapital.com <Ezri@namcocapital.com> |
| **Sent:** | 11/21/2008 7:38:19 AM |
| **Subject:** | Re: FW: Ezri Namvar - Subject of Blogs |

EZRI JOON, I DO HOPE IT DID NOT CAUSE ANY HARM TO YOUR SITUATION.

NOW THAT I HAVE YOUR ATTENTION I LIKE TO BRING UP CERTAIN QUESTION WHICH ARE THE MATTERS OF LIFE AND DEATH TO ME AND MY FAMILY. AS YOU WELL KNOW AFTER SELLING MY FEW PROPERTIES I HAD DELIVERED ALL MY CASH TO YOU AS I TRUSTED YOU AND STILL DO. AFTER SALE OF AMONA I HAVE 23,525,000 DOLLARS WITH YOU. EVEN THE LAST AMOUNT OF $520,000.00 THE BALANCE OF MY ACCOUNT I BROUGHT YOU ON 16TH. OF JUNE, AND YOU WERE NOT KIND ENOUGH TO TELL ME TO HOLD ON TO IT AS DANGER IS CLOSE. AS YOUR GOOD DAD, WHOM I HAPPENED TO LIKE SO MUCH, PUT IT THAT YOU HAVE BEEN WALKING ON EGG SHELLS OVER A YEAR. I UNDERSTAND THAT YOUR RESPONSIBILITY IS TOWARDS YOUR FAMILY, BUT SO IS MINE.

MY BROTHER IN LAW IS SHOWING INTEREST IN PURCHASE OF THE LAND LEASES. IF THIS WORKS OUT MY LIFE WOULD BE SAVED. IF NOT THERE ARE OTHER BUYERS IF THE PRICE WOULD BE ATTRACTIVE ENOUGH. AT THIS MARKET EVERYONE WANTS TO BUY CHEAP, AND YOU SHOULD BE WILLING TO ACCEPT IT. IF YOU SELL THE LAND LEASES FOR 35 MILLION I WILL GET MY 18,525 , THE BANK WILL GET 14 AND YOU WOULD GET 4.6 MILLION. EVEN IF WE SELL IT CHEAPER I, AM, WILLING TO TAKE LESS. I AM READY TO SACRIFICE IF I WOULD SEE THE MONEY.LET US BRING THE PRICE DOWN AND SELL . I WILL BE HAPPY WITH LESS.

AS FOR SARSHAR I SIGNED THE PAPER AND MY WIFE DID FIND ABOUT IT AND I ALMOST LOST MY NECK.

AS FOR LAS VEGAS YOU HAVE TO ACKNOWLEDGE THAT THE PROJECT WOULD NOT TAKE OFF. THE PROPERTIES HAVE IN EXCHANGE FOR 9.8 MILLION IS 2 PIECES OF LAND THAT YOU BOUHGT FOR 7 MILLION AND NOW IT IS WORTH NO MORE THAN 3.5 TO 4 MILLION. I CAN SWALLOW SOME BUT NOT EVERY POISON. I AM REALLY DEPRESSED AND AM CONTEMPLATING OF LEAVING USA OR THE LIFE.

I HAVE DRAWN THE CASH VALUE OF MY LIFE INSURANCE AND CAN LIVE 3 MORE MONTHS AT MY HOME ON WHICH I HAVE MORTGAGE OF 2.5. PROPERTY. TAXES ARE ON MY SHOULDER, MY FAMILY, RIGHTFULLY, BLAME ME AND CALL STUPID WHICH I AM.

KNOWING YOUR BURDEN AND THE SITUATION YOU ARE AT, I SHARE YOUR FEELINGS AND I HOPE YOU DO THE SAME TOWARDS ME.I HAD TO SAY ALL ABOVE WITH THE HOPE YOU WOULD DECIDE TO TAKE SOME ACTION.

TO CONCLUDE, IT THERE IS ANY THINK THAT I COULD DO FOR YOU PLEASE DO NOT HESITATE TO ASK, AS I HAVE DONE ABOVE, AND WILL AWAIT YOUR RESPONSE.

**EXHIBIT "3"**

Bankruptcy Estate of Namco Capital Group
1-Year Preference Analysis

321.76 · Rastegar, Sharaheh

| Item # | Type | Date | Check Number | Disbursement |
|---|---|---|---|---|
| 1 | Check | 12/31/07 | 35591 | $ 13,333.33 |
| 2 | Check | 01/31/08 | 36000 | 13,333.33 |
| 3 | Check | 02/29/08 | 36420 | 13,333.33 |
| 4 | Check | 03/31/08 | 36845 | 13,333.33 |
| 5 | Check | 04/30/08 | 37282 | 13,333.33 |
| 6 | Check | 05/31/08 | 37733 | 13,333.33 |
| 7 | Check | 06/30/08 | 38185 | 13,333.33 |
| 8 | Check | 07/07/08 | Wire Out | 2,000,000.00 |
| 9 | Check | 07/31/08 | 38635 | 2,636.67 |
| | | | | $ 2,095,969.98 |

**EXHIBIT "4"**



011 00001 00
ACCOUNT:

PAGE:    5
1028928  01/31/2008

# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1250 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

===========================================================
BUSINESS CHECKING ACCOUNT 1028928
===========================================================

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 35573 01/07   2,250.00 | 35617 01/07   1,625.00 | 35661 01/07     758.33 |
| 35574 01/04   6,875.00 | 35618 01/07   1,600.00 | 35662 01/10   1,033.34 |
| 35575 01/04   1,250.00 | 35619 01/08   4,843.75 | 35663 01/10   1,001.04 |
| 35576 01/03     625.00 | 35620 01/08   5,037.50 | 35664 01/10     452.08 |
| 35577 01/09   2,906.25 | 35621 01/09   4,687.50 | 35665 01/07     775.00 |
| 35578 01/08   6,458.33 | 35622 01/08   1,625.00 | 35666 01/09     114.58 |
| 35579 01/09   3,745.83 | 35623 01/08   5,812.50 | 35667 01/08  37,500.00 |
| 35580 01/04   2,000.00 | 35624 01/07  10,656.25 | 35668 01/11   1,776.04 |
| 35581 01/08   2,011.88 | 35625 01/09   1,937.50 | 35669 01/07   1,125.00 |
| 35582 01/11     625.00 | 35626 01/04  10,075.00 | 35670 01/07   1,291.67 |
| 35583 01/07     379.17 | 35627 01/07   1,032.50 | 35671*01/07   7,750.00 |
| 35584 01/07     645.32 | 35628 01/07   1,224.83 | 35673 01/07   7,000.00 |
| 35585 01/08   2,275.00 | 35629 01/07   3,750.00 | 35674 01/09   1,050.00 |
| 35586 01/09     262.50 | 35630 01/09   2,916.67 | 35675 01/07     166.67 |
| 35587 01/09     379.17 | 35631 01/15     233.33 | 35676 01/08   1,376.67 |
| 35588 01/09   4,333.33 | 35632*01/15   1,250.00 | 35677 01/08   1,208.33 |
| 35589 01/11  47,666.67 | 35634 01/08   1,812.50 | 35678 01/04   4,062.50 |
| 35590 01/11  28,533.33 | 35635 01/10   8,395.83 | 35679 01/07  20,000.00 |
| 35591 01/10  13,333.33 | 35636 01/10   4,887.50 | 35680 01/04   8,929.70 |
| 35592 01/14   2,041.67 | 35637 01/04   8,331.25 | 35681 01/16     375.00 |
| 35593 01/14   2,041.67 | 35638 01/07   3,037.16 | 35682 01/07   3,265.50 |
| 35594 01/07   6,666.67 | 35639 01/15  32,666.67 | 35683 01/07  25,854.17 |
| 35595 01/07   4,170.83 | 35640 01/09   2,070.83 | 35684 01/08   1,291.67 |
| 35596 01/15     625.00 | 35641 01/08   1,208.33 | 35685 01/09     645.83 |
| 35597 01/07     291.67 | 35642 01/08      99.17 | 35686 01/04  56,576.03 |
| 35598 01/11   2,192.85 | 35643 01/07     343.75 | 35687 01/22   1,312.50 |
| 35599 01/22   7,500.00 | 35644 01/04   1,093.75 | 35688*01/15     625.00 |
| 35600 01/08     937.50 | 35645 01/08   9,375.00 | 35690*01/10   5,968.75 |
| 35601 01/08   1,250.00 | 35646 01/09   2,260.42 | 35692 01/08   5,625.00 |
| 35602 01/04     807.29 | 35647 01/14     641.67 | 35693 01/14     387.50 |
| 35603 01/07     904.17 | 35648 01/14     116.67 | 35694*01/09   1,221.22 |
| 35604 01/04   3,661.88 | 35649 01/30     427.10 | 52086*01/02 108,030.00 |
| 35605*01/07   1,875.00 | 35650 01/02   1,213.33 | 52603*01/10   4,144.69 |
| 35607*01/23     437.50 | 35651*01/03     700.00 | 53037*01/04   5,000.00 |
| 35609 01/04   4,958.33 | 35653 01/07  13,333.33 | 53045*01/23   2,848.50 |
| 35610 01/07     687.50 | 35654 01/22   6,250.00 | 53048*01/02  25,500.00 |
| 35611 01/07   1,341.67 | 35655 01/08   1,140.02 | 53059*01/04  66,717.00 |
| 35612 01/07   1,111.11 | 35656 01/08   1,779.32 | 53077*01/18 276,069.44 |
| 35613 01/07   5,812.50 | 35657 01/09  20,000.00 | 53084 01/08  77,586.11 |
| 35614 01/31     129.17 | 35658 01/07   3,333.33 | 53085 01/07  20,666.66 |
| 35615 01/07     129.17 | 35659 01/07     277.08 | 53086 01/07  28,916.67 |
| 35616 01/07     129.17 | 35660 01/07     900.38 | 53087 01/07  27,666.67 |

* * * C O N T I N U E D * * *





**EXHIBIT "5"**



$13,333.33

#35591  1/10/08



| | | |
|---|---|---|
| 011 00001 00 | PAGE: | 4 |
| ACCOUNT: | 1028928 | 02/29/2008 |

# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 139 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

==========================================================================

BUSINESS CHECKING ACCOUNT 1028928

==========================================================================

- - - - - - CHECKS - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 35871 02/06      198.44 | 35916 02/07   1,166.67 | 35959 02/08      937.50 |
| 35872 02/12      350.00 | 35917 02/07   1,166.67 | 35960 02/05      325.00 |
| 35873 02/06    1,562.50 | 35918 02/22   3,312.50 | 35961 02/13      718.75 |
| 35874 02/25    1,241.00 | 35919 02/05   1,412.15 | 35962 02/07      604.17 |
| 35875 02/07    3,377.35 | 35920 02/12   1,501.95 | 35963 02/08    5,703.13 |
| 35876 02/26       47.40 | 35921 02/05   5,333.33 | 35964 02/15    1,604.17 |
| 35877 02/07   87,500.00 | 35922 02/06      956.67 | 35965 02/06    2,916.67 |
| 35878 02/05    3,437.50 | 35923 02/04   5,625.00 | 35966 02/19      335.49 |
| 35879 02/05    3,467.71 | 35924 02/12      300.00 | 35967 02/08    5,209.40 |
| 35880 02/20    1,200.77 | 35925 02/05   1,341.67 | 35968*02/05    1,166.67 |
| 35881*02/11    2,093.00 | 35926 02/04   5,312.50 | 35970 02/04    8,125.00 |
| 35883 02/04    2,250.00 | 35927 02/05   6,833.33 | 35971 02/11      687.50 |
| 35884 02/07      662.50 | 35928 02/05   1,283.33 | 35972 02/05      343.75 |
| 35885 02/13   17,708.33 | 35929 02/20   3,365.70 | 35973 02/05    2,125.00 |
| 35886 02/13   33,333.33 | 35930 02/05   3,062.50 | 35974 02/04    7,500.00 |
| 35887 02/04      807.29 | 35931 02/05      816.67 | 35975 02/04      771.17 |
| 35888 02/04    1,032.50 | 35932 02/08   1,550.00 | 35976 02/05    5,812.50 |
| 35889 02/05      750.00 | 35933 02/05   1,679.17 | 35977 02/04    1,485.42 |
| 35890 02/08    1,250.00 | 35934 02/04   1,250.00 | 35978 02/06      625.00 |
| 35891 02/11      226.04 | 35935 02/05   1,227.08 | 35979 02/04    1,062.50 |
| 35892 02/11    1,356.25 | 35936 02/05   4,500.00 | 35980 02/05    1,031.25 |
| 35893 02/04    7,750.00 | 35937 02/04   2,000.00 | 35981 02/05    1,333.33 |
| 35894 02/05      606.67 | 35938 02/21   1,437.50 | 35982 02/05    2,250.00 |
| 35895 02/06    1,208.33 | 35939 02/08   1,166.67 | 35983 02/04    6,875.00 |
| 35896 02/06      625.00 | 35940 02/12   2,333.33 | 35984 02/04    1,250.00 |
| 35897 02/06    1,661.04 | 35941 02/26      204.17 | 35985 02/04      625.00 |
| 35898 02/13    2,098.96 | 35942 02/20      381.11 | 35986 02/05    2,906.25 |
| 35899 02/06   20,000.00 | 35943 02/20      381.11 | 35987 02/05    6,458.33 |
| 35900 02/05      604.17 | 35944 02/20      381.11 | 35988 02/05    3,745.83 |
| 35901 02/07    2,267.81 | 35945 02/08   1,153.96 | 35989 02/05    2,000.00 |
| 35902 02/07    3,634.00 | 35946*02/08      463.19 | 35990 02/06    2,011.88 |
| 35903 02/11      500.00 | 35948 02/05       40.04 | 35991 02/25      625.00 |
| 35904 02/05      583.33 | 35949 02/06   1,750.00 | 35992*02/05      379.17 |
| 35905 02/05    6,866.67 | 35950 02/06      816.67 | 35994 02/06    2,275.00 |
| 35906 02/05  107,040.00 | 35951 02/08   4,854.17 | 35995 02/07      262.50 |
| 35907 02/06    1,450.28 | 35952 02/28   1,266.67 | 35996 02/07      379.17 |
| 35908 02/04      906.25 | 35953 02/07  12,270.83 | 35997 02/19    4,333.33 |
| 35909 02/04      937.50 | 35954 02/12      343.39 | 35998 02/05   13,886.67 |
| 35910 02/21    2,625.00 | 35955 02/05   1,685.42 | 35999 02/05   35,784.44 |
| 35911*02/15    5,000.00 | 35956 02/05   3,229.17 | 36000 02/11   13,333.33 |
| 35914 02/14    3,125.00 | 35957 02/07   1,166.67 | 36001 02/07    2,041.67 |
| 35915 02/04    1,291.67 | 35958 02/06      992.50 | 36002 02/05    2,041.67 |

* * * C O N T I N U E D * * *











011 00001 00          PAGE:     5
ACCOUNT:              1028928  03/31/2008

# SECURITY PACIFIC BANK

12121 Wilshire Blvd., Ste. 1250 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

===============================================================
BUSINESS CHECKING ACCOUNT 1028928
===============================================================

- - - - - - - CHECKS - - - - - -

| CHECK #. DATE.....AMOUNT | CHECK #. DATE.....AMOUNT | CHECK #. DATE.....AMOUNT |
|---|---|---|
| 36378 03/04    992.50 | 36422 03/05    2,041.67 | 36467 03/04    3,037.16 |
| 36379 03/04    937.50 | 36423*03/05    6,666.67 | 36468 03/13   32,666.67 |
| 36380 03/04    325.00 | 36425 03/10    625.00 | 36469 03/04    2,187.50 |
| 36381 03/04    718.75 | 36426 03/07    291.67 | 36470 03/11    1,208.33 |
| 36382 03/06    604.17 | 36427 03/11    2,301.60 | 36471 03/06    99.17 |
| 36383 03/07    5,781.25 | 36428 03/07    7,500.00 | 36472 03/04    343.75 |
| 36384 03/04    2,303.33 | 36429 03/04    937.50 | 36473 03/13    1,093.75 |
| 36385 03/10    335.49 | 36430 03/10    1,250.00 | 36474 03/06    9,375.00 |
| 36386 03/06    2,655.00 | 36431 03/05    807.29 | 36475 03/12    2,260.42 |
| 36387 03/12    1,166.67 | 36432 03/04    904.17 | 36476 03/14    554.17 |
| 36388 03/10    937.50 | 36433 03/04    3,661.88 | 36477 03/07    116.67 |
| 36389 03/04    8,125.00 | 36434 03/07    1,875.00 | 36478 03/04    800.81 |
| 36390 03/10    687.50 | 36435*03/10    511.39 | 36479 03/04    1,213.33 |
| 36391 03/04    343.75 | 36437 03/05    4,958.33 | 36480 03/05    700.00 |
| 36392 03/05    2,125.00 | 36438 03/04    687.50 | 36481 03/26    1,062.50 |
| 36393 03/04    7,500.00 | 36439 03/05    1,341.67 | 36482 03/05   13,333.33 |
| 36394 03/04    126.39 | 36440 03/05    583.33 | 36483 03/07    6,250.00 |
| 36395 03/04    783.23 | 36441 03/05    5,812.50 | 36484 03/07    1,646.20 |
| 36396 03/05    5,812.50 | 36442 03/21    129.17 | 36485 03/06   20,000.00 |
| 36397 03/04    1,485.42 | 36443 03/04    129.17 | 36486*03/10    3,333.33 |
| 36398 03/07    625.00 | 36444 03/31    129.17 | 36489 03/10    1,033.33 |
| 36399 03/11    1,062.50 | 36445 03/04    1,625.00 | 36490 03/06    1,001.04 |
| 36400 03/10    1,031.25 | 36446 03/05    1,600.00 | 36491 03/10    452.08 |
| 36401 03/04    1,333.33 | 36447 03/05    4,843.75 | 36492 03/11    775.00 |
| 36402 03/05    2,250.00 | 36448 03/04    3,593.75 | 36493*03/07   50,000.00 |
| 36403 03/04    6,875.00 | 36449 03/06    5,037.50 | 36495 03/04    1,125.00 |
| 36404 03/04    1,083.33 | 36450 03/05    5,000.00 | 36496 03/04    2,250.00 |
| 36405 03/03    625.00 | 36451 03/07    1,625.00 | 36497 03/04    1,291.67 |
| 36406 03/04    2,906.25 | 36452 03/07    5,812.50 | 36498 03/11    7,750.00 |
| 36407 03/10    6,458.33 | 36453 03/06   10,656.25 | 36499 03/03    3,229.17 |
| 36408 03/04    3,745.83 | 36454 03/21    1,937.50 | 36500 03/04    7,000.00 |
| 36409 03/04    2,000.00 | 36455 03/03   10,075.00 | 36501 03/06    1,050.00 |
| 36410 03/05    2,011.88 | 36456 03/06    1,032.50 | 36502 03/06    1,376.67 |
| 36411 03/14    625.00 | 36457 03/04    1,224.83 | 36503 03/05    1,359.38 |
| 36412*03/10    379.17 | 36458 03/07   39,583.33 | 36504*03/04    4,062.50 |
| 36414 03/13    2,275.00 | 36459 03/12    3,750.00 | 36506 03/05    7,583.33 |
| 36415 03/21    262.50 | 36460 03/06    2,916.67 | 36507 03/19    375.00 |
| 36416*03/21    379.17 | 36461 03/06    233.33 | 36508 03/07    4,880.08 |
| 36418 03/04   33,066.67 | 36462 03/12    1,250.00 | 36509*03/06   25,854.17 |
| 36419 03/04   50,066.67 | 36463 03/06   16,150.00 | 36511 03/05    645.83 |
| 36420 03/26   13,333.33 | 36464*03/05    8,395.83 | 36512 03/04   62,059.99 |
| 36421 03/04    2,041.67 | 36466 03/10    8,331.25 | 36513 03/17    1,312.50 |

* * *  C O N T I N U E D  * * *



FDIC



Equal Housing
LENDER

PAGE 91   of 152

1028928

ACCOUNT:

$13,333.33

#36420    3/26/08



011 00001 00     PAGE:      2
ACCOUNT:         1028928   05/30/2008

# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1150 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

**============================================================**
**BUSINESS' CHECKING ACCOUNT 1028928**
**============================================================**

- - - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Remote Merchant Deposit | 05/01 | 10,000.00 |
| Wire from HSBC Mortgage Corp. | 05/02 | 1,000,000.00 |
| Wire from kest Enterprises LP | 05/06 | 250,000.00 |
| Wire from Emma Corporation | 05/07 | 2,000,000.00 |
| Wire from Westside Electric Wholesale Inc | 05/08 | 1,577,700.00 |
| Remote Merchant Deposit | 05/09 | 15,000.00 |
| Remote Merchant Deposit | 05/09 | 45,000.00 |
| Wire from George Haroonian | 05/09 | 50,000.00 |
| Remote Merchant Deposit | 05/09 | 130,000.00 |
| Wire from Biltmore Center Apt | 05/09 | 500,000.00 |
| Remote Merchant Deposit | 05/12 | 20,000.00 |
| Remote Merchant Deposit | 05/12 | 50,000.00 |
| Remote Merchant Deposit | 05/12 | 100,000.00 |
| Remote Merchant Deposit | 05/12 | 150,000.00 |
| Remote Merchant Deposit | 05/14 | 1,000,000.00 |
| Remote Merchant Deposit | 05/15 | 45,000.00 |
| Remote Merchant Deposit | 05/15 | 250,000.00 |
| Wire from Invest Commercial LLC | 05/19 | 13,750.30 |
| Remote Merchant Deposit | 05/19 | 50,000.00 |
| Wire from Commonwealth Land Title | 05/22 | 975,000.00 |
| Wire from Hayim Abulafia, Julie Abulafia | 05/22 | 3,500,000.00 |
| Wire from Jose Garcia Flores | 05/29 | 50,290.00 |
| Wire from Edward Lavi | 05/30 | 500,000.00 |

- - - - - - - - - CHECKS - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| *05/07    1,333.33 | 3023 05/09    1,930.18 | 36781*05/08    1,437.50 |
| 2843*05/12    2,795.13 | 3024 05/20    3,451.97 | 36845*05/02   13,333.33 |
| 2853*05/12    2,795.13 | 3025 05/27    3,248.99 | 36947 05/02   24,921.88 |
| 2863*05/12    2,795.13 | 3026 05/16      960.78 | 36948 05/02   12,916.67 |
| 2872*05/12    2,795.13 | 3027 05/16    9,622.05 | 36949 05/07   26,940.07 |
| 2881*05/12    2,795.13 | 3028 05/16    4,932.38 | 36950 05/06    3,229.17 |
| 2890*05/12    2,795.13 | 3029 05/16      886.00 | 36951 05/06    1,009.17 |
| 2899*05/12    2,795.13 | 3030*05/16      659.27 | 36952 05/06      233.33 |
| 3013 05/02    3,451.97 | 3032 05/19    1,632.37 | 36953 05/05      162.92 |
| 3014 05/05    3,248.99 | 3033 05/20    4,241.75 | 36954 05/06    1,250.00 |
| 3015 05/01      960.78 | 3034*05/27    1,930.18 | 36955*05/15    7,812.50 |
| 3016 05/01    9,622.05 | 36143*05/08    9,456.08 | 36957 05/05      333.33 |
| 3017 05/01    4,932.38 | 36564*05/08    9,456.08 | 36958 05/07      500.00 |
| 3018 05/01      886.00 | 36665*05/08      637.50 | 36959 05/05    1,575.00 |
| 3019*05/01      659.27 | 36682*05/19    2,887.50 | 36960 05/07      291.67 |
| 3021 05/02    1,632.37 | 36710*05/01       47.40 | 36961 05/14    3,229.17 |
| 3022 05/02    4,241.75 | 36759*05/02    3,312.50 | 36962 05/14   12,155.42 |

* * *  C O N T I N U E D  * * *




Equal Housing
LENDER

43





# S SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1330 · Los Angeles, CA 90025

011 00001 00      PAGE:      5
ACCOUNT:            1028928   05/30/2008

NAMCO CAPITAL GROUP, INC

==================================================
BUSINESS CHECKING ACCOUNT 1028928
==================================================

- - - - - - - - - CHECKS - - - - - - - -

| CHECK #. DATE...... AMOUNT | CHECK #. DATE......AMOUNT | CHECK #. DATE......AMOUNT |
|---|---|---|
| 37237 05/02 3,229.17 | 37280 05/13 4,333.33 | 37325 05/02 39,583.33 |
| 37238 05/02 4,375.00 | 37281 05/02 50,066.67 | 37326 05/07 3,750.00 |
| 37239 05/09 875.00 | 37282 05/28 13,333.33 | 37327 05/07 1,458.33 |
| 37240 05/15 992.50 | 37283*05/02 33,600.00 | 37328 05/07 233.33 |
| 37241 05/05 937.50 | 37285*05/05 2,041.67 | 37329 05/12 1,250.00 |
| 37242 05/05 312.50 | 37287 05/05 6,666.67 | 37330 05/09 16,150.00 |
| 37243 05/06 656.25 | 37288 05/06 229.54 | 37331 05/14 4,727.64 |
| 37244 05/19 604.17 | 37289 05/13 257.29 | 37332 05/08 8,331.25 |
| 37245 05/02 6,177.08 | 37290 05/07 625.00 | 37333 05/05 3,037.16 |
| 37246 05/06 335.49 | 37291 05/06 291.67 | 37334 05/06 32,666.67 |
| 37247 05/07 2,775.00 | 37292 05/05 2,301.60 | 37335 05/09 747.14 |
| 37248 05/12 1,166.67 | 37293 05/09 7,500.00 | 37336 05/14 1,166.67 |
| 37249 05/08 937.50 | 37294 05/05 937.50 | 37337 05/07 99.17 |
| 37250 05/02 8,125.00 | 37295 05/19 1,250.00 | 37338 05/05 343.75 |
| 37251 05/14 687.50 | 37296 05/05 807.29 | 37339 05/14 1,093.75 |
| 37252 05/02 343.75 | 37297 05/05 904.17 | 37340 05/14 9,375.00 |
| 37253 05/05 2,125.00 | 37298 05/05 3,403.54 | 37341 05/05 2,260.42 |
| 37254 05/02 7,500.00 | 37299 05/07 1,250.00 | 37342 05/06 379.17 |
| 37255 05/28 145.83 | 37300*05/12 350.00 | 37343 05/05 116.67 |
| 37256 05/02 803.38 | 37302 05/08 4,958.33 | 37344 05/06 800.81 |
| 37257 05/05 1,750.00 | 37303 05/06 687.50 | 37345 05/02 1,126.67 |
| 37258 05/05 5,812.50 | 37304 05/05 1,341.67 | 37346*05/09 953.33 |
| 37259 05/05 1,485.42 | 37305 05/05 583.33 | 37348 05/05 13,333.33 |
| 37260 05/16 625.00 | 37306 05/07 469.44 | 37349 05/09 6,250.00 |
| 37261 05/12 1,062.50 | 37307 05/05 11,666.67 | 37350*05/06 1,747.50 |
| 37262 05/07 1,031.25 | 37308 05/21 129.17 | 37352 05/08 1,625.57 |
| 37263 05/05 1,333.33 | 37309 05/22 129.17 | 37353 05/07 20,000.00 |
| 37264 05/05 2,250.00 | 37310 05/27 129.17 | 37354 05/07 3,333.33 |
| 37265 05/06 4,062.50 | 37311 05/05 1,625.00 | 37355 05/02 900.38 |
| 37266 05/05 6,875.00 | 37312 05/07 350.00 | 37356 05/07 1,033.33 |
| 37267 05/02 216.67 | 37313 05/05 4,843.75 | 37357 05/07 1,001.04 |
| 37268 05/01 625.00 | 37314 05/05 3,593.75 | 37358 05/07 452.08 |
| 37269 05/12 2,906.25 | 37315 05/07 5,037.50 | 37359 05/12 1,776.04 |
| 37270 05/14 6,458.33 | 37316 05/06 5,312.50 | 37360 05/05 5,812.50 |
| 37271 05/12 3,745.83 | 37317 05/06 1,625.00 | 37361 05/02 3,354.17 |
| 37272 05/02 2,000.00 | 37318 05/06 5,812.50 | 37362 05/06 1,125.00 |
| 37273 05/12 2,011.88 | 37319 05/02 10,656.25 | 37363 05/02 120.00 |
| 37274 05/12 625.00 | 37320 05/08 1,937.50 | 37364 05/05 1,291.67 |
| 37275*05/05 379.17 | 37321 05/02 10,075.00 | 37365 05/06 3,229.17 |
| 37277 05/02 2,275.00 | 37322 05/06 1,032.50 | 37366 05/13 1,050.00 |
| 37278 05/23 262.50 | 37323 05/05 1,224.83 | 37367 05/05 10,266.67 |
| 37279 05/23 379.17 | 37324 05/06 2,750.00 | 37368 05/07 1,376.67 |

* * * C O N T I N U E D * * *




EQUAL HOUSING
LENDER





#37282    5/28/08    $13,333.33



# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1360 - Los Angeles, CA 90073

```
011 00001 00          PAGE:       5
ACCOUNT:              1028928   06/30/2008
```

NAMCO CAPITAL GROUP, INC

## BUSINESS CHECKING ACCOUNT 1028928

### - - - - - CHECKS - - - - -

| CHECK #. | DATE | AMOUNT | CHECK #. | DATE | AMOUNT | CHECK #. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37621 | 06/04 | 20,000.00 | 37664 | 06/03 | 4,812.50 | 37708 | 06/03 | 803.38 |
| 37622 | 06/04 | 2,158.08 | 37665 | 06/03 | 2,000.00 | 37709 | 06/03 | 5,812.50 |
| 37623 | 06/04 | 270.83 | 37666 | 06/27 | 1,567.78 | 37710 | 06/03 | 1,485.42 |
| 37624 | 06/10 | 1,208.33 | 37667 | 06/17 | 1,166.67 | 37711 | 06/10 | 625.00 |
| 37625 | 06/30 | 3,634.00 | 37668 | 06/03 | 2,333.33 | 37712 | 06/09 | 1,031.25 |
| 37626 | 06/04 | 500.00 | 37669 | 06/03 | 7,250.00 | 37713* | 06/03 | 1,750.00 |
| 37627 | 06/04 | 583.33 | 37670 | 06/03 | 272.97 | 37715 | 06/05 | 2,250.00 |
| 37628 | 06/04 | 6,946.67 | 37671 | 06/25 | 204.17 | 37716 | 06/03 | 6,875.00 |
| 37629 | 06/04 | 1,450.28 | 37672* | 06/10 | 2,333.33 | 37717 | 06/09 | 9,375.00 |
| 37630 | 06/03 | 937.50 | 37674 | 06/03 | 1,450.00 | 37718 | 06/03 | 650.00 |
| 37631 | 06/12 | 2,625.00 | 37675 | 06/03 | 604.17 | 37719 | 06/02 | 625.00 |
| 37632 | 06/04 | 5,000.00 | 37676 | 06/03 | 371.03 | 37720 | 06/03 | 2,906.25 |
| 37633 | 06/04 | 9,000.00 | 37677 | 06/09 | 5,873.37 | 37721 | 06/10 | 6,458.33 |
| 37634 | 06/04 | 625.00 | 37678 | 06/03 | 1,137.50 | 37722 | 06/03 | 3,745.83 |
| 37635 | 06/05 | 906.25 | 37679 | 06/04 | 307.57 | 37723 | 06/04 | 2,000.00 |
| 37636 | 06/16 | 625.00 | 37680 | 06/02 | 5,250.00 | 37724 | 06/04 | 2,011.88 |
| 37637 | 06/03 | 3,125.00 | 37681 | 06/02 | 3,208.33 | 37725 | 06/03 | 625.00 |
| 37638 | 06/05 | 5,333.33 | 37682 | 06/03 | 1,750.00 | 37726 | 06/05 | 379.17 |
| 37639 | 06/03 | 1,291.67 | 37683 | 06/03 | 816.67 | 37727 | 06/19 | 473.23 |
| 37640 | 06/03 | 1,166.67 | 37684 | 06/03 | 5,000.00 | 37728 | 06/05 | 2,275.00 |
| 37641 | 06/03 | 1,166.67 | 37685 | 06/30 | 1,266.67 | 37729 | 06/05 | 262.50 |
| 37642 | 06/25 | 3,312.50 | 37686 | 06/04 | 10,009.97 | 37730 | 06/05 | 379.17 |
| 37643 | 06/06 | 3,858.55 | 37687 | 06/16 | 343.39 | 37731 | 06/30 | 4,455.56 |
| 37644 | 06/06 | 1,073.33 | 37688 | 06/18 | 1,038.19 | 37732 | 06/17 | 50,066.67 |
| 37645 | 06/03 | 1,412.15 | 37689 | 06/04 | 9,902.78 | 37733 | 06/09 | 13,333.33 |
| 37646 | 06/09 | 1,501.95 | 37690 | 06/04 | 3,229.17 | 37734 | 06/06 | 33,600.00 |
| 37647 | 06/09 | 6,619.79 | 37691 | 06/04 | 4,666.67 | 37735 | 06/04 | 2,916.67 |
| 37648 | 06/04 | 175.00 | 37692 | 06/11 | 875.00 | 37736 | 06/04 | 2,041.67 |
| 37649 | 06/04 | 956.67 | 37693 | 06/03 | 992.50 | 37737 | 06/03 | 2,041.67 |
| 37650 | 06/03 | 3,125.00 | 37694 | 06/06 | 688.75 | 37738 | 06/04 | 1,166.67 |
| 37651 | 06/10 | 456.25 | 37695 | 06/03 | 95.00 | 37739 | 06/04 | 6,666.67 |
| 37652 | 06/13 | 1,341.67 | 37696 | 06/12 | 604.17 | 37740 | 06/18 | 636.96 |
| 37653 | 06/04 | 5,312.50 | 37697 | 06/04 | 2,968.75 | 37741 | 06/13 | 257.29 |
| 37654 | 06/10 | 2,604.17 | 37698 | 06/09 | 335.49 | 37742 | 06/03 | 625.00 |
| 37655* | 06/03 | 6,833.33 | 37699 | 06/05 | 2,775.00 | 37743 | 06/04 | 291.67 |
| 37657 | 06/23 | 3,365.70 | 37700 | 06/05 | 87,500.00 | 37744 | 06/04 | 2,301.60 |
| 37658 | 06/03 | 3,062.50 | 37701 | 06/04 | 937.50 | 37745 | 06/04 | 7,500.00 |
| 37659 | 06/27 | 816.67 | 37702 | 06/03 | 8,125.00 | 37746 | 06/03 | 1,250.00 |
| 37660 | 06/29 | 1,808.33 | 37703 | 06/16 | 687.50 | 37747 | 06/03 | 807.29 |
| 37661 | 06/06 | 1,250.00 | 37704 | 06/04 | 343.75 | 37748 | 06/03 | 904.17 |
| 37662 | 06/05 | 1,679.17 | 37705 | 06/03 | 2,125.00 | 37749 | 06/03 | 3,403.54 |
| 37663 | 06/03 | 1,227.08 | 37706* | 06/03 | 7,500.00 | 37750* | 06/13 | 408.33 |

### * * * C O N T I N U E D * * *




Equal Housing LENDER





#37733    6/09/08

$13,333.33

48

# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1200 · Los Angeles, Ca 90025

011 00001 00
ACCOUNT:

PAGE:     5
1028928   07/31/2008

NAMCO CAPITAL GROUP, INC

## BUSINESS CHECKING ACCOUNT 1028928

**- - - - CHECKS - - - -**

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 38153 07/14    87,500.00 | 38197 07/08    7,500.00 | 38239 07/22    1,166.67 |
| 38154*07/08      937.50 | 38198 07/03      693.75 | 38240 07/08       99.17 |
| 38156 07/08      687.50 | 38199 07/10    1,250.00 | 38241 07/03      343.75 |
| 38157 07/01      274.25 | 38200 07/03      807.29 | 38242 07/23      160.42 |
| 38158 07/02      343.75 | 38201 07/07      904.17 | 38243 07/10    1,093.75 |
| 38159 07/03    8,000.00 | 38202 07/03    3,403.54 | 38244 07/03    9,375.00 |
| 38160 07/03    2,125.00 | 38203 07/08      408.33 | 38245 07/25    5,555.56 |
| 38161 07/02    7,500.00 | 38204 07/16    1,370.83 | 38246 07/03    2,260.42 |
| 38162 07/01      204.17 | 38205 07/07    4,958.33 | 38247 07/09      262.50 |
| 38163 07/02      803.38 | 38206 07/07      687.50 | 38248 07/14      116.67 |
| 38164 07/07    5,812.50 | 38207 07/03      583.33 | 38249 07/03      800.81 |
| 38165 07/08    1,485.42 | 38208 07/03    2,111.67 | 38250 07/03    1,126.67 |
| 38166 07/07      625.00 | 38209 07/03      541.67 | 38251 07/08      953.33 |
| 38167 07/07    1,031.25 | 38210 07/03   10,000.00 | 38252 07/18    1,083.33 |
| 38168 07/03    1,750.00 | 38211 07/07      129.17 | 38253 07/14   13,333.33 |
| 38169 07/07    1,333.33 | 38212 07/14      129.17 | 38254 07/08    6,250.00 |
| 38170 07/07    2,250.00 | 38213 07/07      129.17 | 38255 07/16    2,363.25 |
| 38171 07/02    6,875.00 | 38214 07/03    1,625.00 | 38256 07/02    1,687.50 |
| 38172 07/14    9,375.00 | 38215 07/03      350.00 | 38257 07/03    1,582.37 |
| 38173 07/02      650.00 | 38216 07/03    4,843.75 | 38258 07/03    1,625.57 |
| 38174*07/01      625.00 | 38217 07/03    3,750.00 | 38259 07/07   20,000.00 |
| 38176 07/07    6,458.33 | 38218 07/09    5,037.50 | 38260*07/14    3,333.33 |
| 38177 07/03    3,745.83 | 38219 07/08    6,250.00 | 38262 07/03      900.38 |
| 38178 07/02    2,000.00 | 38220 07/07    1,625.00 | 38263 07/07    1,033.33 |
| 38179 07/07    1,699.38 | 38221 07/07    2,875.00 | 38264 07/07    1,001.04 |
| 38180 07/07      625.00 | 38222 07/03   10,656.25 | 38265 07/07      452.08 |
| 38181 07/07      379.17 | 38223 07/11    1,937.50 | 38266 07/08   29,166.67 |
| 38182 07/07    2,275.00 | 38224 07/07   10,075.00 | 38267 07/08    1,776.04 |
| 38183 07/03    4,666.67 | 38225 07/07    1,032.50 | 38268 07/03    5,489.58 |
| 38184 07/03   50,066.67 | 38226 07/03    1,224.83 | 38269 07/02    2,508.33 |
| 38185 07/28   13,333.33 | 38227 07/07    4,062.50 | 38270 07/07    1,125.00 |
| 38186 07/03   35,066.67 | 38228 07/02   39,583.33 | 38271 07/07    1,291.67 |
| 38187 07/03    2,916.67 | 38229 07/09      625.00 | 38272 07/02    3,229.17 |
| 38188 07/03    2,041.67 | 38230 07/07      952.78 | 38273 07/02    1,562.50 |
| 38189 07/07    2,041.67 | 38231 07/02    5,000.00 | 38274 07/07    1,050.00 |
| 38190 07/03    1,166.67 | 38232 07/10      233.33 | 38275 07/03   10,266.67 |
| 38191 07/07    6,666.67 | 38233 07/08    2,500.00 | 38276 07/10    1,376.67 |
| 38192 07/07    1,166.67 | 38234 07/02    1,250.00 | 38277 07/07    1,359.38 |
| 38193 07/07      121.88 | 38235 07/07   16,150.00 | 38278 07/03    4,062.50 |
| 38194 07/15      625.00 | 38236 07/03    8,331.25 | 38279 07/03   20,000.00 |
| 38195 07/02      291.67 | 38237 07/16   32,666.67 | 38280 07/07    7,083.33 |
| 38196 07/03    2,301.60 | 38238 07/08      242.68 | 38281 07/02    4,947.78 |

**\* \* \* C O N T I N U E D \* \* \***




Equal Housing
LENDER





#38185  7/28/08

$13,333.33



SECURITY PACIFIC BANK
11121 Wilshire Blvd., Ste. 1200 · Los Angeles, CA 90025

| | |
|---|---|
| 011 00001 00 | PAGE: 7 |
| ACCOUNT: | 1028928  07/31/2008 |

## NAMCO CAPITAL GROUP, INC

### BUSINESS CHECKING ACCOUNT 1028928

#### - - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 54409 07/10    5,900.00 | 54442 07/21       90.00 | 54482 07/28  100,000.00 |
| 54410 07/14   91,666.66 | 54443 07/23       40.33 | 54483 07/29   20,000.00 |
| 54411 07/15    8,202.48 | 54444 07/21    1,425.00 | 54484 07/23   50,000.00 |
| 54412 07/21   13,750.59 | 54445 07/18      568.38 | 54485 07/28   50,000.00 |
| 54413 07/22   13,606.00 | 54446 07/23    1,219.89 | 54486 07/23  500,000.00 |
| 54414 07/23   32,606.45 | 54447 07/22    1,647.00 | 54487*07/28   20,000.00 |
| 54415 07/22      314.96 | 54448*07/21   75,000.00 | 54489 07/30  100,000.00 |
| 54416 07/14    3,372.53 | 54450 07/21   50,000.00 | 54490 07/24  800,000.00 |
| 54417*07/17      399.00 | 54451 07/31    4,375.00 | 54491 07/24  250,000.00 |
| 54420 07/11  100,000.00 | 54452*07/17  190,000.00 | 54492*07/27   19,962.50 |
| 54421*07/30  100,000.00 | 54456 07/17  300,000.00 | 54494*07/25   18,000.00 |
| 54423 07/11   35,000.00 | 54457 07/21   80,000.00 | 54496 07/28  700,000.00 |
| 54424 07/14  150,000.00 | 54458 07/22   58,254.16 | 54497 07/29  208,000.00 |
| 54425 07/14   20,000.00 | 54459*07/23  450,000.00 | 54498 07/28  100,000.00 |
| 54426 07/16    1,562.50 | 54461*07/21  800,000.00 | 54499 07/25 2300,000.00 |
| 54427 07/15      260.41 | 54464 07/25   30,000.00 | 54500 07/25  150,000.00 |
| 54428 07/14   10,000.00 | 54465 07/22   80,000.00 | 54501 07/25  400,000.00 |
| 54429 07/14   15,000.00 | 54466 07/29    2,000.00 | 54502*07/29  280,000.00 |
| 54430 07/14  240,000.00 | 54467 07/22  200,000.00 | 54504 07/28    4,662.00 |
| 54431 07/22   10,000.00 | 54468 07/21   75,000.00 | 54505*07/28    8,000.00 |
| 54432 07/15   50,000.00 | 54469 07/22 1000,000.00 | 54507 07/31    8,533.33 |
| 54433 07/21  100,000.00 | 54470 07/23  250,000.00 | 54508*07/29   30,000.00 |
| 54434 07/21  100,000.00 | 54471 07/24   45,000.00 | 54511 07/29 1500,000.00 |
| 54435 07/14  100,000.00 | 54472 07/23  500,000.00 | 54512 07/29 1010,000.00 |
| 54436 07/16  130,000.00 | 54473*07/25  140,000.00 | 54513 07/29  150,000.00 |
| 54437 07/16   30,000.00 | 54476*07/25      740.27 | 54514 07/29   20,000.00 |
| 54438 07/16    2,000.00 | 54478 07/28      275.81 | 54515*07/30  250,000.00 |
| 54439 07/17   60,000.00 | 54479 07/31      309.00 | 54517*07/30 3500,000.00 |
| 54440 07/16   50,000.00 | 54480 07/31      309.00 | 54526 07/31    9,656.25 |
| 54441 07/16   50,000.00 | 54481 07/28   43,660.07 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

#### - - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Wire to CanPartners Realty | 07/01 | 208,363.33 |
| Wire to E Trade/Eskander Hakakian | 07/01 | 250,030.00 |
| Wire to H & N Shahery Rev Trust | 07/01 | 1,000,030.00 |
| Wire to Edward Lavi | 07/03 | 3,118.33 |
| Wire to Epsilon Electronics | 07/03 | 500,000.00 |
| Namco Capital Group Inc | 07/07 | 50,030.00 |
| Wire to Sharareh Rastegar | 07/07 | 2,000,030.00 |
| Wire to Guayule Eloy LLC | 07/08 | 19,719.17 |

* * * C O N T I N U E D * * *





 **SECURITY PACIFIC BANK**

**SECURITY PACIFIC BANK
OUTGOING WIRE TRANSFER REQUEST**

I (We) hereby authorize Security Pacific Bank, to wire funds from the Security Pacific Bank account referenced below in accordance with the following instructions:

### SECTION A

| | | | |
|---|---|---|---|
| Date 07/07/08 | Time | A.M. P.M. | Amount $ 2,000,000.00 |

Originator's Name (Sender)
Namco Capital Group, Inc.

Account Number
001-026926

Name of Originator's Authorized Representative (if applicable)
Hamid Taba

Originator's Address (Street/City/State/Zip)
12121 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025

Beneficiary's Name (Receiver)
Sharareh Rastegar

Beneficiary's Account Number
697-695212

Beneficiary's Address (Street/City/State/Zip)
168 2nd Ave., PO Box 397, New York, NY 10003

Beneficiary's Bank
HSBC

ABA Routing Number
021 001 088

Beneficiary's Bank Address (Street/City/State/Zip)
New York, NY

Execution Date
07/07/08

Special Instructions
Please deduct wire fees:

Purpose for wire:    Business Investment xxx    Personal Transfer _____    Invoice _____    Other _____

### SECTION B – TO BE COMPLETED BY BANK

Wire Instructions Received by:    Other (Specify)

Mail ☐   Fax ☐   In Person ☐

Authorization verified with Funds Transfer Agreement?    Funds Verified and Payment Received:    Balance:

Yes ☐   No ☐    By:

| Cash | Checking Acct.# | Savings Acct.# | Other Acct.# | Fee Charge | Fee Waived | Charged to Analysis |
|---|---|---|---|---|---|---|
| $ | | | | $ | $ | ☐ |

### CUSTOMER AUTHORIZATION

CUSTOMER AUTHORIZATION _____    Date _____

DAYTIME PHONE NUMBER ( _____ ) _____ - _____

RECEIVED BY: _____    APPROVED BY: _____

### DO NOT WRITE BELOW THIS LINE

Wire Department Use:

Wire Entered By: _____    Verified with Customer: _____

Wire Verified By: _____

Rev 7/05
OPB-27A

JUL 0 7 ENT'D



# SECURITY PACIFIC BANK

12121 Wilshire Blvd., Ste. 1200 · Los Angeles, CA 90025

```
011 00001 00         PAGE:      4
ACCOUNT:             1028928  08/29/2008
```

NAMCO CAPITAL GROUP, INC

## BUSINESS CHECKING ACCOUNT 1028928

### - - - CHECKS - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE....,.AMOUNT |
|---|---|---|
| 38518  08/07 | 1,452.03 | 38562  08/04 | 175.00 | 38607  08/11 | 687.50 |
| 38519  08/04 | 58.33 | 38563*08/04 | 3,125.00 | 38608  08/13 | 433.03 |
| 38520  08/04 | 408.33 | 38565  08/11 | 1,341.67 | 38609  08/06 | 10,000.00 |
| 38521  08/06 | 562.50 | 38566  08/04 | 10,000.00 | 38610  08/06 | 2,125.00 |
| 38522  08/07 | 750.00 | 38567  08/13 | 3,125.00 | 38611  08/04 | 7,500.00 |
| 38523  08/05 | 1,750.00 | 38568*08/11 | 5,833.33 | 38612  08/04 | 204.17 |
| 38524  08/05 | 816.67 | 38570  08/06 | 1,983.33 | 38613  08/04 | 803.38 |
| 38525  08/06 | 612.50 | 38571  08/05 | 3,062.50 | 38614  08/04 | 5,812.50 |
| 38526  08/11 | 13,000.00 | 38572  08/11 | 816.67 | 38615  08/08 | 1,485.42 |
| 38527  08/08 | 1,356.25 | 38573  08/08 | 985.83 | 38616  08/07 | 625.00 |
| 38528  08/11 | 226.04 | 38574  08/06 | 1,808.33 | 38617  08/18 | 2,625.00 |
| 38529  08/14 | 606.67 | 38575*08/08 | 1,250.00 | 38618  08/07 | 1,031.25 |
| 38530  08/14 | 344.17 | 38577  08/08 | 1,227.08 | 38619  08/04 | 1,062.50 |
| 38531  08/05 | 7,750.00 | 38578  08/11 | 1,166.67 | 38620*08/06 | 1,750.00 |
| 38532  08/06 | 1,354.17 | 38579  08/05 | 5,791.67 | 38622  08/04 | 6,875.00 |
| 38533  08/07 | 625.00 | 38580  08/05 | 204.17 | 38623  08/05 | 7,291.67 |
| 38534  08/05 | 2,098.96 | 38581  08/07 | 2,333.33 | 38624  08/04 | 650.00 |
| 38535  08/07 | 1,330.00 | 38582  08/04 | 604.17 | 38625  08/05 | 3,745.83 |
| 38536  08/05 | 20,000.00 | 38583  08/04 | 1,450.00 | 38626  08/05 | 6,458.33 |
| 38537  08/04 | 2,158.08 | 38584  08/04 | 371.03 | 38627  08/07 | 2,750.00 |
| 38538  08/06 | 270.83 | 38585  08/05 | 1,819.21 | 38628  08/06 | 291.67 |
| 38539  08/05 | 1,208.33 | 38586  08/05 | 1,137.50 | 38629  08/13 | 1,699.38 |
| 38540  08/20 | 3,634.00 | 38587  08/06 | 5,250.00 | 38630  08/11 | 175.00 |
| 38541  08/07 | 500.00 | 38588  08/04 | 3,208.33 | 38631*08/07 | 2,047.50 |
| 38542  08/06 | 583.33 | 38589  08/07 | 3,833.33 | 38633  08/14 | 4,666.67 |
| 38543  08/05 | 7,000.00 | 38590  08/29 | 1,266.67 | 38634  08/25 | 50,066.67 |
| 38544  08/20 | 1,450.28 | 38591  08/07 | 13,168.70 | 38635  08/19 | 2,636.67 |
| 38545  08/05 | 906.25 | 38592  08/12 | 343.39 | 38636  08/06 | 2,916.67 |
| 38546  08/06 | 937.50 | 38593  08/25 | 1,354.17 | 38637  08/06 | 2,041.67 |
| 38547  08/06 | 19,375.00 | 38594  08/07 | 5,333.33 | 38638  08/07 | 2,041.67 |
| 38548  08/04 | 9,000.00 | 38595  08/04 | 3,229.17 | 38639  08/06 | 1,166.67 |
| 38549  08/05 | 625.00 | 38596  08/05 | 3,125.00 | 38640  08/08 | 6,666.67 |
| 38550*08/15 | 3,125.00 | 38597  08/07 | 2,916.67 | 38641  08/06 | 1,166.49 |
| 38552  08/06 | 2,250.00 | 38598  08/06 | 875.00 | 38642  08/06 | 121.88 |
| 38553  08/04 | 1,291.67 | 38599  08/07 | 718.75 | 38643  08/06 | 625.00 |
| 38554  08/06 | 972.22 | 38600  08/07 | 1,208.33 | 38644  08/19 | 291.67 |
| 38555  08/06 | 972.22 | 38601  08/14 | 604.17 | 38645  08/04 | 2,301.60 |
| 38556*08/11 | 625.00 | 38602  08/05 | 971.06 | 38646  08/05 | 714.58 |
| 38558  08/04 | 1,412.15 | 38603  08/04 | 3,930.34 | 38647  08/11 | 1,250.00 |
| 38559  08/08 | 1,501.95 | 38604  08/15 | 87,500.00 | 38648  08/05 | 3,403.54 |
| 38560  08/07 | 3,858.55 | 38605  08/04 | 8,125.00 | 38649  08/06 | 807.29 |
| 38561  08/07 | 1,073.33 | 38606  08/04 | 937.50 | 38650  08/06 | 904.17 |

* * * C O N T I N U E D.* * *





Equal Housing
LENDER





Bankruptcy Estate of Namco Capital Group
1-Year Preference Analysis

313.92 · Rastegar, Roxana

| Item # | Type | Date | Check Number | Disbursement |
|--------|------|------|--------------|--------------|
| 1 | Check | 12/31/07 | 35590 | $    28,533.33 |
| 2 | Check | 01/31/08 | 35999 | 35,784.44 |
| 3 | Check | 02/05/08 | 53358 | 28,564.45 |
| 4 | Check | 02/29/08 | 36419 | 50,066.67 |
| 5 | Check | 03/31/08 | 36844 | 50,066.67 |
| 6 | Check | 04/30/08 | 37281 | 50,066.67 |
| 7 | Check | 05/31/08 | 37732 | 50,066.67 |
| 8 | Check | 06/30/08 | 38184 | 50,066.67 |
| 9 | Check | 07/31/08 | 38634 | 50,066.67 |
| 10 | Check | 08/31/08 | 39067 | 50,066.67 |
| 11 | Check | 10/06/08 | 55117 | 31,291.67 |
| | | | | $    474,640.58 |

# EXHIBIT "6"



# SECURITY PACIFIC BANK

12121 Wilshire Blvd., Ste. 1350 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

BUSINESS CHECKING ACCOUNT 1028928

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 35573 01/07    2,250.00 | 35617 01/07    1,625.00 | 35661 01/07      758.33 |
| 35574 01/04    6,875.00 | 35618 01/07    1,600.00 | 35662 01/10    1,033.34 |
| 35575 01/04    1,250.00 | 35619 01/08    4,843.75 | 35663 01/10    1,001.04 |
| 35576 01/03      625.00 | 35620 01/08    5,037.50 | 35664 01/10      452.08 |
| 35577 01/09    2,906.25 | 35621 01/09    4,687.50 | 35665 01/07      775.00 |
| 35578 01/08    6,458.33 | 35622 01/09    1,625.00 | 35666 01/09      114.58 |
| 35579 01/09    3,745.83 | 35623 01/08    5,812.50 | 35667 01/08   37,500.00 |
| 35580 01/04    2,000.00 | 35624 01/07   10,656.25 | 35668 01/11    1,776.04 |
| 35581 01/08    2,011.88 | 35625 01/09    1,937.50 | 35669 01/07    1,125.00 |
| 35582 01/11      625.00 | 35626 01/04   10,075.00 | 35670 01/07    1,291.67 |
| 35583 01/07      379.17 | 35627 01/07    1,032.50 | 35671*01/07    7,750.00 |
| 35584 01/07      645.32 | 35628 01/07    1,224.83 | 35673 01/07    7,000.00 |
| 35585 01/08    2,275.00 | 35629 01/07    3,750.00 | 35674 01/09    1,050.00 |
| 35586 01/09      262.50 | 35630 01/09    2,916.67 | 35675 01/07      166.67 |
| 35587 01/09      379.17 | 35631 01/15      233.33 | 35676 01/08    1,376.67 |
| 35588 01/09    4,333.33 | 35632*01/15    1,250.00 | 35677 01/08    1,208.33 |
| 35589 01/11   47,666.67 | 35634 01/08    1,812.50 | 35678 01/04    4,062.50 |
| 35590 01/11   28,533.33 | 35635 01/10    8,395.83 | 35679 01/07   20,000.00 |
| 35591 01/10   13,333.33 | 35636 01/10    4,887.50 | 35680 01/04    8,929.70 |
| 35592 01/14    2,041.67 | 35637 01/04    8,331.25 | 35681 01/16      375.00 |
| 35593 01/14    2,041.67 | 35638 01/07    3,037.16 | 35682 01/07    3,265.50 |
| 35594 01/07    6,666.67 | 35639 01/15   32,666.67 | 35683 01/07   25,854.17 |
| 35595 01/07    4,170.83 | 35640 01/09    2,070.83 | 35684 01/08    1,291.67 |
| 35596 01/15      625.00 | 35641 01/08    1,208.33 | 35685 01/09      645.83 |
| 35597 01/07      291.67 | 35642 01/08       99.17 | 35686 01/04   56,576.03 |
| 35598 01/11    2,192.85 | 35643 01/07      343.75 | 35687 01/12    1,312.50 |
| 35599 01/22    7,500.00 | 35644 01/04    1,093.75 | 35688*01/15      625.00 |
| 35600 01/08      937.50 | 35645 01/08    9,375.00 | 35690*01/10    5,968.75 |
| 35601 01/08    1,250.00 | 35646 01/09    2,260.42 | 35692 01/08    5,625.00 |
| 35602 01/04      807.29 | 35647 01/14      641.67 | 35693 01/14      387.50 |
| 35603 01/07      904.17 | 35648 01/14      116.67 | 35694*01/09    1,221.22 |
| 35604 01/04    3,661.88 | 35649 01/30      427.10 | 52086*01/02  108,030.00 |
| 35605*01/07    1,875.00 | 35650 01/02    1,213.33 | 52603*01/10    4,144.69 |
| 35607*01/23      437.50 | 35651*01/04      700.00 | 53037*01/04    5,000.00 |
| 35609 01/04    4,958.33 | 35653 01/07   13,333.33 | 53045*01/23    2,848.50 |
| 35610 01/07      687.50 | 35654 ·01/22    6,250.00 | 53048*01/02   25,500.00 |
| 35611 01/07    1,341.67 | 35655 01/08    1,140.02 | 53059*01/04   66,717.00 |
| 35612 01/07    1,111.11 | 35656 01/08    1,779.32 | 53077*01/18  276,069.44 |
| 35613 01/07    5,812.50 | 35657 01/09   20,000.00 | 53084 01/08   77,586.11 |
| 35614 01/31      129.17 | 35658 01/07    3,333.33 | 53085 01/07   20,666.66 |
| 35615 01/07      129.17 | 35659 01/07      277.08 | 53086 01/07   28,916.67 |
| 35616 01/07      129.17 | 35660 01/07      900.38 | 53087 01/07   27,666.67 |

* * *  C O N T I N U E D  * * *





Equal Housing
LENDER

**EXHIBIT "7"**







PAGE:    4
ACCOUNT:    1028928  02/29/2008

# SECURITY PACIFIC BANK

12121 Wilshire Blvd., Ste. 1350 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

=========================================================================

BUSINESS CHECKING ACCOUNT 1028928

=========================================================================

- - - - - - - - - - - CHECKS - - - - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 35871 02/06    198.44 | 35916 02/07   1,166.67 | 35959 02/08    937.50 |
| 35872 02/12    350.00 | 35917 02/07   1,166.67 | 35960 02/05    325.00 |
| 35873 02/06  1,562.50 | 35918 02/22   3,312.50 | 35961 02/13    718.75 |
| 35874 02/25  1,241.00 | 35919 02/05   1,412.15 | 35962 02/07    604.17 |
| 35875 02/07  3,377.35 | 35920 02/12   1,501.95 | 35963 02/08   5,703.13 |
| 35876 02/26     47.40 | 35921 02/05   5,333.33 | 35964 02/15   1,604.17 |
| 35877 02/07 87,500.00 | 35922 02/06    956.67 | 35965 02/06   2,916.67 |
| 35878 02/05  3,437.50 | 35923 02/04   5,625.00 | 35966 02/19    335.49 |
| 35879 02/05  3,467.71 | 35924 02/12    300.00 | 35967 02/08   5,209.40 |
| 35880 02/20  1,200.77 | 35925 02/05   1,341.67 | 35968*02/05   1,166.67 |
| 35881*02/11  2,093.00 | 35926 02/04   5,312.50 | 35970 02/04   8,125.00 |
| 35883 02/04  2,250.00 | 35927 02/05   6,833.33 | 35971 02/11    687.50 |
| 35884 02/07    662.50 | 35928 02/05   1,283.33 | 35972 02/05    343.75 |
| 35885 02/13 17,708.33 | 35929 02/20   3,365.70 | 35973 02/05   2,125.00 |
| 35886 02/13 33,333.33 | 35930 02/05   3,062.50 | 35974 02/04   7,500.00 |
| 35887 02/04    807.29 | 35931 02/05    816.67 | 35975 02/04    771.17 |
| 35888 02/04  1,032.50 | 35932 02/08   1,550.00 | 35976 02/05   5,812.50 |
| 35889 02/05    750.00 | 35933 02/05   1,679.17 | 35977 02/04   1,485.42 |
| 35890 02/08  1,250.00 | 35934 02/04   1,250.00 | 35978 02/06    625.00 |
| 35891 02/11    226.04 | 35935 02/05   1,227.08 | 35979 02/04   1,062.50 |
| 35892 02/11  1,356.25 | 35936 02/05   4,500.00 | 35980 02/05   1,031.25 |
| 35893 02/04  7,750.00 | 35937 02/04   2,000.00 | 35981 02/05   1,333.33 |
| 35894 02/05    606.67 | 35938 02/21   1,437.50 | 35982 02/05   2,250.00 |
| 35895 02/06  1,208.33 | 35939 02/08   1,166.67 | 35983 02/04   6,875.00 |
| 35896 02/06    625.00 | 35940 02/12   2,333.33 | 35984 02/05   1,250.00 |
| 35897 02/06  1,661.04 | 35941 02/26    204.17 | 35985 02/04    625.00 |
| 35898 02/13  2,098.96 | 35942 02/20    381.11 | 35986 02/05   2,906.25 |
| 35899 02/06 20,000.00 | 35943 02/20    381.11 | 35987 02/05   6,458.33 |
| 35900 02/05    604.17 | 35944 02/20    381.11 | 35988 02/05   3,745.83 |
| 35901 02/07  2,267.81 | 35945 02/08   1,153.96 | 35989 02/07   2,000.00 |
| 35902 02/07  3,634.00 | 35946*02/08    463.19 | 35990 02/06   2,011.88 |
| 35903 02/11    500.00 | 35948 02/05     40.04 | 35991 02/25    625.00 |
| 35904 02/05    583.33 | 35949 02/06   1,750.00 | 35992*02/05    379.17 |
| 35905 02/05  6,866.67 | 35950 02/06    816.67 | 35994 02/06   2,275.00 |
| 35906 02/05 107,040.00 | 35951 02/08   4,854.17 | 35995 02/07    262.50 |
| 35907 02/06  1,450.28 | 35952 02/28   1,266.67 | 35996 02/07    379.17 |
| 35908 02/04    906.25 | 35953 02/07  12,270.83 | 35997 02/19   4,333.33 |
| 35909 02/04    937.50 | 35954 02/12    343.39 | 35998 02/05  13,886.67 |
| 35910 02/21  2,625.00 | 35955 02/05   1,685.42 | 35999 02/05  35,784.44 |
| 35911*02/15  5,000.00 | 35956 02/05   3,229.17 | 36000 02/11  13,333.33 |
| 35914 02/14  3,125.00 | 35957 02/07   1,166.67 | 36001 02/07   2,041.67 |
| 35915 02/04  1,291.67 | 35958 02/06    992.50 | 36002 02/05   2,041.67 |

* * *  C O N T I N U E D  * * *





Equal Housing
LENDER



NAMCO CAPITAL GROUP, INC.
17171 WILSHIRE BLVD., STE. 1800
LOS ANGELES, CA 90025
(310) 207-1600

35999

SECURITY PACIFIC BANK
940-3661-1222

1/31/2008

HE ____
R OF ___ Royan Banker _____                                    $  **35,784.44

Thirty-Five Thousand Seven Hundred Eighty-Four and 44/100** ·····························  DOLLARS

Roxan Hashigar
1005 Schuyler Road
Beverly Hills, CA 90210

Interest

⑈035999⑈  ⑈122236611⑈  001⑈0285928⑈

/35999 . 2/05/08                    $35,784.44

011 90001 00                          PAGE:        6
ACCOUNT:                          1028928  02/29/2008



# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1350 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

========================================================
BUSINESS CHECKING ACCOUNT 1028928
========================================================

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 53342 02/11      25.00 | 53376 02/11    9,548.05 | 53417 02/20      638.00 |
| 53343 02/06      72.99 | 53377*02/20   69,500.00 | 53418 02/21   15,997.30 |
| 53344 02/04   60,000.00 | 53381*02/12      26.36 | 53419 02/21   20,063.47 |
| 53345 02/04   20,666.66 | 53383 02/15    2,656.53 | 53420 02/20   55,000.00 |
| 53346 02/05   42,477.50 | 53384 02/20    1,687.31 | 53421 02/21   75,600.00 |
| 53347*02/04  400,000.00 | 53385*02/08   50,000.00 | 53422 02/21    1,689.38 |
| 53349 02/06   10,000.00 | 53387 02/08   13,214.56 | 53423 02/26   50,000.00 |
| 53350 02/06    1,500.00 | 53388 02/08   39,643.68 | 53424 02/26   12,841.80 |
| 53351 02/07   39,994.92 | 53389 02/13      664.00 | 53425*02/28    3,713.75 |
| 53352 02/15    5,423.78 | 53390 02/08  150,000.00 | 53427*02/20    4,000.00 |
| 53353 02/07   11,706.94 | 53391 02/12    1,000.00 | 53430*02/22    1,000.00 |
| 53354 02/07   61,086.92 | 53392 02/13    8,331.25 | 53434 02/27    1,567.96 |
| 53355 02/07    6,811.58 | 53393 02/13   50,000.00 | 53435 02/27      234.42 |
| 53356 02/07   16,148.33 | 53394*02/21      527.92 | 53436*02/27      53.13 |
| 53357 02/07    7,785.39 | 53396 02/12   30,000.00 | 53438*02/26    1,260.00 |
| 53358 02/08   28,564.45 | 53397 02/12  450,000.00 | 53440 02/25    1,440.00 |
| 53359 02/13   12,500.00 | 53398 02/14   20,555.55 | 53441 02/25      63.89 |
| 53360 02/25      459.51 | 53399 02/19    1,526.52 | 53442 02/29      85.00 |
| 53361 02/12    2,079.99 | 53400 02/13      173.20 | 53443 02/25   51,078.99 |
| 53362 02/11      73.28 | 53401 02/13    7,555.54 | 53444 02/27   56,913.14 |
| 53363 02/12      837.00 | 53402 02/20    3,858.55 | 53445 02/26  945,000.00 |
| 53364 02/11      800.00 | 53403 02/21  109,844.88 | 53446 02/26   75,000.00 |
| 53365 02/05  419,145.60 | 53404 02/19  100,000.00 | 53447 02/26  140,000.00 |
| 53366 02/08   93,958.38 | 53405 02/14   50,000.00 | 53448 02/26   50,000.00 |
| 53367 02/08   14,059.53 | 53406 02/19   10,975.25 | 53449 02/29      299.15 |
| 53368 02/08   79,304.07 | 53407 02/19  100,000.00 | 53450 02/27   30,000.00 |
| 53369 02/11      55.36 | 53408 02/21      541.25 | 53451 02/27    5,000.00 |
| 53370 02/08      625.00 | 53409 02/15   18,000.00 | 53452 02/27  260,000.00 |
| 53371 02/26      291.67 | 53410 02/21      262.48 | 53453*02/27   48,000.00 |
| 53372 02/11   70,000.00 | 53411*02/20    2,515.00 | 53455*02/29   20,062.07 |
| 53373 02/06  400,000.00 | 53413 02/20      192.40 | 53458*02/28   40,144.47 |
| 53374 02/15    1,498.50 | 53414*02/20      195.00 | 53461 02/29  190,000.00 |
| 53375 02/08   29,304.96 | 53416 02/28      128.00 | 53462 02/29   80,000.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Wire to Namwest LLC | 02/01 | 170,030.00 |
| Wire to Kohnam 26 LLC | 02/01 | 1,556,030.00 |
| Wire to Guayule Eloy LLC | 02/05 | 23,229.94 |
| Wire to Canpartners Realty Holding Company IV LLC | 02/05 | 215,307.78 |
| Wire to Serena Peters | 02/06 | 245,030.00 |

* * * C O N T I N U E D * * *




Equal Housing
LENDER







# S SECURITY PACIFIC BANK

12321 Wilshire Blvd., Ste. 150 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

BUSINESS CHECKING ACCOUNT 1028928

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 36378 03/04      992.50 | 36422 03/05    2,041.67 | 36467 03/04    3,037.16 |
| 36379 03/04      937.50 | 36423*03/05    6,666.67 | 36468 03/13   32,666.67 |
| 36380 03/04      325.00 | 36425 03/10      625.00 | 36469 03/04    2,187.50 |
| 36381 03/04      718.75 | 36426 03/07      291.67 | 36470 03/11    1,208.33 |
| 36382 03/06      604.17 | 36427 03/11    2,301.60 | 36471 03/06       99.17 |
| 36383 03/07    5,781.25 | 36428 03/07    7,500.00 | 36472 03/04      343.75 |
| 36384 03/04    2,303.33 | 36429 03/04      937.50 | 36473 03/13    1,093.75 |
| 36385 03/10      335.49 | 36430 03/10    1,250.00 | 36474 03/06    9,375.00 |
| 36386 03/06    2,655.00 | 36431 03/05      807.29 | 36475 03/12    2,260.42 |
| 36387 03/12    1,166.67 | 36432 03/04      904.17 | 36476 03/14      554.17 |
| 36388 03/10      937.50 | 36433 03/04    3,661.88 | 36477 03/07      116.67 |
| 36389 03/04    8,125.00 | 36434 03/07    1,875.00 | 36478 03/04      800.81 |
| 36390 03/10      687.50 | 36435*03/10      511.39 | 36479 03/04    1,213.33 |
| 36391 03/04      343.75 | 36437 03/05    4,958.33 | 36480 03/05      700.00 |
| 36392 03/05    2,125.00 | 36438 03/04      687.50 | 36481 03/26    1,062.50 |
| 36393 03/04    7,500.00 | 36439 03/05    1,341.67 | 36482 03/05   13,333.33 |
| 36394 03/04      126.39 | 36440 03/05      583.33 | 36483 03/07    6,250.00 |
| 36395 03/04      783.23 | 36441 03/05    5,812.50 | 36484 03/07    1,646.20 |
| 36396 03/05    5,812.50 | 36442 03/21      129.17 | 36485 03/06   20,000.00 |
| 36397 03/04    1,485.42 | 36443 03/04      129.17 | 36486*03/10    3,333.33 |
| 36398 03/07      625.00 | 36444 03/31      129.17 | 36489 03/10    1,033.33 |
| 36399 03/11    1,062.50 | 36445 03/04    1,625.00 | 36490 03/06    1,001.04 |
| 36400 03/10    1,031.25 | 36446 03/05    1,600.00 | 36491 03/10      452.08 |
| 36401 03/04    1,333.33 | 36447 03/05    4,843.75 | 36492 03/11      775.00 |
| 36402 03/05    2,250.00 | 36448 03/04    3,593.75 | 36493*03/07   50,000.00 |
| 36403 03/04    6,875.00 | 36449 03/06    5,037.50 | 36495 03/04    1,125.00 |
| 36404 03/04    1,083.33 | 36450 03/05    5,000.00 | 36496 03/04    2,250.00 |
| 36405 03/03      625.00 | 36451 03/07    1,625.00 | 36497 03/04    1,291.67 |
| 36406 03/04    2,906.25 | 36452 03/07    5,812.50 | 36498 03/11    7,750.00 |
| 36407 03/10    6,458.33 | 36453 03/06   10,656.25 | 36499 03/03    3,229.17 |
| 36408 03/04    3,745.83 | 36454 03/21    1,937.50 | 36500 03/04    7,000.00 |
| 36409 03/04    2,000.00 | 36455 03/03   10,075.00 | 36501 03/06    1,050.00 |
| 36410 03/05    2,011.88 | 36456 03/06    1,032.50 | 36502 03/06    1,376.67 |
| 36411 03/14      625.00 | 36457 03/04    1,224.83 | 36503 03/05    1,359.38 |
| 36412*03/10      379.17 | 36458 03/07   39,583.33 | 36504*03/04    4,062.50 |
| 36414 03/13    2,275.00 | 36459 03/12    3,750.00 | 36506 03/05    7,583.33 |
| 36415 03/21      262.50 | 36460 03/06    2,916.67 | 36507 03/19      375.00 |
| 36416*03/21      379.17 | 36461 03/06      233.33 | 36508 03/07    4,880.08 |
| 36418 03/04   33,066.67 | 36462 03/12    1,250.00 | 36509*03/06   25,854.17 |
| 36419 03/04   50,066.67 | 36463 03/06   16,150.00 | 36511 03/05      645.83 |
| 36420 03/26   13,333.33 | 36464*03/05    8,395.83 | 36512 03/04   62,059.99 |
| 36421 03/04    2,041.67 | 36466 03/10    8,331.25 | 36513 03/17    1,312.50 |

* * * C O N T I N U E D * * *





Equal Housing
LENDER





$50,066.67

#36419    3/04/08

011 00001 00          PAGE:      4
ACCOUNT:              1028928  04/30/2008


# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1250 - Los Angeles, CA 90025


NAMCO CAPITAL GROUP, INC

========================================================
BUSINESS CHECKING ACCOUNT 1028928
========================================================

- - - - - - - - CHECKS - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 36716*04/04    1,468.00 | 36762 04/03    1,412.15 | 36806 04/03      937.50 |
| 36718 04/09    2,250.00 | 36763 04/16    6,619.79 | 36807 04/03      325.00 |
| 36719 04/04      662.50 | 36764 04/07      163.33 | 36808 04/04      718.75 |
| 36720 04/07   17,708.33 | 36765 04/08      956.67 | 36809 04/07      604.17 |
| 36721 04/09   33,333.33 | 36766 04/02    5,638.19 | 36810 04/16    5,208.33 |
| 36722 04/02    7,000.00 | 36767 04/10      456.25 | 36811 04/07      335.49 |
| 36723 04/03    2,625.00 | 36768 04/03    1,341.67 | 36812 04/07    2,775.00 |
| 36724 04/04      641.67 | 36769 04/07    5,312.50 | 36813 04/04    1,166.67 |
| 36725 04/04      408.33 | 36770 04/07    6,833.33 | 36814 04/09      937.50 |
| 36726 04/03      750.00 | 36771*04/04    1,283.33 | 36815 04/02    8,125.00 |
| 36727 04/03      562.50 | 36773 04/04    3,062.50 | 36816 04/07      687.50 |
| 36728 04/10    1,937.50 | 36774 04/07      816.67 | 36817 04/02      343.75 |
| 36729 04/07      226.04 | 36775 04/16    1,540.00 | 36818 04/03    2,125.00 |
| 36730 04/07    1,356.25 | 36776 04/21    1,679.17 | 36819 04/03    7,500.00 |
| 36731 04/07    7,750.00 | 36777 04/08    1,250.00 | 36820 04/30      145.83 |
| 36732 04/07    1,354.17 | 36778 04/03    1,227.08 | 36821 04/03      800.13 |
| 36733 04/03      606.67 | 36779 04/04    4,575.00 | 36822 04/07    5,812.50 |
| 36734 04/04   10,000.00 | 36780*04/03    2,000.00 | 36823 04/07    1,485.42 |
| 36735*04/07    1,208.33 | 36782 04/08    1,166.67 | 36824 04/09      625.00 |
| 36737 04/07    1,661.04 | 36783 04/07    2,333.33 | 36825 04/07    1,062.50 |
| 36738 04/10    2,098.96 | 36784 04/03    6,283.33 | 36826 04/07    1,031.25 |
| 36739 04/04   20,000.00 | 36785 04/25      204.17 | 36827 04/03    1,333.33 |
| 36740 04/04    1,208.33 | 36786 04/07    7,000.00 | 36828 04/03    2,250.00 |
| 36741 04/03    2,158.08 | 36787 04/30    1,288.64 | 36829 04/03    6,875.00 |
| 36742 04/03      297.92 | 36788 04/02    1,450.00 | 36830 04/04    1,083.33 |
| 36743 04/22    3,634.00 | 36789 04/02      604.17 | 36831 04/01      625.00 |
| 36744 04/03      500.00 | 36790 04/02      371.03 | 36832 04/07    2,906.25 |
| 36745 04/02      583.33 | 36791 04/09       40.04 | 36833 04/07    6,458.33 |
| 36746 04/03    6,866.67 | 36792 04/07      606.67 | 36834 04/07    3,745.83 |
| 36747 04/09    1,450.28 | 36793 04/02    5,250.00 | 36835 04/01    2,000.00 |
| 36748 04/08      937.50 | 36794 04/02    3,208.33 | 36836 04/08    2,011.88 |
| 36749 04/09    2,625.00 | 36795 04/08    1,750.00 | 36837 04/08      625.00 |
| 36750 04/09    5,000.00 | 36796 04/08      816.67 | 36838 04/14      379.17 |
| 36751 04/03      625.00 | 36797 04/11    5,000.00 | 36839 04/17      645.32 |
| 36752 04/07      906.25 | 36798 04/30    1,266.67 | 36840 04/04    2,275.00 |
| 36753*04/16      625.00 | 36799 04/03    7,333.33 | 36841 04/21      262.50 |
| 36755 04/04    5,333.33 | 36800 04/03    5,333.33 | 36842 04/21      379.17 |
| 36756 04/02    1,291.67 | 36801 04/17      343.39 | 36843 04/03    4,333.33 |
| 36757 04/03    1,166.67 | 36802 04/04    3,229.17 | 36844*04/04   50,066.67 |
| 36758*04/03    1,166.67 | 36803 04/04    4,375.00 | 36846 04/04   33,600.00 |
| 36760 04/08    3,858.55 | 36804 04/11      875.00 | 36847 04/08    2,041.67 |
| 36761 04/08      326.67 | 36805 04/16      992.50 | 36848 04/04    2,041.67 |

* * *  C O N T I N U E D  * * *

 





011 00001 00          PAGE:      5
ACCOUNT:              1028928   05/30/2008


# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 150 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

===============================================================================

BUSINESS CHECKING ACCOUNT 1028928

===============================================================================

- - - - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 37237 05/02    3,229.17 | 37280 05/13    4,333.33 | 37325 05/02   39,583.33 |
| 37238 05/02    4,375.00 | 37281 05/02   50,066.67 | 37326 05/07    3,750.00 |
| 37239 05/09      875.00 | 37282 05/28   13,333.33 | 37327 05/07    1,458.33 |
| 37240 05/15      992.50 | 37283*05/02   33,600.00 | 37328 05/07      233.33 |
| 37241 05/05      937.50 | 37285*05/05    2,041.67 | 37329 05/12    1,250.00 |
| 37242 05/05      312.50 | 37287 05/05    6,666.67 | 37330 05/09   16,150.00 |
| 37243 05/06      656.25 | 37288 05/06      229.54 | 37331 05/14    4,727.64 |
| 37244 05/19      604.17 | 37289 05/13      257.29 | 37332 05/08    8,331.25 |
| 37245 05/02    6,177.08 | 37290 05/07      625.00 | 37333 05/05    3,037.16 |
| 37246 05/06      335.49 | 37291 05/06      291.67 | 37334 05/06   32,666.67 |
| 37247 05/07    2,775.00 | 37292 05/05    2,301.60 | 37335 05/09      747.14 |
| 37248 05/12    1,166.67 | 37293 05/09    7,500.00 | 37336 05/14    1,166.67 |
| 37249 05/08      937.50 | 37294 05/05      937.50 | 37337 05/07       99.17 |
| 37250 05/02    8,125.00 | 37295 05/19    1,250.00 | 37338 05/05      343.75 |
| 37251 05/14      687.50 | 37296 05/05      807.29 | 37339 05/14    1,093.75 |
| 37252 05/02      343.75 | 37297 05/05      904.17 | 37340 05/14    9,375.00 |
| 37253 05/06    2,125.00 | 37298 05/05    3,403.54 | 37341 05/05    2,260.42 |
| 37254 05/02    7,500.00 | 37299 05/07    1,250.00 | 37342 05/06      379.17 |
| 37255 05/28      145.83 | 37300*05/12      350.00 | 37343 05/05      116.67 |
| 37256 05/02      803.38 | 37302 05/08    4,958.33 | 37344 05/06      800.81 |
| 37257 05/05    1,750.00 | 37303 05/05      687.50 | 37345 05/02    1,126.67 |
| 37258 05/05    5,812.50 | 37304 05/05    1,341.67 | 37346*05/09      953.33 |
| 37259 05/05    1,485.42 | 37305 05/05      583.33 | 37348 05/05   13,333.33 |
| 37260 05/16      625.00 | 37306 05/07      469.44 | 37349 05/09    6,250.00 |
| 37261 05/12    1,062.50 | 37307 05/05   11,666.67 | 37350*05/06    1,747.50 |
| 37262 05/07    1,031.25 | 37308 05/21      129.17 | 37352 05/08    1,625.57 |
| 37263 05/05    1,333.33 | 37309 05/22      129.17 | 37353 05/07   20,000.00 |
| 37264 05/02    2,250.00 | 37310 05/27      129.17 | 37354 05/07    3,333.33 |
| 37265 05/06    4,062.50 | 37311 05/05    1,625.00 | 37355 05/02      900.38 |
| 37266 05/05    6,875.00 | 37312 05/07      350.00 | 37356 05/07    1,033.33 |
| 37267 05/02      216.67 | 37313 05/05    4,843.75 | 37357 05/07    1,001.04 |
| 37268 05/01      625.00 | 37314 05/05    3,593.75 | 37358 05/07      452.08 |
| 37269 05/12    2,906.25 | 37315 05/07    5,037.50 | 37359 05/12    1,776.04 |
| 37270 05/14    6,458.33 | 37316 05/06    5,312.50 | 37360 05/05    5,812.50 |
| 37271 05/12    3,745.83 | 37317 05/06    1,625.00 | 37361 05/02    3,354.17 |
| 37272 05/02    2,000.00 | 37318 05/06    5,812.50 | 37362 05/06    1,125.00 |
| 37273 05/12    2,011.88 | 37319 05/02   10,656.25 | 37363 05/02      120.00 |
| 37274 05/12      625.00 | 37320 05/08    1,937.50 | 37364 05/05    1,291.67 |
| 37275*05/05      379.17 | 37321 05/02   10,075.00 | 37365 05/06    3,229.17 |
| 37277 05/07    2,275.00 | 37322 05/06    1,032.50 | 37366 05/13    1,050.00 |
| 37278 05/23      262.50 | 37323 05/05    1,224.83 | 37367 05/05   10,266.67 |
| 37279 05/23      379.17 | 37324 05/06    2,750.00 | 37368 05/07    1,376.67 |

* * *  C O N T I N U E D  * * *

 FDIC

Equal Housing
LENDER



NAMCO CAPITAL GROUP, INC.
11601 WILSHIRE BLVD., STE. 180
LOS ANGELES, CA 90025
(310) 826-1900

SECURITY PACIFIC BANK

562-3951-0322

37281

4/30/2008

PAY TO THE
ORDER OF    Roxan Rastegar                    $ **50,066.67

Fifty Thousand Sixty-Six and 67/100----------------------------------------------------------------------- DOLLARS

Roxana Rastegar
1005 Schuyler Road
Beverly Hills, CA 90210

MEMO  Interest

�串037281�串 ⑉122236⑉⑈ 001⑈028928⑈    ⑈0005006667⑈

#37281    5/02/08    $50,066.67

PAY TO THE ORDER OF
NETWORK BANK USA
62223611
FOR DEPOSIT ONLY
ROXANA RASTEGAR OR SOLOMON RASTEGAR
60392851

01381    50,066.67



**SECURITY PACIFIC BANK**
12121 Wilshire Blvd., Ste. 1150 · Los Angeles, CA 90025

011 00001 00      PAGE:      5
ACCOUNT:               1028928  06/30/2008

NAMCO CAPITAL GROUP, INC

BUSINESS CHECKING ACCOUNT 1028928

- - - - - - - CHECKS - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 37621 06/04   20,000.00 | 37664 06/03    4,812.50 | 37708 06/03      803.38 |
| 37622 06/04    2,158.08 | 37665 06/03    2,000.00 | 37709 06/03    5,812.50 |
| 37623 06/04      270.83 | 37666 06/27    1,567.78 | 37710 06/03    1,485.42 |
| 37624 06/10    1,208.33 | 37667 06/17    1,166.67 | 37711 06/10      625.00 |
| 37625 06/30    3,634.00 | 37668 06/03    2,333.33 | 37712 06/09    1,031.25 |
| 37626 06/04      500.00 | 37669 06/03    7,250.00 | 37713*06/03    1,750.00 |
| 37627 06/04      583.33 | 37670 06/03      272.97 | 27715 06/05    2,250.00 |
| 37628 06/04    6,946.67 | 37671 06/25      204.17 | 37716 06/03    6,875.00 |
| 37629 06/04    1,450.28 | 37672*06/10    2,333.33 | 37717 06/09    9,375.00 |
| 37630 06/03      937.50 | 37674 06/03    1,450.00 | 37718 06/03      650.00 |
| 37631 06/12    2,625.00 | 37675 06/03      604.17 | 37719 06/02      625.00 |
| 37632 06/04    5,000.00 | 37676 06/03      371.03 | 37720 06/03    2,906.25 |
| 37633 06/04    9,000.00 | 37677 06/09    5,873.37 | 37721 06/10    6,458.33 |
| 37634 06/04      625.00 | 37678 06/03    1,137.50 | 37722 06/03    3,745.83 |
| 37635 06/05      906.25 | 37679 06/04      307.57 | 37723 06/04    2,000.00 |
| 37636 06/16      625.00 | 37680 06/02    5,250.00 | 37724 06/04    2,011.88 |
| 37637 06/03    3,125.00 | 37681 06/02    3,208.33 | 37725 06/03      625.00 |
| 37638 06/05    5,333.33 | 37682 06/03    1,750.00 | 37726 06/05      379.17 |
| 37639 06/03    1,291.67 | 37683 06/03      816.67 | 37727 06/19      473.23 |
| 37640 06/03    1,166.67 | 37684 06/03    5,000.00 | 37728 06/04    2,275.00 |
| 37641 06/03    1,166.67 | 37685 06/30    1,266.67 | 37729 06/05      262.50 |
| 37642 06/25    3,312.50 | 37686 06/04   10,009.97 | 37730 06/05      379.17 |
| 37643 06/06    3,858.55 | 37687 06/16      343.39 | 37731 06/30    4,455.56 |
| 37644 06/06    1,073.33 | 37688 06/18    1,038.19 | 37732 06/17   50,066.67 |
| 37645 06/03    1,412.15 | 37689 06/04    9,902.78 | 37733 06/09   13,333.33 |
| 37646 06/09    1,501.95 | 37690 06/04    3,229.17 | 37734 06/06   33,600.00 |
| 37647 06/09    6,619.79 | 37691 06/03    4,666.67 | 37735 06/04    2,916.67 |
| 37648 06/04      175.00 | 37692 06/11      875.00 | 37736 06/04    2,041.67 |
| 37649 06/04      956.67 | 37693 06/03      992.50 | 37737 06/03    2,041.67 |
| 37650 06/03    3,125.00 | 37694 ·06/06      688.75 | 37738 06/04    1,166.67 |
| 37651 06/10      456.25 | 37695 06/03       95.00 | 37739 06/04    6,666.67 |
| 37652 06/13    1,341.67 | 37696 06/12      604.17 | 37740 06/18      636.96 |
| 37653 06/04    5,312.50 | 37697 06/04    2,968.75 | 37741 06/13      257.29 |
| 37654 06/10    2,604.17 | 37698 06/09      335.49 | 37742 06/03      625.00 |
| 37655*06/03    6,833.33 | 37699 06/05    2,775.00 | 37743 06/04      291.67 |
| 37657 06/23    3,365.70 | 37700 06/05   87,500.00 | 37744 06/04    2,301.60 |
| 37658 06/03    3,062.50 | 37701 06/04      937.50 | 37745 06/04    7,500.00 |
| 37659 06/27      816.67 | 37702 06/03    8,125.00 | 37746 06/03    1,250.00 |
| 37660 06/20    1,808.33 | 37703 06/16      687.50 | 37747 06/03      807.29 |
| 37661 06/06    1,250.00 | 37704 06/04      343.75 | 37748 06/03      904.17 |
| 37662 06/05    1,679.17 | 37705 06/03    2,125.00 | 37749 06/03    3,403.54 |
| 37663 06/03    1,227.08 | 37706*06/03    7,500.00 | 37750*06/13      408.33 |

* * * C O N T I N U E D * * *


FDIC


Equal Housing
LENDER



NAMCO CAPITAL GROUP, INC.

#37732   6/17/08

$50,066.67

```
011 00001 00                    PAGE:    5
ACCOUNT:           1028928  07/31/2008
```

NAMCO CAPITAL GROUP, INC

=====================================================================
BUSINESS CHECKING ACCOUNT 1028928
=====================================================================

- - - - - - - - CHECKS - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38153 | 07/14 | 87,500.00 | 38197 | 07/08 | 7,500.00 | 38239 | 07/22 | 1,166.67 |
| 38154 | 07/08 | 937.50 | 38198 | 07/03 | 693.75 | 38240 | 07/08 | 99.17 |
| 38156 | 07/08 | 687.50 | 38199 | 07/10 | 1,250.00 | 38241 | 07/03 | 343.75 |
| 38157 | 07/01 | 274.25 | 38200 | 07/03 | 807.29 | 38242 | 07/23 | 160.42 |
| 38158 | 07/02 | 343.75 | 38201 | 07/07 | 904.17 | 38243 | 07/10 | 1,093.75 |
| 38159 | 07/03 | 8,000.00 | 38202 | 07/03 | 3,403.54 | 38244 | 07/03 | 9,375.00 |
| 38160 | 07/03 | 2,125.00 | 38203 | 07/08 | 408.33 | 38245 | 07/25 | 5,555.56 |
| 38161 | 07/02 | 7,500.00 | 38204 | 07/16 | 1,370.83 | 38246 | 07/03 | 2,260.42 |
| 38162 | 07/01 | 204.17 | 38205 | 07/07 | 4,958.33 | 38247 | 07/09 | 262.50 |
| 38163 | 07/02 | 803.38 | 38206 | 07/07 | 687.50 | 38248 | 07/14 | 116.67 |
| 38164 | 07/07 | 5,812.50 | 38207 | 07/03 | 583.33 | 38249 | 07/03 | 800.81 |
| 38165 | 07/08 | 1,485.42 | 38208 | 07/03 | 2,111.67 | 38250 | 07/03 | 1,126.67 |
| 38166 | 07/07 | 625.00 | 38209 | 07/03 | 541.67 | 38251 | 07/08 | 953.33 |
| 38167 | 07/07 | 1,031.25 | 38210 | 07/03 | 10,000.00 | 38252 | 07/18 | 1,083.33 |
| 38168 | 07/03 | 1,750.00 | 38211 | 07/07 | 129.17 | 38253 | 07/14 | 13,333.33 |
| 38169 | 07/07 | 1,333.33 | 38212 | 07/14 | 129.17 | 38254 | 07/08 | 6,250.00 |
| 38170 | 07/07 | 2,250.00 | 38213 | 07/07 | 129.17 | 38255 | 07/16 | 2,363.25 |
| 38171 | 07/02 | 6,875.00 | 38214 | 07/03 | 1,625.00 | 38256 | 07/02 | 1,687.50 |
| 38172 | 07/14 | 9,375.00 | 38215 | 07/03 | 350.00 | 38257 | 07/03 | 1,582.37 |
| 38173 | 07/02 | 650.00 | 38216 | 07/03 | 4,843.75 | 38258 | 07/03 | 1,625.57 |
| 38174 | 07/01 | 625.00 | 38217 | 07/03 | 3,750.00 | 38259 | 07/07 | 20,000.00 |
| 38176 | 07/07 | 6,458.33 | 38218 | 07/09 | 5,037.50 | 38260 | 07/14 | 3,333.33 |
| 38177 | 07/03 | 3,745.83 | 38219 | 07/08 | 6,250.00 | 38262 | 07/03 | 900.38 |
| 38178 | 07/02 | 2,000.00 | 38220 | 07/07 | 1,625.00 | 38263 | 07/07 | 1,033.33 |
| 38179 | 07/03 | 1,699.38 | 38221 | 07/07 | 2,875.00 | 38264 | 07/07 | 1,001.04 |
| 38180 | 07/03 | 625.00 | 38222 | 07/03 | 10,656.25 | 38265 | 07/07 | 452.08 |
| 38181 | 07/07 | 379.17 | 38223 | 07/11 | 1,937.50 | 38266 | 07/08 | 29,166.67 |
| 38182 | 07/07 | 2,275.00 | 38224 | 07/02 | 10,075.00 | 38267 | 07/08 | 1,776.04 |
| 38183 | 07/03 | 4,666.67 | 38225 | 07/07 | 1,032.50 | 38268 | 07/03 | 5,489.58 |
| 38184 | 07/03 | 50,066.67 | 38226 | 07/03 | 1,224.83 | 38269 | 07/02 | 2,508.33 |
| 38185 | 07/28 | 13,333.33 | 38227 | 07/07 | 4,062.50 | 38270 | 07/07 | 1,125.00 |
| 38186 | 07/03 | 35,066.67 | 38228 | 07/02 | 39,583.33 | 38271 | 07/07 | 1,291.67 |
| 38187 | 07/03 | 2,916.67 | 38229 | 07/09 | 625.00 | 38272 | 07/02 | 3,229.17 |
| 38188 | 07/03 | 2,041.67 | 38230 | 07/07 | 952.78 | 38273 | 07/02 | 1,562.50 |
| 38189 | 07/07 | 2,041.67 | 38231 | 07/02 | 5,000.00 | 38274 | 07/07 | 1,050.00 |
| 38190 | 07/03 | 1,166.67 | 38232 | 07/10 | 233.33 | 38275 | 07/03 | 10,266.67 |
| 38191 | 07/03 | 6,666.67 | 38233 | 07/02 | 2,500.00 | 38276 | 07/10 | 1,376.67 |
| 38192 | 07/07 | 1,166.67 | 38234 | 07/02 | 1,250.00 | 38277 | 07/07 | 1,359.38 |
| 38193 | 07/07 | 121.88 | 38235 | 07/07 | 16,150.00 | 38278 | 07/07 | 4,062.50 |
| 38194 | 07/15 | 625.00 | 38236 | 07/03 | 8,331.25 | 38279 | 07/07 | 20,000.00 |
| 38195 | 07/02 | 291.67 | 38237 | 07/16 | 32,666.67 | 38280 | 07/07 | 7,083.33 |
| 38196 | 07/03 | 2,301.60 | 38238 | 07/08 | 242.68 | 38281 | 07/02 | 4,947.78 |

* * * C O N T I N U E D * * *



011 00001 00        PAGE:     4
ACCOUNT:              1028928   08/29/2008

# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1150 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

========================================================
BUSINESS CHECKING ACCOUNT 1028928
========================================================

- - - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 38518 08/07   1,452.03 | 38562 08/04     175.00 | 38607 08/11     687.50 |
| 38519 08/04      58.33 | 38563*08/04   3,125.00 | 38608 08/13     433.03 |
| 38520 08/04     408.33 | 38565 08/11   1,341.67 | 38609 08/06  10,000.00 |
| 38521 08/06     562.50 | 38566 08/04  10,000.00 | 38610 08/06   2,125.00 |
| 38522 08/07     750.00 | 38567 08/13   3,125.00 | 38611 08/04   7,500.00 |
| 38523 08/05   1,750.00 | 38568*08/11   5,833.33 | 38612 08/04     204.17 |
| 38524 08/05     816.67 | 38570 08/06   1,983.33 | 38613 08/04     803.38 |
| 38525 08/06     612.50 | 38571 08/05   3,062.50 | 38614 08/04   5,812.50 |
| 38526 08/11  13,000.00 | 38572 08/11     816.67 | 38615 08/08   1,485.42 |
| 38527 08/08   1,356.25 | 38573 08/08     985.83 | 38616 08/07     625.00 |
| 38528 08/11     226.04 | 38574 08/06   1,808.33 | 38617 08/18   2,625.00 |
| 38529 08/14     606.67 | 38575*08/08   1,250.00 | 38618 08/07   1,031.25 |
| 38530 08/14     344.17 | 38577 08/08   1,227.08 | 38619 08/04   1,062.50 |
| 38531 08/05   7,750.00 | 38578 08/11   1,166.67 | 38620*08/06   1,750.00 |
| 38532 08/06   1,354.17 | 38579 08/05   5,791.67 | 38622 08/04   6,875.00 |
| 38533 08/07     625.00 | 38580 08/05     204.17 | 38623 08/05   7,291.67 |
| 38534 08/05   2,098.96 | 38581 08/07   2,333.33 | 38624 08/04     650.00 |
| 38535 08/07   1,330.00 | 38582 08/04     604.17 | 38625 08/05   3,745.83 |
| 38536 08/05  20,000.00 | 38583 08/04   1,450.00 | 38626 08/05   6,458.33 |
| 38537 08/06   2,158.08 | 38584 08/04     371.03 | 38627 08/07   2,750.00 |
| 38538 08/06     270.83 | 38585 08/05   1,819.21 | 38628 08/06     291.67 |
| 38539 08/05   1,208.33 | 38586 08/05   1,137.50 | 38629 08/13   1,699.38 |
| 38540 08/20   3,634.00 | 38587 08/04   5,250.00 | 38630 08/11     175.00 |
| 38541 08/07     500.00 | 38588 08/04   3,208.33 | 38631*08/07   2,047.50 |
| 38542 08/06     583.33 | 38589 08/07   3,833.33 | 38633 08/14   4,666.67 |
| 38543 08/05   7,000.00 | 38590 08/29   1,266.67 | 38634 08/25  50,066.67 |
| 38544 08/20   1,450.28 | 38591 08/07  13,168.70 | 38635 08/19   2,636.67 |
| 38545 08/05     906.25 | 38592 08/12     343.39 | 38636 08/06   2,916.67 |
| 38546 08/06     937.50 | 38593 08/25   1,354.17 | 38637 08/06   2,041.67 |
| 38547 08/06  19,375.00 | 38594 08/07   5,333.33 | 38638 08/07   2,041.67 |
| 38548 08/04   9,000.00 | 38595 08/04   3,229.17 | 38639 08/06   1,166.67 |
| 38549 08/05     625.00 | 38596 08/05   3,125.00 | 38640 08/08   6,666.67 |
| 38550*08/15   3,125.00 | 38597 08/07   2,916.67 | 38641 08/06   1,166.49 |
| 38552 08/06   2,250.00 | 38598 08/06     875.00 | 38642 08/06     121.88 |
| 38553 08/04   1,291.67 | 38599 08/07     718.75 | 38643 08/06     625.00 |
| 38554 08/06     972.22 | 38600 08/07   1,208.33 | 38644 08/19     291.67 |
| 38555 08/06     972.22 | 38601 08/14     604.17 | 38645 08/04   2,301.60 |
| 38556*08/11     625.00 | 38602 08/05     971.06 | 38646 08/05     714.58 |
| 38558 08/04   1,412.15 | 38603 08/04   3,930.34 | 38647 08/11   1,250.00 |
| 38559 08/08   1,501.95 | 38604 08/15  87,500.00 | 38648 08/05   3,403.54 |
| 38560 08/07   3,858.55 | 38605 08/04   8,125.00 | 38649 08/06     807.29 |
| 38561 08/07   1,073.33 | 38606 08/04     937.50 | 38650 08/06     904.17 |

* * * C O N T I N U E D * * *




Equal Housing
LENDER



NAMCO CAPITAL GROUP, INC.

SECURITY PACIFIC BANK

38634

7/31/2008

PAY TO THE ORDER OF  Roxana Rastegar

$ **50,066.67

Fifty Thousand Sixty-Six and 67/100**                    DOLLARS

Roxana Rastegar
1005 Schuyler Road
Beverly Hills, CA 90210

MEMO

Interest

#38634    8/25/08                                    $50,066.67

73

01F 90001 00 PAGE: 4
ACCOUNT: 1028928  09/30/2008



# SECURITY PACIFIC BANK
12121 Wilshire Blvd. Ste. 1350 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

BUSINESS CHECKING ACCOUNT 1028928

- - - - - - CHECKS - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38999 | 09/04 | 1,341.67 | 39043 | 09/09 | 433.03 | 39091 | 09/02 | 4,843.75 |
| 39000 | 09/02 | 10,000.00 | 39044 | 09/03 | 10,000.00 | 39092 | 09/03 | 1,875.00 |
| 39001 | 09/09 | 3,125.00 | 39045 | 09/04 | 2,125.00 | 39093 | 09/08 | 5,037.50 |
| 39002* | 09/10 | 3,500.00 | 39046 | 09/04 | 7,500.00 | 39094 | 09/04 | 12,500.00 |
| 39004 | 09/05 | 1,983.33 | 39047 | 09/15 | 803.38 | 39095 | 09/04 | 1,687.50 |
| 39005 | 09/02 | 3,062.50 | 39048 | 09/03 | 5,812.50 | 39096 | 09/04 | 2,875.00 |
| 39006 | 09/03 | 816.67 | 39049 | 09/04 | 1,485.42 | 39097* | 09/04 | 6,250.00 |
| 39007* | 09/04 | 985.83 | 39050 | 09/09 | 2,625.00 | 39099 | 09/05 | 1,937.50 |
| 39009 | 09/11 | 1,250.00 | 39051 | 09/08 | 1,031.25 | 39100 | 09/02 | 10,075.00 |
| 39010 | 09/16 | 1,679.17 | 39052 | 09/08 | 1,062.50 | 39101 | 09/15 | 129.17 |
| 39011 | 09/04 | 1,227.08 | 39053 | 09/05 | 1,750.00 | 39102 | 09/26 | 129.17 |
| 39012 | 09/22 | 1,166.67 | 39054 | 09/03 | 6,875.00 | 39103 | 09/04 | 129.17 |
| 39013 | 09/09 | 6,250.00 | 39055 | 09/09 | 3,125.00 | 39104 | 09/04 | 1,032.50 |
| 39014 | 09/18 | 204.17 | 39056 | 09/04 | 3,745.83 | 39105* | 09/08 | 2,500.00 |
| 39015 | 09/05 | 2,333.33 | 39057* | 09/04 | 6,458.33 | 39107 | 09/03 | 4,062.50 |
| 39016 | 09/04 | 1,288.64 | 39060 | 09/03 | 1,699.38 | 39108 | 09/03 | 42,250.00 |
| 39017 | 09/04 | 604.17 | 39061 | 09/04 | 625.00 | 39109 | 09/03 | 625.00 |
| 39018 | 09/04 | 1,450.00 | 39062 | 09/22 | 175.00 | 39110 | 09/03 | 233.33 |
| 39019 | 09/04 | 371.03 | 39063 | 09/03 | 254.84 | 39111 | 09/04 | 9,583.33 |
| 39020 | 09/04 | 1,137.50 | 39064 | 09/05 | 1,750.00 | 39112 | 09/12 | 1,250.00 |
| 39021 | 09/03 | 5,250.00 | 39065 | 09/03 | 37,266.67 | 39113 | 09/08 | 16,150.00 |
| 39022 | 09/08 | 4,000.00 | 39066 | 09/10 | 4,666.67 | 39114 | 09/22 | 1,166.67 |
| 39023 | 09/29 | 1,266.67 | 39067 | 09/03 | 50,066.67 | 39115 | 09/05 | 8,331.25 |
| 39024 | 09/04 | 13,168.70 | 39068 | 09/08 | 2,916.67 | 39116 | 09/03 | 145.83 |
| 39025 | 09/08 | 343.39 | 39069 | 09/08 | 2,041.67 | 39117 | 09/12 | 32,666.67 |
| 39026 | 09/18 | 1,354.17 | 39070 | 09/09 | 2,041.67 | 39118 | 09/03 | 343.75 |
| 39027 | 09/04 | 5,333.33 | 39071 | 09/08 | 1,166.67 | 39119 | 09/08 | 437.50 |
| 39028 | 09/08 | 3,229.17 | 39072 | 09/04 | 6,666.67 | 39120 | 09/12 | 1,093.75 |
| 39029 | 09/05 | 3,125.00 | 39073 | 09/04 | 1,166.49 | 39121 | 09/05 | 2,906.25 |
| 39030 | 09/08 | 2,916.67 | 39074 | 09/04 | 121.88 | 39122 | 09/05 | 9,375.00 |
| 39031 | 09/16 | 875.00 | 39075 | 09/04 | 625.00 | 39123 | 09/03 | 2,260.42 |
| 39032 | 09/12 | 6,666.67 | 39076 | 09/12 | 291.67 | 39124 | 09/05 | 262.50 |
| 39033 | 09/03 | 718.75 | 39077 | 09/04 | 2,301.60 | 39125* | 09/08 | 583.33 |
| 39034 | 09/08 | 1,208.33 | 39078 | 09/03 | 899.17 | 39128 | 09/04 | 1,126.67 |
| 39035 | 09/15 | 604.17 | 39079* | 09/04 | 1,250.00 | 39129 | 09/04 | 953.33 |
| 39036 | 09/29 | 971.06 | 39083 | 09/04 | 4,958.33 | 39130 | 09/04 | 13,333.33 |
| 39037 | 09/04 | 3,242.84 | 39084 | 09/03 | 687.50 | 39131 | 09/04 | 9,375.00 |
| 39038 | 09/08 | 87,500.00 | 39085 | 09/04 | 583.34 | 39132* | 09/03 | 2,559.61 |
| 39039 | 09/02 | 8,125.00 | 39086 | 09/04 | 1,458.33 | 39134* | 09/04 | 20,000.00 |
| 39040 | 09/08 | 937.50 | 39087 | 09/05 | 433.33 | 39136 | 09/05 | 637.88 |
| 39041 | 09/12 | 257.19 | 39088 | 09/04 | 10,000.00 | 39137 | 09/02 | 462.50 |
| 39042 | 09/08 | 687.50 | 39089* | 09/03 | 1,625.00 | 39138 | 09/04 | 1,033.33 |

* * *  C O N T I N U E D  * * *


FDIC

Equal Housing LENDER







| | | |
|---|---|---|
| **SECURITY PACIFIC BANK** | 011 00001 00 | PAGE:    5 |
| 12121 Wilshire Blvd., Ste. 150 - Los Angeles, CA 90025 | ACCOUNT: | 1028928    10/31/2008 |

NAMCO CAPITAL GROUP, INC

===========================================================================
BUSINESS CHECKING ACCOUNT 1028928
===========================================================================

- - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 55085*10/15      208.21 | 55116 10/07   10,000.00 | 55176*10/15    5,000.00 |
| 55087 10/14      750.00 | 55117 10/07   31,291.67 | 55178*10/15    1,434.73 |
| 55088 10/09    4,270.83 | 55118 10/07   23,291.67 | 55180*10/23    1,001.30 |
| 55089 10/09    2,083.33 | 55119*10/14      105.56 | 55182*10/20    2,000.00 |
| 55090 10/09    1,041.67 | 55121 10/07   50,000.00 | 55187 10/17   30,000.00 |
| 55091 10/17      700.00 | 55122 10/07      740.00 | 55188 10/20      375.00 |
| 55092 10/14    6,416.67 | 55123 10/20    8,652.78 | 55189 10/22      416.67 |
| 55093 10/16      983.33 | 55124*10/21    8,402.78 | 55190 10/20      671.75 |
| 55094 10/08    1,250.00 | 55127*10/15    5,041.66 | 55191 10/22   34,000.00 |
| 55095 10/22      250.00 | 55129 10/08  100,000.00 | 55192 10/24      744.15 |
| 55096 10/09    2,585.99 | 55130*10/08   25,000.00 | 55193 10/22    4,166.67 |
| 55097 10/09    6,250.00 | 55132*10/15   30,438.84 | 55194*10/20   29,000.00 |
| 55098*10/09      216.67 | 55135*10/14   12,596.88 | 55196 10/23      504.58 |
| 55100 10/23      416.67 | 55137*10/14   11,458.33 | 55197 10/31    2,600.00 |
| 55101*10/09    2,708.33 | 55147*10/15    8,333.33 | 55198 10/23    3,287.67 |
| 55103 10/14    1,041.54 | 55159 10/22      155.56 | 55199*10/29    3,333.33 |
| 55104 10/08    1,895.83 | 55160 10/14       29.00 | 55201 10/22    5,191.66 |
| 55105 10/16      300.00 | 55161 10/10      439.30 | 55202 10/22   14,111.11 |
| 55106 10/08   50,000.00 | 55162 10/14    2,079.99 | 55203 10/27      338.89 |
| 55107 10/07   10,000.00 | 55163*10/09      160.00 | 55204 10/21   15,000.00 |
| 55108 10/07   15,000.00 | 55165 10/14       45.00 | 55205 10/21   10,000.00 |
| 55109 10/08   15,000.00 | 55166 10/14      213.04 | 55206 10/24   15,000.00 |
| 55110 10/08  100,000.00 | 55167 10/08    5,071.59 | 55207*10/22   10,000.00 |
| 55111 10/07    3,071.00 | 55168 10/23   32,666.67 | 55211 10/27      150.00 |
| 55112 10/07   25,000.00 | 55169*10/14   35,000.00 | 55212*10/27   10,000.00 |
| 55113 10/14   10,000.00 | 55171*10/14    5,000.00 | 55214*10/30      300.00 |
| 55114 10/14   20,000.00 | 55173 10/20       74.89 | 55218 10/29    5,500.00 |
| 55115 10/14  208,333.33 | 55174*10/15    1,587.50 | 55219 10/30   22,000.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Wire to Gametronics | 10/02 | 75,030.00 |
| Wire to Epsilon Electronics | 10/02 | 500,030.00 |
| NON-SUFFICIENT FUNDS | 10/08 | 425.00 |
| CA STAMP CO STMP/DTORD 0792421 | 10/10 | 36.73 |
| PAYCHEX EIB INVOICE X28497900006309 | 10/10 | 88.33 |
| NON-SUFFICIENT FUNDS | 10/14 | 25.00 |
| NON-SUFFICIENT FUNDS | 10/15 | 100.00 |
| PAYCHEX TPS TAXES 0027232218957 | 10/15 | 19,530.62 |
| NON-SUFFICIENT FUNDS | 10/16 | 175.00 |
| NON-SUFFICIENT FUNDS | 10/22 | 75.00 |

* * * C O N T I N U E D * * *









#55117  10/07/08

$31,291.67

Bankruptcy Estate of Namco Capital Group
1-Year Preference Analysis

313.43 · Rastegar, Mahi

| Item # | Type | Date | Check Number | Disbursement |
|---|---|---|---|---|
| 1 | Check | 12/31/07 | 35588 | $ 4,333.33 |
| 2 | Check | 01/31/08 | 35997 | 4,333.33 |
| 3 | Check | 02/29/08 | 36417 | 4,333.33 |
| 4 | Check | 03/31/08 | 36843 | 4,333.33 |
| 5 | Check | 04/30/08 | 37280 | 4,333.33 |
| 6 | Check | 05/31/08 | 37731 | 4,455.56 |
| 7 | Check | 06/30/08 | 38183 | 4,666.67 |
| 8 | Check | 07/31/08 | 38633 | 4,666.67 |
| 9 | Check | 08/31/08 | 39066 | 4,666.67 |
| 10 | Check | 09/29/08 | 55022 | 2,916.67 |
| | | | | $ 43,038.89 |

# EXHIBIT "8"



011 00001 00    PAGE:    5
ACCOUNT:    1028928    01/31/2008

# SECURITY PACIFIC BANK

13123 Wilshire Blvd., Ste. 120 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

=========================================================
BUSINESS CHECKING ACCOUNT 1028928
=========================================================

```
- - - - - - - - CHECKS - - - - - - - -
```

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 35573 01/07   2,250.00 | 35617 01/07   1,625.00 | 35661 01/07     758.33 |
| 35574 01/04   6,875.00 | 35618 01/07   1,600.00 | 35662 01/10   1,033.34 |
| 35575 01/04   1,250.00 | 35619 01/08   4,843.75 | 35663 01/10   1,001.04 |
| 35576 01/03     625.00 | 35620 01/08   5,037.50 | 35664 01/10     452.08 |
| 35577 01/09   2,906.25 | 35621 01/09   4,687.50 | 35665 01/07     775.00 |
| 35578 01/08   6,458.33 | 35622 01/08   1,625.00 | 35666 01/09     114.58 |
| 35579 01/09   3,745.83 | 35623 01/08   5,812.50 | 35667 01/08  37,500.00 |
| 35580 01/04   2,000.00 | 35624 01/07  10,656.25 | 35668 01/11   1,776.04 |
| 35581 01/08   2,011.88 | 35625 01/09   1,937.50 | 35669 01/07   1,125.00 |
| 35582 01/11     625.00 | 35626 01/04  10,075.00 | 35670 01/07   1,291.67 |
| 35583 01/07     379.17 | 35627 01/07   1,032.50 | 35671*01/07   7,750.00 |
| 35584 01/07     645.32 | 35628 01/07   1,224.83 | 35673 01/07   7,000.00 |
| 35585 01/08   2,275.00 | 35629 01/07   3,750.00 | 35674 01/09   1,050.00 |
| 35586 01/09     262.50 | 35630 01/09   2,916.67 | 35675 01/07     166.67 |
| 35587 01/09     379.17 | 35631 01/15     233.33 | 35676 01/08   1,376.67 |
| 35588 01/09   4,333.33 | 35632*01/07   1,250.00 | 35677 01/08   1,208.33 |
| 35589 01/11  47,666.67 | 35634 01/08   1,812.50 | 35678 01/04   4,062.50 |
| 35590 01/11  28,533.33 | 35635 01/10   8,395.83 | 35679 01/07  20,000.00 |
| 35591 01/10  13,333.33 | 35636 01/10   4,887.50 | 35680 01/04   8,929.70 |
| 35592 01/14   2,041.67 | 35637 01/04   8,331.25 | 35681 01/16     375.00 |
| 35593 01/14   2,041.67 | 35638 01/07   3,037.16 | 35682 01/07   3,265.50 |
| 35594 01/07   6,666.67 | 35639 01/15  32,666.67 | 35683 01/07  25,854.17 |
| 35595 01/07   4,170.83 | 35640 01/09   2,070.83 | 35684 01/08   1,291.67 |
| 35596 01/15     625.00 | 35641 01/08   1,208.33 | 35685 01/09     645.83 |
| 35597 01/07     291.67 | 35642 01/08      99.17 | 35686 01/04  56,576.03 |
| 35598 01/11   2,192.85 | 35643 01/07     343.75 | 35687 01/22   1,312.50 |
| 35599 01/22   7,500.00 | 35644 01/04   1,093.75 | 35688*01/15     625.00 |
| 35600 01/08     937.50 | 35645 01/08   9,375.00 | 35690*01/10   5,968.75 |
| 35601 01/08   1,250.00 | 35646 01/09   2,260.42 | 35692 01/08   5,625.00 |
| 35602 01/04     807.29 | 35647 01/14     641.67 | 35693 01/14     387.50 |
| 35603 01/07     904.17 | 35648 01/14     116.67 | 35694*01/09   1,221.22 |
| 35604 01/04   3,661.88 | 35649 01/30     427.10 | 52086*01/02 108,030.00 |
| 35605*01/07   1,875.00 | 35650 01/02   1,213.33 | 52603*01/10   4,144.69 |
| 35607*01/23     437.50 | 35651*01/03     700.00 | 53037*01/04   5,000.00 |
| 35609 01/04   4,958.33 | 35653 01/07  13,333.33 | 53045*01/23   2,848.50 |
| 35610 01/07     687.50 | 35654 01/22   6,250.00 | 53048*01/02  25,500.00 |
| 35611 01/07   1,341.67 | 35655 01/08   1,140.02 | 53059*01/04  66,717.00 |
| 35612 01/07   1,111.11 | 35656 01/08   1,779.32 | 53077*01/18 276,069.44 |
| 35613 01/07   5,812.50 | 35657 01/09  20,000.00 | 53084 01/08  77,586.11 |
| 35614 01/31     129.17 | 35658 01/07   3,333.33 | 53085 01/07  20,666.66 |
| 35615 01/07     129.17 | 35659 01/07     277.08 | 53086 01/07  28,916.67 |
| 35616 01/07     129.17 | 35660 01/07     900.38 | 53087 01/07  27,666.67 |

```
* * * C O N T I N U E D * * *
```





NAMCO CAPITAL GROUP, INC.

SECURITY PACIFIC BANK

35588

1/10/2007

$ **4,333.33

Four Thousand Three Hundred Thirty Three and 33/100 DOLLARS

Ranager, Ms4
1005 Schuyler Road
Beverly Hills, CA 90210

*035588* 122238611 001 028928*

$4,333.33

#35588    1/09/08



**SECURITY PACIFIC BANK**
11111 Wilshire Blvd., Ste. 1200 · Los Angeles, CA 90025

```
011 00001 00          PAGE:     4
ACCOUNT:              1028928  02/29/2008
```

NAMCO CAPITAL GROUP, INC

=============================================================
BUSINESS CHECKING ACCOUNT 1028928
=============================================================

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 35871 02/06 198.44 | 35916 02/07 1,166.67 | 35959 02/08 937.50 |
| 35872 02/12 350.00 | 35917 02/07 1,166.67 | 35960 02/05 325.00 |
| 35873 02/06 1,562.50 | 35918 02/22 3,312.50 | 35961 02/13 718.75 |
| 35874 02/25 1,241.00 | 35919 02/05 1,412.15 | 35962 02/07 604.17 |
| 35875 02/07 3,377.35 | 35920 02/12 1,501.95 | 35963 02/08 5,703.13 |
| 35876 02/26 47.40 | 35921 02/05 5,333.33 | 35964 02/15 1,604.17 |
| 35877 02/06 87,500.00 | 35922 02/06 956.67 | 35965 02/06 2,916.67 |
| 35878 02/05 3,437.50 | 35923 02/04 5,625.00 | 35966 02/19 335.49 |
| 35879 02/05 3,467.71 | 35924 02/12 300.00 | 35967 02/08 5,209.40 |
| 35880 02/20 1,200.77 | 35925 02/05 1,341.67 | 35968*02/05 1,166.67 |
| 35881*02/11 2,093.00 | 35926 02/04 5,312.50 | 35970 02/04 8,125.00 |
| 35883 02/04 2,250.00 | 35927 02/05 6,833.33 | 35971 02/11 687.50 |
| 35884 02/07 662.50 | 35928 02/05 1,283.33 | 35972 02/05 343.75 |
| 35885 02/13 17,708.33 | 35929 02/20 3,365.70 | 35973 02/05 2,125.00 |
| 35886 02/13 33,333.33 | 35930 02/05 3,062.50 | 35974 02/04 7,500.00 |
| 35887 02/04 807.29 | 35931 02/05 816.67 | 35975 02/04 771.17 |
| 35888 02/04 1,032.50 | 35932 02/08 1,550.00 | 35976 02/05 5,812.50 |
| 35889 02/05 750.00 | 35933 02/05 1,679.17 | 35977 02/04 1,485.42 |
| 35890 02/08 1,250.00 | 35934 02/04 1,250.00 | 35978 02/06 625.00 |
| 35891 02/11 226.04 | 35935 02/05 1,227.08 | 35979 02/04 1,062.50 |
| 35892 02/11 1,356.25 | 35936 02/05 4,500.00 | 35980 02/05 1,031.25 |
| 35893 02/07 7,750.00 | 35937 02/04 2,000.00 | 35981 02/05 1,333.33 |
| 35894 02/05 606.67 | 35938 02/21 1,437.50 | 35982 02/05 2,250.00 |
| 35895 02/06 1,208.33 | 35939 02/08 1,166.67 | 35983 02/04 6,875.00 |
| 35896 02/06 625.00 | 35940 02/12 2,333.33 | 35984 02/04 1,250.00 |
| 35897 02/06 1,661.04 | 35941 02/26 204.17 | 35985 02/04 625.00 |
| 35898 02/13 2,098.96 | 35942 02/20 381.11 | 35986 02/05 2,906.25 |
| 35899 02/06 20,000.00 | 35943 02/20 381.11 | 35987 02/05 6,458.33 |
| 35900 02/05 604.17 | 35944 02/20 381.11 | 35988 02/05 3,745.83 |
| 35901 02/07 2,267.81 | 35945 02/08 1,153.96 | 35989 02/05 2,000.00 |
| 35902 02/07 3,634.00 | 35946*02/08 463.19 | 35990 02/06 2,011.88 |
| 35903 02/11 500.00 | 35948 02/05 40.04 | 35991 02/25 625.00 |
| 35904 02/05 583.33 | 35949 02/06 1,750.00 | 35992*02/05 379.17 |
| 35905 02/05 6,866.67 | 35950 02/06 816.67 | 35994 02/06 2,275.00 |
| 35906 02/05 107,040.00 | 35951 02/08 4,854.17 | 35995 02/07 262.50 |
| 35907 02/06 1,450.28 | 35952 02/28 1,266.67 | 35996 02/07 379.17 |
| 35908 02/04 906.25 | 35953 02/07 12,270.83 | 35997 02/19 4,333.33 |
| 35909 02/04 937.50 | 35954 02/12 343.39 | 35998 02/05 13,886.67 |
| 35910 02/21 2,625.00 | 35955 02/05 1,685.42 | 35999 02/05 35,784.44 |
| 35911*02/15 5,000.00 | 35956 02/05 3,229.17 | 36000 02/11 13,333.33 |
| 35914 02/14 3,125.00 | 35957 02/07 1,166.67 | 36001 02/07 2,041.67 |
| 35915 02/04 1,291.67 | 35958 02/06 992.50 | 36002 02/05 2,041.67 |

* * * C O N T I N U E D * * *





PAGE 89    OF 146





NAMCO CAPITAL GROUP, INC.
1801 Wilshire Blvd., STE. 1400
LOS ANGELES, CA 90025
(310) 285-0066

PAY TO THE ORDER OF ___Partner, Mohr__

___Four Thousand Three Hundred Thirty Three and 33/100___ DOLLARS

Rasinger, Mehr
1801 Sckuyler Road
Beverly Hills, CA 90210

SECURITY PACIFIC BANK

35997

1/31/2008

$ **4,333.33**

#035997# 1:122222221: 31119B22221# 000

/000043333/

#35997  2/19/08        $4,333.33




# SECURITY PACIFIC BANK

12121 Wilshire Blvd., Ste. 1200 · Los Angeles, CA 90025

```
011 00001 00        PAGE:      2
ACCOUNT:            1028928  04/30/2008
```

NAMCO CAPITAL GROUP, INC

====================================================
BUSINESS CHECKING ACCOUNT 1028928
====================================================

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Remote Merchant Deposit | 04/18 | 500,000.00 |
| Remote Merchant Deposit | 04/22 | 200,000.00 |
| Remote Merchant Deposit | 04/25 | 20,000.00 |
| Remote Merchant Deposit | 04/25 | 250,000.00 |
| Wire from Safco Holding Corp | 04/28 | 2,500,000.00 |
| Wire from Safco Advisory Corp | 04/28 | 2,500,000.00 |
| Wire from Eema Industries Inc | 04/29 | 1,000,000.00 |
| Wire from Shahram Mokhtarzadeh | 04/30 | 1,000,000.00 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| *04/07  200,000.00 | 36365*04/02      371.03 | 36549 04/21      583.33 |
| 2991 04/04    3,451.97 | 36413*04/17      645.32 | 36550 04/08    2,712.50 |
| 2992 04/07    3,248.99 | 36417*04/03    4,333.33 | 36551 04/28    1,750.00 |
| 2993 04/01      960.78 | 36510*04/01      916.67 | 36552 04/03    9,516.65 |
| 2994 04/01    8,598.47 | 36519*04/09      433.33 | 36553 04/02   51,711.03 |
| 2995 04/01    4,932.38 | 36521 04/03   24,921.88 | 36554 04/03    1,562.50 |
| 2996 04/01      886.00 | 36522 04/03   12,916.67 | 36555 04/07      625.00 |
| 2997*04/01      659.27 | 36523 04/04   34,940.07 | 36556 04/11    8,322.34 |
| 2999 04/04    1,632.37 | 36524 04/08    3,229.17 | 36557 04/11    4,658.77 |
| 3000 04/01    4,241.75 | 36525 04/07    1,009.17 | 36558 04/10    2,187.50 |
| 3001 04/08    1,930.18 | 36526 04/11      162.92 | 36559*04/08    1,236.58 |
| 3002 04/16    3,451.97 | 36527 04/14    1,250.00 | 36562 04/14       87.50 |
| 3003 04/18    3,248.99 | 36528 04/16    7,812.50 | 36563*04/11      240.31 |
| 3004 04/17      960.78 | 36529 04/29      525.00 | 36565 04/03      833.13 |
| 3005 04/17    8,878.05 | 36530 04/08      333.33 | 36566 04/03      500.00 |
| 3006 04/15    4,932.38 | 36531 04/07      500.00 | 36567 04/03      500.00 |
| 3007 04/17      886.00 | 36532 04/07    1,575.00 | 36568 04/04    1,166.67 |
| 3008*04/17      659.27 | 36533 04/03      291.67 | 36569 04/09      312.50 |
| 3010 04/16    1,632.37 | 36534 04/18    3,229.17 | 36570 04/02    4,393.91 |
| 3011 04/15    4,241.75 | 36535 04/09   11,947.08 | 36571 04/09    1,125.79 |
| 3012*04/24    1,930.18 | 36536 04/09    2,988.61 | 36572 04/15    9,916.67 |
| 35715*04/01      583.33 | 36537 04/11      583.33 | 36573 04/03    1,937.50 |
| 35737 04/11    7,828.51 | 36538 04/07      583.33 | 36574 04/04  102,708.58 |
| 35947*04/02      284.46 | 36539 04/04    5,554.17 | 36575 04/03    6,666.67 |
| 36112*04/29      449.17 | 36540 04/02    5,618.56 | 36576 04/03    5,000.00 |
| 36164*04/09    1,458.33 | 36541 04/14      233.33 | 36577 04/09    2,032.87 |
| 36238*04/25      320.83 | 36542 04/07   32,291.67 | 36578 04/04    3,125.00 |
| 36242*04/02      717.04 | 36543*04/03      983.11 | 36579 04/04      340.18 |
| 36260*04/28      583.33 | 36545 04/09    1,922.67 | 36580 04/07   12,916.67 |
| 36359 04/22      381.11 | 36546 04/09      531.25 | 36581 04/17      302.08 |
| 36360 04/22      381.11 | 36547 04/03      375.50 | 36582 04/09    7,750.00 |
| 36361*04/22      381.11 | 36548 04/21    2,583.33 | 36583 04/09   18,666.67 |

* * *  C O N T I N U E D  * * *




Equal Housing LENDER

NAMCO CAPITAL GROUP, INC.

SECURITY PACIFIC BANK

36417

4/03/08

$4,333.33

#36417



# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 120 · Los Angeles, CA 90025

```
011 00001 00          PAGE:     4
ACCOUNT:              1028928  04/30/2008
```

NAMCO CAPITAL GROUP, INC

## BUSINESS CHECKING ACCOUNT 1028928

```
- - - - - - - - CHECKS - - - - - - - -
```

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 36716*04/04   1,468.00 | 36762 04/03   1,412.15 | 36806 04/03     937.50 |
| 36718 04/09   2,250.00 | 36763 04/16   6,619.79 | 36807 04/03     325.00 |
| 36719 04/03     662.50 | 36764 04/07     163.33 | 36808 04/04     718.75 |
| 36720 04/07  17,708.33 | 36765 04/08     956.67 | 36809 04/07     604.17 |
| 36721 04/09  33,333.33 | 36766 04/02   5,638.19 | 36810 04/16   5,208.33 |
| 36722 04/02   7,000.00 | 36767 04/10     456.25 | 36811 04/07     335.49 |
| 36723 04/03   2,625.00 | 36768 04/03   1,341.67 | 36812 04/07   2,775.00 |
| 36724 04/04     641.67 | 36769 04/03   5,312.50 | 36813 04/04   1,166.67 |
| 36725 04/04     408.33 | 36770 04/07   6,833.33 | 36814 04/09     937.50 |
| 36726 04/03     750.00 | 36771*04/04   1,283.33 | 36815 04/02   8,125.00 |
| 36727 04/03     562.50 | 36773 04/04   3,062.50 | 36816 04/07     687.50 |
| 36728 04/10   1,937.50 | 36774 04/07     816.67 | 36817 04/02     343.75 |
| 36729 04/07     226.04 | 36775 04/16   1,540.00 | 36818 04/03   2,125.00 |
| 36730 04/07   1,356.25 | 36776 04/21   1,679.17 | 36819 04/03   7,500.00 |
| 36731 04/07   7,750.00 | 36777 04/08   1,250.00 | 36820 04/30     145.83 |
| 36732 04/07   1,354.17 | 36778 04/03   1,227.08 | 36821 04/03     800.13 |
| 36733 04/03     606.67 | 36779 04/04   4,575.00 | 36822 04/07   5,812.50 |
| 36734 04/04  10,000.00 | 36780*04/03   2,000.00 | 36823 04/07   1,485.42 |
| 36735*04/07   1,208.33 | 36782 04/08   1,166.67 | 36824 04/09     625.00 |
| 36737 04/07   1,661.04 | 36783 04/07   2,333.33 | 36825 04/07   1,062.50 |
| 36738 04/10   2,098.96 | 36784 04/03   6,283.33 | 36826 04/07   1,031.25 |
| 36739 04/04  20,000.00 | 36785 04/25     204.17 | 36827 04/03   1,333.33 |
| 36740 04/04   1,208.33 | 36786 04/07   7,000.00 | 36828 04/03   2,250.00 |
| 36741 04/03   2,158.08 | 36787 04/30   1,288.64 | 36829 04/03   6,875.00 |
| 36742 04/03     297.92 | 36788 04/02   1,450.00 | 36830 04/04   1,083.33 |
| 36743 04/22   3,634.00 | 36789 04/07     604.17 | 36831 04/01     625.00 |
| 36744 04/03     500.00 | 36790 04/07     371.03 | 36832 04/07   2,906.25 |
| 36745 04/02     583.33 | 36791 04/09      40.04 | 36833 04/07   6,458.33 |
| 36746 04/03   6,866.67 | 36792 04/07     606.67 | 36834 04/07   3,745.83 |
| 36747 04/09   1,450.28 | 36793 04/02   5,250.00 | 36835 04/01   2,000.00 |
| 36748 04/08     937.50 | 36794 04/03   3,208.33 | 36836 04/08   2,011.88 |
| 36749 04/09   2,625.00 | 36795 04/08   1,750.00 | 36837 04/08     625.00 |
| 36750 04/09   5,000.00 | 36796 04/08     816.67 | 36838 04/14     379.17 |
| 36751 04/03     625.00 | 36797 04/11   5,000.00 | 36839 04/17     645.32 |
| 36752 04/07     906.25 | 36798 04/30   1,266.67 | 36840 04/04   2,275.00 |
| 36753*04/16     625.00 | 36799 04/03   7,333.33 | 36841 04/21     262.50 |
| 36755 04/04   5,333.33 | 36800 04/03   5,333.33 | 36842 04/21     379.17 |
| 36756 04/02   1,291.67 | 36801 04/17     343.39 | 36843 04/03   4,333.33 |
| 36757 04/03   1,166.67 | 36802 04/04   3,229.17 | 36844*04/04  50,066.67 |
| 36758*04/03   1,166.67 | 36803 04/04   4,375.00 | 36846 04/04  33,600.00 |
| 36760 04/08   3,858.55 | 36804 04/11     875.00 | 36847 04/08   2,041.67 |
| 36761 04/08     326.67 | 36805 04/16     992.50 | 36848 04/04   2,041.67 |

```
* * * C O N T I N U E D * * *
```







LENDER





NAMCO CAPITAL GROUP, INC.

36843

Ratsogar Mahi

Four Thousand Three Hundred Thirty Three and 33/100

10/31/2008

$ *4,333.33

DOLLARS

Ratsogar, Mahi
1005 Schuyler Road
Beverly Hills, CA 90210

SECURITY PACIFIC BANK

#36843    4/03/08        $4,333.33



**SECURITY PACIFIC BANK**

12121 Wilshire Blvd., Ste. 120 · Los Angeles, CA 90025

```
011 00001 00      PAGE:      5
ACCOUNT:          1028928   05/30/2008
```

NAMCO CAPITAL GROUP, INC

## BUSINESS CHECKING ACCOUNT 1028928

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 37237 05/02    3,229.17 | 37280 05/13    4,333.33 | 37325 05/02   39,583.33 |
| 37238 05/02    4,375.00 | 37281 05/02   50,066.67 | 37326 05/07    3,750.00 |
| 37239 05/09      875.00 | 37282 05/28   13,333.33 | 37327 05/07    1,458.33 |
| 37240 05/15      992.50 | 37283*05/02   33,600.00 | 37328 05/07      233.33 |
| 37241 05/05      937.50 | 37285*05/05    2,041.67 | 37329 05/12    1,250.00 |
| 37242 05/05      312.50 | 37287 05/05    6,666.67 | 37330 05/09   16,150.00 |
| 37243 05/06      656.25 | 37288 05/06      229.54 | 37331 05/14    4,727.64 |
| 37244 05/19      604.17 | 37289 05/13      257.29 | 37332 05/08    8,331.25 |
| 37245 05/02    6,177.08 | 37290 05/07      625.00 | 37333 05/05    3,037.16 |
| 37246 05/06      335.49 | 37291 05/06      291.67 | 37334 05/06   32,666.67 |
| 37247 05/07    2,775.00 | 37292 05/07    2,301.60 | 37335 05/09      747.14 |
| 37248 05/12    1,166.67 | 37293 05/09    7,500.00 | 37336 05/14    1,166.67 |
| 37249 05/08      937.50 | 37294 05/05      937.50 | 37337 05/07       99.17 |
| 37250 05/02    8,125.00 | 37295 05/19    1,250.00 | 37338 05/05      343.75 |
| 37251 05/14      687.50 | 37296 05/05      807.29 | 37339 05/14    1,093.75 |
| 37252 05/02      343.75 | 37297 05/05      904.17 | 37340 05/14    9,375.00 |
| 37253 05/06    2,125.00 | 37298 05/05    3,403.54 | 37341 05/05    2,260.42 |
| 37254 05/07    7,500.00 | 37299 05/07    1,250.00 | 37342 05/06      379.17 |
| 37255 05/28      145.83 | 37300*05/12      350.00 | 37343 05/05      116.67 |
| 37256 05/07      803.38 | 37302 05/08    4,958.33 | 37344 05/06      800.81 |
| 37257 05/05    1,750.00 | 37303 05/05      687.50 | 37345 05/02    1,126.67 |
| 37258 05/05    5,812.50 | 37304 05/05    1,341.67 | 37346*05/09      953.33 |
| 37259 05/05    1,485.42 | 37305 05/05      583.33 | 37348 05/05   13,333.33 |
| 37260 05/16      625.00 | 37306 05/07      469.44 | 37349 05/09    6,250.00 |
| 37261 05/12    1,062.50 | 37307 05/05   11,666.67 | 37350*05/06    1,747.50 |
| 37262 05/07    1,031.25 | 37308 05/21      129.17 | 37352 05/08    1,625.57 |
| 37263 05/05    1,333.33 | 37309 05/22      129.17 | 37353 05/07   20,000.00 |
| 37264 05/05    2,250.00 | 37310 05/27      129.17 | 37354 05/07    3,333.33 |
| 37265 05/06    4,062.50 | 37311 05/05    1,625.00 | 37355 05/02      900.38 |
| 37266 05/05    6,875.00 | 37312 05/07      350.00 | 37356 05/07    1,033.33 |
| 37267 05/02      216.67 | 37313 05/05    4,843.75 | 37357 05/07    1,001.04 |
| 37268 05/01      625.00 | 37314 05/05    3,593.75 | 37358 05/07      452.08 |
| 37269 05/12    2,906.25 | 37315 05/07    5,037.50 | 37359 05/12    1,776.04 |
| 37270 05/14    6,458.33 | 37316 05/06    5,312.50 | 37360 05/05    5,812.50 |
| 37271 05/12    3,745.83 | 37317 05/06    1,625.00 | 37361 05/02    3,354.17 |
| 37272 05/02    2,000.00 | 37318 05/06    5,812.50 | 37362 05/06    1,125.00 |
| 37273 05/12    2,011.88 | 37319 05/02   10,656.25 | 37363 05/02      120.00 |
| 37274 05/12      625.00 | 37320 05/08    1,937.50 | 37364 05/05    1,291.67 |
| 37275*05/05      379.17 | 37321 05/02   10,075.00 | 37365 05/06    3,229.17 |
| 37277 05/07    2,275.00 | 37322 05/06    1,032.50 | 37366 05/13    1,050.00 |
| 37278 05/23      262.50 | 37323 05/05    1,224.83 | 37367 05/05   10,266.67 |
| 37279 05/23      379.17 | 37324 05/06    2,750.00 | 37368 05/07    1,376.67 |

* * * C O N T I N U E D * * *




LENDER



NAMCO CAPITAL GROUP, INC.
17011 WILSHIRE BLVD., STE. 100
LOS ANGELES, CA 90025
UNKNOWN ACCOUNT

PAY TO THE
ORDER OF    Rastegar Mahi

Four Thousand Three Hundred Thirty Three and 33/100

Rastegar, Mahi
1005 Schuyler Road
Beverly Hills, CA 90210

MEMO    Interest

SECURITY PACIFIC BANK
90-3884 H-1222

37280

4/30/2008

$ **4,333.33

DOLLARS

#37280    5/13/08

$4,333.33



011 00001 00        PAGE:      2
ACCOUNT:          1028928  05/30/2008

# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1700 · Los Angeles, CA 90025

NAMCO CAPITAL GROUP, INC

===============================================================
BUSINESS CHECKING ACCOUNT 1028928
===============================================================

- - - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Remote Merchant Deposit | 05/01 | 10,000.00 |
| Wire from HSBC Mortgage Corp. | 05/02 | 1,000,000.00 |
| Wire from kest Enterprises LP | 05/06 | 250,000.00 |
| Wire from Emma Corporation | 05/07 | 2,000,000.00 |
| Wire from Westside Electric Wholesale Inc | 05/08 | 1,577,700.00 |
| Remote Merchant Deposit | 05/09 | 15,000.00 |
| Remote Merchant Deposit | 05/09 | 45,000.00 |
| Wire from George Haroonian | 05/09 | 50,000.00 |
| Remote Merchant Deposit | 05/09 | 150,000.00 |
| Wire from Biltmore Center Apt | 05/09 | 500,000.00 |
| Remote Merchant Deposit | 05/12 | 20,000.00 |
| Remote Merchant Deposit | 05/12 | 50,000.00 |
| Remote Merchant Deposit | 05/12 | 100,000.00 |
| Remote Merchant Deposit | 05/12 | 150,000.00 |
| Remote Merchant Deposit | 05/14 | 1,000,000.00 |
| Remote Merchant Deposit | 05/15 | 45,000.00 |
| Remote Merchant Deposit | 05/15 | 250,000.00 |
| Wire from Invest Commercial, LLC | 05/19 | 13,750.30 |
| Remote Merchant Deposit | 05/19 | 50,000.00 |
| Wire from Commonwealth Land Title | 05/22 | 975,000.00 |
| Wire from Hayim Abulafim, Julie Abulafia | 05/22 | 3,500,000.00 |
| Wire from Jose Garcia Flores | 05/29 | 50,290.00 |
| Wire from Edward Lavi | 05/30 | 500,000.00 |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| *05/07 1,333.33 | 3023 05/09 1,930.18 | 36781*05/08 1,437.50 |
| 2843*05/12 2,795.13 | 3024 05/20 3,451.97 | 36845*05/02 13,333.33 |
| 2853*05/12 2,795.13 | 3025 05/27 3,248.99 | 36947 05/02 24,921.88 |
| 2863*05/12 2,795.13 | 3026 05/16 960.78 | 36948 05/02 12,916.67 |
| 2872*05/12 2,795.13 | 3027 05/16 9,622.05 | 36949 05/07 26,940.07 |
| 2881*05/12 2,795.13 | 3028 05/16 4,932.38 | 36950 05/06 3,229.17 |
| 2890*05/12 2,795.13 | 3029 05/16 886.00 | 36951 05/06 1,009.17 |
| 2899*05/12 2,795.13 | 3030*05/16 659.27 | 36952 05/06 233.33 |
| 3013 05/02 3,451.97 | 3032 05/19 1,632.37 | 36953 05/05 162.92 |
| 3014 05/05 3,248.99 | 3033 05/20 4,241.75 | 36954 05/06 1,250.00 |
| 3015 05/01 960.78 | 3034*05/27 1,930.18 | 36955*05/15 7,812.50 |
| 3016 05/01 9,622.05 | 36143*05/08 9,456.08 | 36957 05/05 333.33 |
| 3017 05/01 4,932.38 | 36564*05/08 9,456.08 | 36958 05/07 500.00 |
| 3018 05/01 886.00 | 36665*05/08 637.50 | 36959 05/05 1,575.00 |
| 3019*05/01 659.27 | 36682*05/09 2,887.50 | 36960 05/08 291.67 |
| 3021 05/02 1,632.37 | 36710*05/01 47.40 | 36961 05/14 3,229.17 |
| 3022 05/02 4,241.75 | 36759*05/02 3,312.50 | 36962 05/14 12,155.42 |

* * * C O N T I N U E D * * *




Equal Housing LENDER

DEPOSIT RECEIPT

## Remote Deposit Receipt

| Deposit to NC Checking Account Account #1028928 | | | | | Deposit Total: $50,000.00 |
|---|---|---|---|---|---|
| ISN | RT | Account Number | Check Number/TC | Aux/Check Number | Check Amount |
| 003820691 | 122000661 | 001373-02463-30039 | 0 | 0 | $50,000.00 |

Deposit number 003820690 was accepted on Monday, May 19, 2008 4:09:07 PM Pacific Daylight Time.

All deposited items are subject to verification by the bank, all federal rules and regulations, and your Electronic Check Processing Agreement.



# SECURITY PACIFIC BANK
12121 Wilshire Blvd., Ste. 1300 · Los Angeles, CA 90025

011 00001 00   PAGE:   5
ACCOUNT:        1028928   06/30/2008

NAMCO CAPITAL GROUP, INC

## BUSINESS CHECKING ACCOUNT 1028928

- - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 37621 06/04  20,000.00 | 37664 06/03  4,812.50 | 37708 06/03     803.38 |
| 37622 06/04   2,158.08 | 37665 06/03  2,000.00 | 37709 06/03   5,812.50 |
| 37623 06/04     270.83 | 37666 06/27  1,567.78 | 37710 06/03   1,485.42 |
| 37624 06/10   1,208.33 | 37667 06/17  1,166.67 | 37711 06/10     625.00 |
| 37625 06/30   3,634.00 | 37668 06/03  2,333.33 | 37712 06/09   1,031.25 |
| 37626 06/04     500.00 | 37669 06/03  7,250.00 | 37713*06/03   1,750.00 |
| 37627 06/04     583.33 | 37670 06/03     272.97 | 37715 06/05   2,250.00 |
| 37628 06/04   6,946.67 | 37671 06/25     204.17 | 37716 06/03   6,875.00 |
| 37629 06/04   1,450.28 | 37672*06/10  2,333.33 | 37717 06/09   9,375.00 |
| 37630 06/03     937.50 | 37674 06/03  1,450.00 | 37718 06/03     650.00 |
| 37631 06/12   2,625.00 | 37675 06/03     604.17 | 37719 06/02     625.00 |
| 37632 06/04   5,000.00 | 37676 06/03     371.03 | 37720 06/03   2,906.25 |
| 37633 06/04   9,000.00 | 37677 06/09  5,873.37 | 37721 06/10   6,458.33 |
| 37634 06/04     625.00 | 37678 06/03  1,137.50 | 37722 06/03   3,745.83 |
| 37635 06/05     906.25 | 37679 06/04     307.57 | 37723 06/04   2,000.00 |
| 37636 06/16     625.00 | 37680 06/02  5,250.00 | 37724 06/04   2,011.88 |
| 37637 06/03   3,125.00 | 37681 06/02  3,208.33 | 37725 06/03     625.00 |
| 37638 06/05   5,333.33 | 37682 06/03  1,750.00 | 37726 06/05     379.17 |
| 37639 06/03   1,291.67 | 37683 06/03     816.67 | 37727 06/19     473.23 |
| 37640 06/03   1,166.67 | 37684 06/03  5,000.00 | 37728 06/05   2,275.00 |
| 37641 06/03   1,166.67 | 37685 06/30  1,266.67 | 37729 06/05     262.50 |
| 37642 06/25   3,312.50 | 37686 06/04 10,009.97 | 37730 06/05     379.17 |
| 37643 06/06   3,858.55 | 37687 06/16     343.39 | 37731 06/30   4,455.56 |
| 37644 06/06   1,073.33 | 37688 06/18  1,038.19 | 37732 06/17  50,066.67 |
| 37645 06/03   1,412.15 | 37689 06/04  9,902.78 | 37733 06/09  13,333.33 |
| 37646 06/09   1,501.95 | 37690 06/04  3,229.17 | 37734 06/06  33,600.00 |
| 37647 06/09   6,619.79 | 37691 06/03  4,666.67 | 37735 06/04   2,916.67 |
| 37648 06/04     175.00 | 37692 06/11     875.00 | 37736 06/04   2,041.67 |
| 37649 06/04     956.67 | 37693 06/03     992.50 | 37737 06/03   2,041.67 |
| 37650 06/04   3,125.00 | 37694 06/06     688.75 | 37738 06/04   1,166.67 |
| 37651 06/10     456.25 | 37695 06/03      95.00 | 37739 06/04   6,666.67 |
| 37652 06/13   1,341.67 | 37696 06/12     604.17 | 37740 06/18     636.96 |
| 37653 06/04   5,312.50 | 37697 06/04  2,968.75 | 37741 06/13     257.29 |
| 37654 06/10   2,604.17 | 37698 06/09     335.49 | 37742 06/03     625.00 |
| 37655*06/03   6,833.33 | 37699 06/05  2,775.00 | 37743 06/04     291.67 |
| 37657 06/23   3,365.70 | 37700 06/05 87,500.00 | 37744 06/04   2,301.60 |
| 37658 06/03   3,062.50 | 37701 06/04     937.50 | 37745 06/04   7,500.00 |
| 37659 06/27     816.67 | 37702 06/03  8,125.00 | 37746 06/03   1,250.00 |
| 37660 06/20   1,808.33 | 37703 06/16     687.50 | 37747 06/03     807.29 |
| 37661 06/06   1,250.00 | 37704 06/04     343.75 | 37748 06/03     904.17 |
| 37662 06/05   1,679.17 | 37705 06/03  2,125.00 | 37749 06/03   3,403.54 |
| 37663 06/03   1,227.08 | 37706*06/03  7,500.00 | 37750*06/13     408.33 |

* * * C O N T I N U E D * * *





Equal Housing LENDER

